| Respond to Selected Documents

**Sort Date Entries:** Descending Ascending

**Display Options:** All Entries ⌄

**10/06/2025**

**Summons Returned Non-Est**

Document ID - 25-SMCC-15726; Served To - ST. LOUIS COUNTY; Server - DARBY; Served Date - 10/01/2025; Served Time - 00:00:00; Service Type - 22; Reason Description - NEST; Service Text -NS - PAPERWORK REFUSED BY KEITH SCHILDROTH

**09/30/2025**

**Summons Issued-Circuit**

Document ID: 25-SMCC-15726, for ST. LOUIS COUNTY Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**Request Filed**

Request for Summons

**Amended Motion/Petition Filed**

Amended Petition
    **Filed By:** STEVEN W CRENSHAW

**09/08/2025**

**Order**

SO ORDERED: JUDGE ELLEN WYATT DUNNE DFT MOTION TO DISMISS IS DENIED. PLT HAS 30 DAYS TO FILE AMENDED PETITION.

**Case Mgmt Conf Scheduled**

SO ORDERED: JUDGE ELLEN WYATT DUNNE SET ON 10/10/2025 9am
    **Scheduled For:** 10/10/2025; 9:00 AM; ELLEN W DUNNE; St Louis County

**08/12/2025**

**Notice of Hearing Filed**

Notice of Hearing.
    **Filed By:** MATTHEW WILLIAM HUCKEBY
    **On Behalf Of:** DUSTIN KNEEMILLER

**07/14/2025**

**Suggestions in Support**

Defendants Memorandum in Support of His Motion to Dismiss.
    **Filed By:** MATTHEW WILLIAM HUCKEBY
    **On Behalf Of:** DUSTIN KNEEMILLER

**Motion to Dismiss**

Defendants Motion to Dismiss.
    **Filed By:** MATTHEW WILLIAM HUCKEBY
    **On Behalf Of:** DUSTIN KNEEMILLER

**Entry of Appearance Filed**

Entry of Appearance.
    **Filed By:** MATTHEW WILLIAM HUCKEBY
    **On Behalf Of:** DUSTIN KNEEMILLER

**06/16/2025**

**Family Member/Roommate Served**

Document ID - 25-SMCC-9046; Served To - DUSTIN KNEEMILLER; Server - DARBY; Served Date - 06/13/2025; Served Time - 00:00:00; Service Type - 22; Reason Description - SERV; Service Text -LC

**06/03/2025**

**Exhibit Filed**

**Redaction Certification Filed**

**Confid Filing Info Sheet Filed**

**Judge Assigned**

DIV21

**Summons Issued-Circuit**

Document ID: 25-SMCC-9046, for KNEEMILLER, DUSTIN

**Pet Filed in Circuit Ct**

**In the**
# CIRCUIT COURT
## of St. Louis County, Missouri

Steven W. Crenshaw
Plaintiff(s)

vs.

Dustin Kneemiller (STL County P.D.
Defendant(s)

Date 06-03-2025

Case Number 25SL-CC05982

Division 21

**FILED**

JUN 03 2025

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

For File Stamp Only

- Bodily harm - see ATTAched
- 3xs False Arrest - see ATTAched (NOT The same person - different birth yeaR)
- ATTy Fees - see ATTAched
- GPS bracelet fee - See ATTAched
- CRuiseR cAm And officeR body cAm - upon request
- ER report - See ATTAched
- requested recovery Amount - 4,000,000

**SO ORDERED**

_____
Judge

**ENTERED:** _____
(Date)

Steven W. Crenshaw (self)
Attorney                          Bar No.
40 Suburban AV 63135
Address
314-986-9232
Phone No.                         Fax No.

_____
Attorney                          Bar No.

_____
Address

_____
Phone No.                         Fax No.

CCOPR47-WS   Rev.  02/14

```
       OFFICE OF THE CIRCUIT CLERK                    Invoice No: 330899
       CIRCUIT COURT OF ST.LOUIS CO
          105 SOUTH CENTRAL AVENUE                    Date: 06/03/25
            CLAYTON, MO  63105
               314-615-8035                           Page: 1


                                        Customer No: 0
                                        Phone No:

     STEVEN W CRENSHAW
```

Cust. Order #: 25SL-CC05982          Salesperson: #32 - PATRICIA

| Product Code | Item Description | Qty | Unit Price | Amount |
|---|---|---|---|---|
| 110 | CIVIL & EQUITY FILING | 1 | 105.50 | 105.50 |
| 104 | SHERIFF FEES | 1 | 36.00 | 36.00 |

```
                                        Sub-Total:      141.50
                                             :
                                        Shipping:         0.00
                                   Tax [    0]:       EXEMPT *
                                   ========================
                                        Total:        141.50
                                        CASH :        142.00
                                   ========================
                                   Amount Paid:       142.00
                                   Amount Due:          0.00
                                        Change:         0.50
```

T h a n k
Y o u

 St. Louis County Public Record Requests

**FILED**

JUN 03 2025

255LECC05982

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

Tom Naughton
Meaghan Hawkins
March 4, 2024, 4:22pm by Phyllis Ramos

Staff Only

**Note**

Request for Dash and BWC for report #23-21515.They want BWC for all officers and dash for only Officer Kneemiller.

Disposition for subject is all charges dismissed.

See previous NR#23-16795 where they requested BWC only and did not complete payment.

March 4, 2024, 4:22pm by Phyllis Ramos (Staff)

Staff Only

**Document(s) Added**
Crenshaw request.pdf

March 4, 2024, 4:21pm by Phyllis Ramos

Staff Only

**Support Staff Added**
Phyllis Ramos
March 4, 2024, 4:20pm by Phyllis Ramos

Staff Only

**Support Staff Added**
Paula Ownby
Elizabeth Brown
Victoria T. Evans
March 4, 2024, 4:20pm by Phyllis Ramos

Public

**Department Assignment**
St. Louis County Police Department
March 4, 2024, 4:20pm by Phyllis Ramos

Staff Only

**Request Visibility**
All Staff
March 4, 2024, 4:20pm by Phyllis Ramos

Public

**Request Opened**
Request received in person
March 4, 2024, 4:20pm by Phyllis Ramos on behalf of Steven Crenshaw

 **hristian hospital** | **BJC HealthCare**

| Christian Hospital | Crenshaw, Steven W |
|---|---|
| 11133 Dunn Road | MRN: 108462903, DOB: 9/9/1963, Sex: M |
| Saint Louis MO 63136-6163 | Acct #: 204665359 |
| | Adm: 6/4/2023, D/C: 6/5/2023 |

## 06/04/2023 - ED to Hosp-Admission (Discharged) in Christian Hospital

### ED Provider Note

ED Provider Notes by McCarron, Weston Michael, MD at 6/4/2023 1500

### HPI

**Chief Complaint**
Patient presents with
- Palpitations
  - Pt c/o palpitations and or discomfort when he was in police custody sitting in the back of the police car

59-year-old male presenting in police custody with heart palpitations, nausea, diaphoresis, feeling "hot" all over. Symptoms started just after patient was arrested and placed in the back of a police car after domestic dispute. Patient had been quite upset during the interaction. He was taken to a holding cell, where he continued to feel hot, with palpitations and diaphoresis. He was brought here for medical evaluation. On my assessment, patient feels much improved, but still feels slightly hot. No shortness of breath, no lightheadedness.

He denies any symptoms prior to onset today.

PMH - CAD s/p RCA stents (2011, 2016), spont. R ptx s/p RML bulla resection / pleurodesis 2018, HTN, HLD

### Patient History:

**Patient Active Problem List**

| Diagnosis | Date Noted |
|---|---|
| Elevated troponin | 06/04/2023 |
| Pneumothorax | 11/05/2018 |

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| Coronary artery disease | |
| Heart attack (CMS/HCC) (HCC) | |
| Hypertension | |
| Pneumothorax | |
| Prostate disorder | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| CARDIAC STENT PLACEMENT | | |
| CT CHEST TUBE INSERTION LEFT | N/A | 10/26/2018 |

No family history on file.

### Social History

Tobacco Use



| | Christian Hospital | Crenshaw, Steven W |
|---|---|---|
| | 11133 Dunn Road | MRN: 108462903, DOB: 9/9/1963, Sex: M |
| | Saint Louis MO 63136-6163 | Acct #: 204665359 |
| | | Adm: 6/4/2023, D/C: 6/5/2023 |

## 06/04/2023 - ED to Hosp-Admission (Discharged) in Christian Hospital (continued)

### ED Provider Note (continued)

|  Years: | 30.00 |
|---|---|
| Types: | Cigarettes |
| Quit date: | ▬▬▬▬ 2012 |
| Years since quitting: | 7.4 |
| • Smokeless tobacco: | Never |

Substance and Sexual Activity
- Alcohol use:  No
- Drug use:  No
- Sexual activity:  Defer

### Social History

Social History Narrative
- Not on file

### Review of Systems

Review of Systems

### Physical Exam

ED Triage Vitals [06/04/23 1421]

| Temp | Pulse | Resp | BP | SpO2 |
|---|---|---|---|---|
| **36.5 °C (97.7 °F)** | **104** | **17** | **158/87** | **99 %** |

| Temp src | Heart Rate Source | Patient Position | BP Location | FiO2 (%) |
|---|---|---|---|---|
| -- | -- | -- | -- | -- |

| Height | Height Method | Weight | Weight Method |
|---|---|---|---|
| **1.753 m (5' 9")** | -- | **95.3 kg (210 lb)** | -- |

### Physical Exam
Vitals and nursing note reviewed.
Constitutional:
    General: He is not in acute distress.
    Appearance: He is well-developed.
HENT:
    Head: Normocephalic and atraumatic.
Eyes:
    Conjunctiva/sclera: Conjunctivae normal.
Cardiovascular:
    Rate and Rhythm: Normal rate and regular rhythm.



| | Christian Hospital | Crenshaw, Steven W |
|---|---|---|
| **BJC HealthCare** | 11133 Dunn Road | MRN: 108462903, DOB: 9/9/1963, Sex: M |
| | Saint Louis MO 63136-6163 | Acct #: 204665359 |
| | | Adm: 6/4/2023, D/C: 6/5/2023 |

### 06/04/2023 - ED to Hosp-Admission (Discharged) in Christian Hospital (continued)

**ED Provider Note (continued)**

Heart sounds: No murmur heard.
Pulmonary:
    Effort: Pulmonary effort is normal. No respiratory distress.
    Breath sounds: Normal breath sounds.
Abdominal:
    Palpations: Abdomen is soft.
    Tenderness: There is no abdominal tenderness.
Musculoskeletal:
    General: No swelling.
    Cervical back: Neck supple.
Skin:
    General: Skin is warm and dry.
    Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
    Mental Status: He is alert.
Psychiatric:
    Mood and Affect: Mood normal.


**MDM**



## Medical Decision Making
Patient with significant cardiac history here with heart palpitations, diaphoresis, feeling hot, all starting after a domestic dispute and being arrested. Symptoms are improved, but not completely gone. He currently has no chest pain.

Vital signs notable for HTN, mild tachycardia. Satting well on room air. His exam is overall nonfocal.

Differential diagnosis includes anxiety, overexertion, dehydration, ACS, PE, pneumothorax, pneumonia, UTI, sepsis. Will plan for ACS workup, chest x-ray, trend troponins. Dispo pending workup.

## Amount and/or Complexity of Data Reviewed
Radiology: Decision-making details documented in ED Course.
ECG/medicine tests: ordered and independent interpretation performed.

## Risk
OTC drugs.
Prescription drug management.
Decision regarding hospitalization.



ED Course as of 06/04/23 1853
------------------------------------------------------------
Time: 06/04 1528

Generated by 19390 at 11/29/23 10:48 AM



| Christian Hospital<br>11133 Dunn Road<br>Saint Louis MO 63136-6163 | Crenshaw, Steven W<br>MRN: 108462903, DOB: 9/9/1963, Sex: M<br>Acct #: 204665359<br>Adm: 6/4/2023, D/C: 6/5/2023 |

## 06/04/2023 - ED to Hosp-Admission (Discharged) in Christian Hospital (continued)

**ED Provider Note (continued)**

Value: XR Chest 1 Vw Portable
Comment: On my independent interpretation of the CXR, no focal consolidation or pneumothorax. There is blunting of the L costophrenic angle, possibly consistent w small effusion.

By: McCarron, Weston Michael, MD
_____

Time: 06/04 1812
Comment: Pt still asymptomatic. No chest pain currently. He is agreeable to admission.
By: McCarron, Weston Michael, MD
_____

Time: 06/04 1850
Comment: Discussed admission with Catherine, IPC. She agrees w admission, requests cards consult.
By: McCarron, Weston Michael, MD

Final diagnoses:
**Palpitations**
**Elevated troponin**

McCarron, Weston Michael, MD
Resident
06/04/23 1853

Electronically signed by McCarron, Weston Michael, MD at 6/4/2023  6:53 PM

**ED Provider Notes by Gutierrez, Gerardo, MD at 6/4/2023 2319**

Dr.McCarron has signed out patient to IPC Hospitalist Catherine for Dr. Ogunremi who has accepted patient care. Currently patient is at the emergency department waiting to be admitted. Gerardo Gutierrez M.D., Emergency Physician

Gutierrez, Gerardo, MD
06/04/23 2320

Electronically signed by Gutierrez, Gerardo, MD at 6/4/2023 11:20 PM

**H&P Notes**

**H&P by Rudomiotov, Olga, MD at 6/4/2023 1945**

### General Medicine History and Physical

Generated by 19390 at 11/29/23 10:48 AM



| | Christian Hospital | Crenshaw, Steven W |
|---|---|---|
| | 11133 Dunn Road | MRN: 108462903, DOB: 9/9/1963, Sex: M |
| | Saint Louis MO 63136-6163 | Acct #: 204665359 |
| | | Adm: 6/4/2023, D/C: 6/5/2023 |

**06/04/2023 - ED to Hosp-Admission (Discharged) in Christian Hospital (continued)**

**H&P Notes (continued)**

**SUBJECTIVE:**
Patient is a 59 y.o. male with chief complaint of palpitations.

**HPI:**
Mr. Crenshaw is a 59-year-old African American male with past history of CAD status post PCI, hypertension, hyperlipidemia, BPH, who presented to the emergency room for the above reasons. Per ED notes, patient was arrested earlier today, placed in the back of the police car, after a domestic dispute. He subsequently developed palpitations. Patient was quite upset during the interaction. He was taken to the holding cell where he continued to feel hot along with palpitations and diaphoresis. He was subsequently brought to the ED for further evaluation. Prior to admission, along with the palpitations, patient denies experiencing chest pain. Reports having some shortness of breath. Says that he felt hot and sweaty. Denies experiencing fevers, chills, night sweats, nausea, vomiting, abdominal pain, diarrhea, melena, hematochezia, dysuria, etc..

**Past Medical History:**
1. CAD. 10/15/2011 cardiac catheterization with PCI to the mid RCA with balloon angioplasty and bare metal stent x1. 5/30/2016 cardiac catheterization with PCI of the right coronary artery with implantation of a 3.0 X 18 mm Xience stent in the mid segment of the right coronary artery as well as a 3.0 X 18 mm Xience stent in the distal segment of the right coronary artery.
2. Hypertension.
3. Hyperlipidemia.
4. BPH.

**Past Surgical History:**
1. 10/26/2005, Partial corpectomy L4 and S1 with anterior decompression. Anterior lumbar fusion, L4-5 (18 x 23 mm) and L5-S1 (14 x 23 mm) with two large kits and BMP crushed cancellous allograft and two Hydrasorb sheets.
2. 10/28/2005, Posterior fusion L4 to S1, posterior fixation L4 to S1 with peak rods from Sofamor Danek.
3. 11/9/2018, Right video assisted thoracoscopy and resection of right middle lobe bulla and mechanical/chemical pleurodesis.

**Allergies:**
No known allergies.

**Social History:**
Patient states that he quit smoking in 2012, prior to that smoked 2 packs a day for 37 years. Denies alcohol use.

**Family History:**
Mother and father are deceased. Mother had breast cancer. Father had alcoholism.

**Review of Systems:**
All review of systems are negative other than mentioned in HPI.

**OBJECTIVE:**
**Vitals:**
Arrival Vitals [06/04/23 1421]

| | |
|---|---|
| Temp | **36.5 °C (97.7 °F)** |
| Pulse | **104** |
| Resp | **17** |
| BP | **158/87** |
| SpO2 | **99 %** |
| Temp src | |

Page 5

Generated by 19390 at 11/29/23 10:48 AM



| Christian Hospital | Crenshaw, Steven W |
|---|---|
| 11133 Dunn Road | MRN: 108462903, DOB: 9/9/1963, Sex: M |
| Saint Louis MO 63136-6163 | Acct #: 204665359 |
| | Adm: 6/4/2023, D/C: 6/5/2023 |

## 06/04/2023 - ED to Hosp-Admission (Discharged) in Christian Hospital (continued)

### H&P Notes (continued)

Heart Rate Source
Patient Position
BP Location
FiO2 (%)

24hr Min/Max:
Temp Min: 36.5 °C (97.7 °F) Max: 36.5 °C (97.7 °F)
Pulse Min: 88 Max: 104
BP Min: 139/98 Max: 158/87
Resp Min: 14 Max: 24
SpO2 Min: 98 % Max: 100 %

Most Recent :
**Vitals:**

| | 06/04/23 1421 | 06/04/23 1820 | 06/04/23 1850 | 06/04/23 1900 |
|---|---|---|---|---|
| BP: | 158/87 | 139/98 | 156/85 | 156/85 |
| Pulse: | 104 | 88 | 91 | 93 |
| Resp: | 17 | 18 | 24 | 14 |
| Temp: | 36.5 °C (97.7 °F) | | | |
| SpO2: | 99% | 99% | 98% | 100% |
| Weight: | 95.3 kg (210 lb) | | | |
| Height: | 175.3 cm (5' 9") | | | |

No intake/output data recorded.

**Physical Exam:**

| | |
|---|---|
| General Appearance: | Alert, cooperative, no distress, appears stated age, well developed, well nourished |
| Head: | Normocephalic, without obvious abnormality, atraumatic |
| Eyes: | Conjunctiva/corneas clear, EOM's intact, both eyes, anicteric |
| Ears: | Normal external ear canals, both ears |
| Nose: | Nares normal, septum midline, mucosa normal, no drainage |
| Throat: | Lips, mucosa, and tongue normal; mucous membranes moist |
| Neck: | Supple |
| Lungs: | Clear to auscultation bilaterally, respirations unlabored |
| Cardiovascular: | Regular rate and rhythm |
| Abdomen: | Soft, non-tender, bowel sounds decr, non-distended |
| Extremities: | Extremities normal, atraumatic, no cyanosis or edema |
| Skin: | Skin color, texture, turgor normal, no rashes |
| Neurologic: | Alert & oriented x 4, CNII-XII intact, grossly nonfocal |
| Psychosocial: | Normal affect and mood |

**Lab/Radiology/Diagnostic Review:**

Generated by 19390 at 11/29/23 10:48 AM



| | | Christian Hospital | Crenshaw, Steven W |
|---|---|---|---|
| | **BJC** HealthCare | 11133 Dunn Road | MRN: 108462903, DOB: 9/9/1963, Sex: M |
| | | Saint Louis MO 63136-6163 | Acct #: 204665359 |
| | | | Adm: 6/4/2023, D/C: 6/5/2023 |

**06/04/2023 - ED to Hosp-Admission (Discharged) in Christian Hospital (continued)**

**H&P Notes (continued)**

## Recent Labs

| Lab | Units | 06/04/23 1427 |
|---|---|---|
| WBC | K/cumm | 7.9 |
| HEMOGLOBIN | g/dL | 14.0 |
| HEMATOCRIT | % | 41.8 |
| PLATELETS | K/cumm | 300 |

## Recent Labs

| Lab | Units | 06/04/23 1619 |
|---|---|---|
| SODIUM | mmol/L | 139 |
| POTASSIUM PLASMA | mmol/L | 4.3 |
| CHLORIDE | mmol/L | 104 |
| CO2 | mmol/L | 22 |
| ANIONGAP | mmol/L | 13 |
| GLUCOSE | mg/dL | 108 |
| BUN SERUM | mg/dL | 20 |
| CREATININE | mg/dL | 1.35* |
| CALCIUM | mg/dL | 9.0 |

## ASSESSMENT/PLAN:
1. Palpitations on admission. Patient is with history of CAD. Current troponin trend is 51, 83, 90, with delta of 32, 39. On aspirin, metoprolol. 2D echo ordered. Cardiology service consulted.
2. CAD. 10/15/2011 cardiac catheterization with PCI to the mid RCA with balloon angioplasty and bare metal stent x1. 5/30/2016 cardiac catheterization with PCI of the right coronary artery with implantation of a 3.0 X 18 mm Xience stent in the mid segment of the right coronary artery as well as a 3.0 X 18 mm Xience stent in the distal segment of the right coronary artery. On aspirin, metoprolol.
3. Hypertension. Follow blood pressures. On Imdur, metoprolol.
4. Hyperlipidemia. On statin.
5. BPH. On Proscar, Flomax.
6. CKD with creatinine of 1.35 with GFR of 60, follow.
7. Prophylaxis. Lovenox, no indication for GI prophylaxis.

Electronically signed by Rudomiotov, Olga, MD at 6/5/2023 12:27 AM

**Discharge Summary Note**

**Discharge Summary by Edwards, Lavondia L., NP at 6/5/2023 1852**

### Inpatient Discharge Summary

**Patient left AMA, see h/p and progress note for hospital course.**

Electronically signed by Edwards, Lavondia L., NP at 6/6/2023 8:56 AM
Electronically signed by Ogunremi, Olumide Omolulu, MD at 6/7/2023 10:03 AM

 St. Louis County Public Record Requests

Request #24-3924
  Closed
As of March 15, 2024, 3:39pm
Request Visibility:  Staff

## Details

Request at PC on 03/04/2024 for footage related to report #23-21515 by Steven Crenshaw.

*Received*

**March 4, 2024** in person

*Due*

**March 29, 2024**

*Departments*

**St. Louis County Police Department**

*Requester*

**Steven Crenshaw**

stevencrenshaw9@gmail.com
1023 Prigge Rd, St. Louis
3144100191

*Requester email status list*

Invoice paid

- **Sent**  *March 12, 2024, 9:43am*
- **Delivered**  *March 12, 2024, 9:43am*
- **Opened**  *March 13, 2024, 9:34am*

Document released

- **Sent**  *March 15, 2024, 3:26pm*
- **Delivered**  *March 15, 2024, 3:27pm*

Request closed

- **Sent**  *March 15, 2024, 3:37pm*

 St. Louis County Public Record Requests

**Paid: $85.10** on 03/12/24

## Documents

*Public (pending)*

(none)

*Requester*

PO_Roberts_Body_Camera_06_04_2023_12_13_52.mp4

PO_Roberts_Body_Camera_06_04_2023_12_02_21.mp4

Crenshaw request.pdf

Receipt 24-3924.pdf

PO_Kneemiller_Body_camera_06_04_2023_12_01_36.mp4

PO_Anderson_Body_Camera_06_04_2023_12_03_08.mp4

PO_Hewitt_Body_Camera_06_04_2023_12_04_00.mp4

PO_Kneemiller_Body_Camera_06_04_2023_12_19_40.mp4

PO_Kneemiller_Dash_Camera_06_04_2023_12_01_56.mp4

PO_Kranz_Body_Camera_06_04_2023_12_06_48.mp4

PO_Kneemiller_In_Car_Camera_06_04_2023_12_01_56.mp4

*Staff Only*

(none)

## Staff

*Point of Contact*

rfumagalli@stlouiscountymo.gov

*Support*

ebrown@stlouiscountymo.gov
mgaffney@stlouiscountymo.gov
pownby@stlouiscountymo.gov
pramos@stlouiscountymo.gov

 St. Louis County Public Record Requests

Timeline

**Request Closed**                                                                                           Public

All records have been released, and your request has been fulfilled.

March 15, 2024, 3:37pm by Phyllis Ramos

**Document(s) Released to Requester**                                                     Requester + Staff
Crenshaw request.pdf
Receipt 24-3924.pdf
PO_Anderson_Body_Camera_06_04_2023_12_03_08.mp4
PO_Hewitt_Body_Camera_06_04_2023_12_04_00.mp4
PO_Kneemiller_Body_camera_06_04_2023_12_01_36.mp4
PO_Kneemiller_Body_Camera_06_04_2023_12_19_40.mp4
PO_Kneemiller_Dash_Camera_06_04_2023_12_01_56.mp4
PO_Kranz_Body_Camera_06_04_2023_12_06_48.mp4
PO_Kneemiller_In_Car_Camera_06_04_2023_12_01_56.mp4
PO_Roberts_Body_Camera_06_04_2023_12_13_52.mp4
PO_Roberts_Body_Camera_06_04_2023_12_02_21.mp4
March 15, 2024, 3:26pm by Phyllis Ramos

**Message to requester**                                                                     Requester + Staff

Hello Mr. Crenshaw,


I have released the requested footage to you. I also have a DVD disc available for you to pick up which includes all the same footage. I will call you about this as well.


Thank you,

Phyllis R.

March 15, 2024, 3:26pm by Phyllis Ramos (Staff)

**Note**                                                                                                  Staff Only

Reviewing for disc request.

March 14, 2024, 7:29am by Phyllis Ramos (Staff)

**Internal Message**                                                                                Staff Only
**All assigned staff**

 **St. Louis County Public Record Requests**

PO_Anderson_Body_Camera_06_04_2023_12_03_08.mp4

PO_Hewitt_Body_Camera_06_04_2023_12_04_00.mp4

PO_Kneemiller_Body_camera_06_04_2023_12_01_36.mp4

PO_Kneemiller_Body_Camera_06_04_2023_12_19_40.mp4

PO_Kneemiller_Dash_Camera_06_04_2023_12_01_56.mp4

PO_Kranz_Body_Camera_06_04_2023_12_06_48.mp4

PO_Kneemiller_In_Car_Camera_06_04_2023_12_01_56.mp4

PO_Roberts_Body_Camera_06_04_2023_12_13_52.mp4

PO_Roberts_Body_Camera_06_04_2023_12_02_21.mp4

March 12, 2024, 8:11pm by Tom Naughton

**Document(s) Added**                                            Staff Only
Receipt 24-3924.pdf

March 12, 2024, 10:14am by Alise Clopton

**Note**                                                         Staff Only

Requestor paid for footage at PC. He wants the footage released via NR and uploaded to a disk. He agreed to pay additional fees once it is uploaded and ready for pick up.

March 12, 2024, 9:44am by Alise Clopton, Police Records Clerk (Staff)

**Invoice Paid**                                                Requester + Staff
$85.10 paid offline
March 12, 2024, 9:43am by Steven Crenshaw

**New Requester**                                                Staff Only
Steven Crenshaw
March 12, 2024, 9:42am by Alise Clopton on behalf of Steven Crenshaw

**Note**                                                         Staff Only

Left voicemail for requestor about invoice. Mailed invoice.

March 7, 2024, 3:34pm by Phyllis Ramos (Staff)

**Request Pending**                                              Staff Only

Called requestor with notice of invoice.

Waiting for payment.

March 7, 2024, 3:30pm by Phyllis Ramos

 St. Louis County Public Record Requests

The total to process your request is **$85.10.**

In accordance with Section 610.026.1(1) RSMo, the police department is requiring you to pay the estimated cost for the records you are seeking, prior to the records being reproduced for you. These fees are calculated on the best estimate of the actual cost of the review time to assemble and produce these records.

Upon receipt of payment of the estimated cost, the records which are responsive to your request and are open records will be provided to you without undue delay. If for some reason I am unable to produce the open records within three business days after receipt of payment, I will provide an estimate on how long it will take.

We accept cash, credit cards (excluding American Express), checks/ money orders (payable to the Treasurer of St. Louis County), or online payment through this system. By making an online payment on this request invoice, you agree to pay 2.9% of the payment amount plus $0.30. This fee goes to the payment gateway vendor, so St. Louis County receives only the invoiced amount. **Please reference Next Request number (24-XXXX) on payment.** Payment can be sent to the following address:

St. Louis County Police Department

Attn: **YOUR NAME**

7900 Forsyth Blvd.

Clayton, MO 63105

If payment is not received within 30 days, I will consider this request closed and you will then need to resubmit a new request.

March 7, 2024, 3:29pm by Phyllis Ramos (Staff)

**Internal Message**
**All assigned staff**                                                      Staff Only

Dash Camera only for Kneemiller is 1 hour, 1 minute and 30 seconds.

March 6, 2024, 9:45am by Tom Naughton, Sergeant (Staff)

**Internal Message**
**Tom Naughton, Meaghan Hawkins**                                Staff Only

Hello Sgt. Naughton,

Would there also be dash footage for this incident? #23-21515

The requestor also wants dash footage for Officer Kneemiller.

 St. Louis County Public Record Requests

March 6, 2024, 8:16am by Phyllis Ramos (Staff)

**Internal Message**
**All assigned staff**                                                                                    Staff Only

There appears to be a total of 1 hour, 20 minutes and 31 seconds worth of BWC footage in this request.


PO Kneemiller BWC - 19 minutes and 41 seconds

PO Roberts BWC - 25 minutes and 33 seconds

PO Anderson BWC - 11 minutes and 5 seconds

PO Hewitt BWC ( 19 )minutes and 20 seconds

PO Kranz BWC - 4 minutes and 52 seconds

March 5, 2024, 3:47pm by Tom Naughton, Sergeant (Staff)


**Message to requester**                                                                                  Requester + Staff

Your request for records from the St. Louis County Police Department has been received. The Police Department will need additional time to determine if it possesses records responsive to the request and to evaluate if the records are open or closed, either in whole or part, pursuant to the applicable provisions of Chapter 610 RSMo and Chapter 114 SLCRO. **We anticipate being able to process your request(s) by the close of business on (March 29, 2024), but will process your request as expeditiously as possible.** Thank you for your patience.

March 5, 2024, 9:30am by Jake Roustio (Staff)


**Due Date Changed**                                                                                      Staff Only
03/29/2024 (was 03/07/2024).
March 5, 2024, 9:30am by Jake Roustio


**Note Updated**                                                                                          Staff Only
Request for Dash and BWC for report #23-21515.They want BWC for all officers and dash for only Officer Kneemiller. Disposition for subject is all charges dismissed. See previous NR#23-16795 where they requested BWC only and did not complete payment.
March 4, 2024, 4:25pm by Phyllis Ramos


**Internal Message**                                                                                      Staff Only
**Tom Naughton, Meaghan Hawkins**

Hello Sgt. Naughton and Officer Hawkins,


Please let me know what Dash/BWC footage is available for report #23-21515. This is not for a subpoena.


Thank you,

# IN THE FAMILY COURT OF ST. LOUIS COUNTY, MISSOURI

ORI MO095015J

| PETITIONER: | DATE: |
|---|---|
| JANET L BRAUTIGAM | |
| RACE/SEX    **VS.**<br>Black / F | CASE NUMBER:<br>23SL-PN02866 |
| RESPONDENT:<br>STEVEN CRENSHAW | JUDGE:<br>MEGAN HIGGINS JULIAN |
| ADDRESS:<br>1023 PRIGGE RD<br>SAINT LOUIS, MO 63138 | POLICE DEPT.: |

**FILED**

AUG 28 2023

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

| RACE/SEX<br>Black / M | SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Circuit Clerk's Office at 314/615-8029, Fax 314/615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding. |
|---|---|

## PROTECTION ORDER AND JUDGMENT

☐ Alias ex parte order ordered to issue to the Sheriff/Police Department of _____
Serve respondent at the following address: ☐ Work ☐ Home  Hours:_____

_____

☐ Comes now Respondent and acknowledges receipt of the Petition and (Ex Parte Order)* (Summons)* herein, and enters his/her appearance (and waives service by the Sheriff)*.

☐ Case continued until _____ at _____ m. in the above division.
Ex Parte Order of Protection previously issued to remain in full force and effect.

☐ Case called. Petitioner fails to appear. Petition dismissed without prejudice for failure to prosecute.
(Ex Parte Order of Protection previously issued dismissed.)*

☒ Case called. Court hears testimony and determines that the allegation of (~~domestic violence~~)* (stalking)* was not proven by the petitioner. Full Order of Protection Denied.
(Ex Parte Order of Protection previously issued is hereby dismissed.)*

☐ Case dismissed without prejudice at the request of the petitioner.

**SO ORDERED**

_Judge_

ENTERED: _8/29/23_
(DATE)

ATTORNEY/PETITIONER/RESPONDENT
_____

ADDRESS
_____

| PHONE NO. | FAX NO. |
|---|---|

ATTORNEY/PETITIONER/RESPONDENT
_____

ADDRESS
_____

| PHONE NO. | FAX NO. |
|---|---|

This page is intended to provide extra space for you to answer questions 11 and 12 on page 3 of the Order of Protection petition. This page and all information included below is incorporated herein with the Order of Protection petition.

11. *[Respondent has knowingly and intentionally done one or more of the listed acts (include recent and past dates)]:*

6/24/2023 Steven Crenshaw Fire a gun at me and my grandchildren he constan threaten my life he was arrested he live next door to me but he is not on the lease of the home I have never ever spoke a word to this man I think its because

12. *[I am afraid of Respondent and there is an immediate and present danger of domestic violence or other good cause for an emergency temporary Order of Protection because]:*

I'm afraid for my life this happ so quickly and so unexpected we have never spoken to each other I believe he have a proble with my husband be caucasin none of the officer have contact me of his where about

Respondent has done one or more of the following, which pose a serious danger to the physical or mental health of me or a minor in my household (check all that apply):

- [ ] caused or inflicted physical harm or bodily injury to other(s)
- [ ] assaulted other(s)
- [x] caused fear of physical harm or bodily injury to me or a minor in my household
- [ ] stalked me or a minor in my household
- [ ] violated probation or parole term(s) that were meant to protect me or a minor in my household
- [ ] violated adult or child *ex parte* order of protection term(s) that were meant to protect me or a minor in my household
- [ ] violated adult or child *full* order of protection term(s) that were meant to protect me or a minor in my household
- [ ] or found guilty of dangerous felony(s) under Missouri law
- [ ] or has a criminal record
- [ ] or has any prior full adult or child order(s) of protection

**FILED**

Explain:

JUN 0 5 2023

**JOAN M. GILMER**
CIRCUIT CLERK, ST. LOUIS COUNTY

I swear/affirm under penalty of perjury that these facts are true according to my best knowledge and belief.
I understand that a copy of my petition, including this page, will be served upon Respondent.

_____        6/5/2023
Petitioner                      Date

# ARREST REPORT
## F-287 (11/06)

| FUGITIVE HOLDS | PAGE | COMPLAINT NUMBER |
|---|---|---|
| ☐ YES  ☒ NO | 1 OF 1 | |

| LAST NAME | FIRST NAME | MIDDLE NAME | JR/SR | AKA/MAIDEN NAME/ADDITIONAL ID |
|---|---|---|---|---|
| | | | | |

| RACE | SEX | AGE | DATE OF BIRTH | PLACE OF BIRTH | MARITAL STATUS | |
|---|---|---|---|---|---|---|
| | | | | | | |

| HEIGHT | WEIGHT | BUILD | COMPLX. | EYES | HAIR | SOCIAL SECURITY NUMBER | DRIVER'S LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| ADDRESS | CITY | STATE | ZIP | HOME PH. ( ) |
|---|---|---|---|---|
| | | | | CELL PH. ( ) |

| OCCUPATION | ☐ EMPLOYED  ☐ UNEMPLOYED | EMPLOYER (PRESENT OR LAST) |
|---|---|---|
| | | |

| BUSINESS ADDRESS | CITY | STATE | ZIP | BUSINESS PHONE ( ) |
|---|---|---|---|---|
| | | | | |

| SCARS/MARKS/TATTOOS/DEFORMITIES (DESCRIBE) | CLOTHING |
|---|---|
| | |

| IN EMERGENCY NOTIFY: | NAME | ADDRESS | PHONE ( ) |
|---|---|---|---|
| | | | |

| CHARGES (IDENTIFY ADDITIONAL CHARGES IN REMARKS) | CHARGE CODE | COMPLAINT/REFERENCE /MUC | CHARGE DISPOSITIONS |
|---|---|---|---|
| (A)            F    M    C | | | ☐ HOLD  ☒ RPAW  ☐ MUC/SIL IN COURT:  ☐ WARRANT VERIFIED BY: |
| (B)            F    M    C | | | ☐ HOLD  ☐ RPAW  ☐ MUC/SIL IN COURT:  ☐ WARRANT VERIFIED BY: |
| (C)            F    M    C | | | ☐ HOLD  ☐ RPAW  ☐ MUC/SIL IN COURT:  ☐ WARRANT VERIFIED BY: |
| (D)            F    M    C | | | ☐ HOLD  ☐ RPAW  ☐ MUC/SIL IN COURT:  ☐ WARRANT VERIFIED BY: |
| (E)            F    M    C | | | ☐ HOLD  ☐ RPAW  ☐ MUC/SIL IN COURT:  ☐ WARRANT VERIFIED BY: |

## PRISONER'S PROPERTY

MONEY:    CURRENCY: $          CHANGE: $

| QUANTITY | PROPERTY | QUANTITY | PROPERTY | OTHER PROPERTY |
|---|---|---|---|---|
| | WALLET | | WATCH | |
| | PURSE | | RINGS | |
| | LIGHTER | | EARRINGS | |
| | KEYS | | BRACELET/WRIST CHAIN | |
| | PR. SHOELACES | | NECKLACE/NECK CHAIN | |
| | BELT | | COMB | |
| | PAGER | | CELL PHONE | |

I HEREBY ACKNOWLEDGE SURRENDERING THE ABOVE ITEMS FOR SAFEKEEPING: _____
PRISONER'S SIGNATURE

I HEREBY ACKNOWLEDGE RECEIPT OF THE ABOVE ITEMS: _____
PRISONER'S SIGNATURE

| DATE ARRESTED | TIME ARRESTED | ARRESTING OFFICER/DSN (PRINT) | PCT/BUR | LOCATION OF ARREST | COGIS |
|---|---|---|---|---|---|
| | | | | | |

| GANG/SUBSET AFFILIATION | GANG ID NO. | FEMALE SEARCHED BY/DSN | OFFICER WITH HOLD RESPONSIBILITY/DSN |
|---|---|---|---|
| | | | |

| OFFICER ISSUING ORIGINAL ARREST ORDER NOTIFIED | ARREST ORDER CANCELLATION | FUGITIVE LOCATE TELETYPE |
|---|---|---|
| DATE          TIME | TT#          SENT BY/DSN | TT#          SENT BY/DSN |
| RELEASED TO DESK          TIME | RELEASED TO CONVEYANCE          TIME | RELEASED TO JUSTICE SERVICES          TIME |

| REMARKS |
|---|
| |

| SUBMITTED BY OFFICER/DSN | DATE | REVIEWING SUPERVISOR'S SIGNATURE/DSN |
|---|---|---|
| | | |

In the
# CIRCUIT COURT
of St. Louis County, Missouri

STATE OF MISSOURI

v.

__STEVEN W CRENSHAW__
Defendant

Date __06/06/2023__

Case Number __23SL-CR04103__

Division __41__   Day __THUR__

[ For File Stamp Only ]

FILED
06/06/23
JOAN M. GILMER
CIRCUIT CLERK
ST. LOUIS COUNTY, MO

## INITIAL APPEARANCE ORDER

Defendant appears and acknowledges being informed of the charge(s) and of the following rights: the right to retain counsel; the right to the appointment of counsel if Defendant is unable to retain counsel; the right to remain silent and that any statement made by Defendant may be used against Defendant in Court. Defendant was also informed that if released on bond, a warrant may be issued immediately upon any violation of a condition of release. The Court enters a plea of Not Guilty for Defendant as to any Misdemeanor charges.

Prosecuting Attorney ☑ appears in person ☐ appears by interactive video technology;

Defendant's Attorney ☐ appears in person ☐ appears by interactive video technology ☐ does not appear;

Defendant ☑ appears in person ☐ appears by interactive video technology

☐ does not appear because: _____:

☐ *After release* from custody on a warrant and has been informed of any conditions of release and the right to apply for a modification of any of the conditions of release at a hearing pursuant to Mo. S. Ct. Rule 33.05.

☑ *In custody* after arrest on a warrant and has been informed of any conditions of release. If Defendant is not released, Defendant has been informed of the right to a release hearing pursuant to Mo. S. Ct. Rule 33.05.

☐ By summons.

☐ Defendant has not previously been fingerprinted for an offense reportable under Mo. Rev. Stat. § 43.506 and is hereby ordered to report to the **bonding window at the Justice Center, 100 S. Central Ave., for fingerprinting and processing prior to the next court date** and to provide all information necessary. **Defendant is further ordered to bring a receipt of compliance to the next court date. FAILURE TO COMPLY MAY RESULT IN A WARRANT.**

Defendant ☑ is referred to the Public Defender's Office for eligibility determination.

☐ is granted additional time to obtain private counsel.

☐ is represented by counsel.

☐ _____ enters for Defendant.

*disputes charges*

☑ **Rule 33.05 RELEASE HEARING (BOND REVIEW)** set on __June 20, 2023__ at __10 am__ .m.

This hearing shall be held within SEVEN business days after Initial Appearance or application, absent good cause shown by the parties or the Court, subject to the victim's right to be informed of and heard at the hearing. Prosecuting Attorney to notify victim(s).

☑ Prosecuting Attorney ☐ Defendant requests this hearing be held later than seven business days for the following good cause: _____

☐ Cause continued to: ☐ M ☐ T ☐ W ☐ TH ☐ F _____ at _____ a.m.

☐ CALL DOCKET   ☐ PRELIMINARY HEARING   ☐ OTHER: _____

## X=APPEARS IN PERSON

Defendant

☐ _____
New Address

## SO ORDERED:

_Sandra S Pugro_
Judge/Division

_____ earing was conducted ~~on the record~~ using interactive video ......logy. Therefore, the party and attorney signatures are not reflected on this Order. The Court read the contents of this Order, and all other Memos/Orders entered herewith, to the parties ~~and into the record.~~

Defendant's Attorney                                   Bar No.

Address

Phone No.                                              Fax No.

Email

Asst. Prosecuting Attorney                             Bar No.

Phone No.                                              Fax No.

Email

In the

# CIRCUIT COURT
## of St. Louis County, Missouri

## STATE OF MISSOURI

v.

STEVEN CRENSHAW
_____
Defendant

JUNE 20, 2023
_____
Date

23SL-CR04103
_____
Case Number

40
_____
Division          Day

For File Stamp Only

**FILED**
06/20/2023
JOAN M. GILMER
CIRCUIT CLERK
ST. LOUIS COUNTY, MO

## CONDITIONS OF RELEASE ORDER AFTER REVIEW

The Court hereby conducts a review of Defendant's conditions of release pursuant to Mo. S. Ct. Rule 33.05.

Prosecuting Attorney ☑ appears in person ☐ appears by interactive video technology ☐ does not appear.

Defendant's Attorney ☐ appears in person ☐ appears by interactive video technology ☐ does not appear.

Defendant ☑ appears in person ☐ appears by interactive video technology

☐ does not appear because: _____

☐ State ☐ Defendant ☑ Neither party requested that this hearing be conducted on the record.

The Court has considered the individual circumstances of Defendant and the case and the factors set forth in Mo. S. Ct. Rule 33.01:

☑ The nature and circumstances of the offense charged;

☑ The weight of the evidence against Defendant;

☑ Defendant's family ties;

☑ Defendant's employment;

☑ Defendant's financial resources, including ability to pay;

☑ Defendant's character and mental condition;

☐ The length of Defendant's residence in the community;

☐ Defendant's record of convictions;

☐ Defendant's record of appearance at court proceedings or flight to avoid prosecution;

☐ Whether Defendant was on probation, parole or release pending trial or appeal at the time of the alleged offense(s);

☐ A validated evidentiary based risk assessment tool approved by the Mo. S. Ct.

Having considered the Rule 33.01 factors, the Court finds that the following least restrictive conditions of release are necessary to ☐ secure Defendant's appearance; and/or ☑ secure the safety of the community or others and finds the following facts to be relevant:

The State had a regis printout of the priors committed by the Defendant but it turns out the Defendant was not the same person - The Defendant denied that he was the person who had the priors and from what the Court could determine from case.net, he was not the person. The Court is still concerned from the Defendant's statements about the proximity the Defendant has to the alleged victim and/or witness in part because of the witness own testimony that the victim or witness was firing a weapon prior to the Defendant's actions and he was trying to stop it.

(NOTE: For monetary conditions: MUST address why non-monetary conditions alone are insufficient. If no bond: MUST address why no combination of monetary or non-monetary conditions will secure the safety of the community.)

# FILED

## IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
## STATE OF MISSOURI

JUN 0 5 2023

-VS-

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

STEVEN W CRENSHAW
40 SUBURBAN AVENUE
SAINT LOUIS, MO 63135

**Aliases:**

**Defendant**



RACE: Black
SEX: Male
DOB: 09/09/1963
HGT: 5'11
WGT: 200
P.D.: St. Louis County
ORI Number: MO0950000

SSN: 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
OCN: NO OCN
CASE ID: 189452579
RPT NO: 23-21515
CT. NO:

23SL-CR04103

## CHARGES

Count: 01  UNLAWFUL POSSESSION OF A FIREARM - CLASS D FELONY
Count: 02  UNLAWFUL POSSESSION OF A FIREARM - CLASS D FELONY
Count: 03  UNLAWFUL USE OF WEAPON - SUBSECTION 4 - EXHIBITING - CLASS E FELONY

## COMPLAINT

Bond $75,000
Cash only
10% NOT Authorized

State of Missouri )
County of St. Louis ) SS

Comes now the State of Missouri by and through the undersigned Assistant Prosecuting Attorney on information and belief that there is probable cause to believe that the above-named defendant committed the following crime(s):

### COUNT: 01  UNLAWFUL POSSESSION OF A FIREARM - CLASS D FELONY

That Steven W Crenshaw, in violation of Section 571.070, RSMo, committed the class D felony of unlawful possession of a concealable firearm, punishable under Sections 558.011 and 558.002, RSMo, in that on or about June 4, 2023, in the County of St. Louis, State of Missouri, the defendant knowingly possessed a AR 15 rifle, a firearm, and on March 15, 1996, the defendant was convicted of the felony of robbery in the second degree in the 22nd Judicial Circuit Court of St. Louis City, Missouri in case 2293103404-01.
571.070-001Y20205299.0

### COUNT: 02  UNLAWFUL POSSESSION OF A FIREARM - CLASS D FELONY

That Steven W Crenshaw, in violation of Section 571.070, RSMo, committed the class D felony of unlawful possession of a concealable firearm, punishable under Sections 558.011 and 558.002, RSMo, in that on or about June 4, 2023, in the County of St. Louis, State of Missouri, the defendant knowingly possessed a Kel-Tec PF 9 9mm pistol, a firearm, and on March 15, 1996, the defendant was convicted of the felony of robbery in the second degree in the 22nd Judicial Circuit Court of St. Louis City, Missouri in case 2293103404-01.
571.070-001Y20205299.0

### COUNT: 03  UNLAWFUL USE OF WEAPON - SUBSECTION 4 - EXHIBITING - CLASS E FELONY

That Steven W Crenshaw, in violation of Section 571.030, RSMo, committed the class E felony of unlawful use of a weapon, punishable upon conviction under Sections 558.002 and 558.011, RSMo, in that on or about June 4, 2023, in the County of St. Louis, State of Missouri, the defendant knowingly exhibited, in the presence of one or more persons an

AR 15 rifle, a weapon readily capable of lethal use, in an angry or threatening manner.
571.030-010Y20205299.0

The undersigned Prosecutor informs the Court on information and belief that the above offense(s) herein charged were committed.

Melissa Pantazopoulos MBE: 61858
Assistant Prosecuting Attorney

Ct. No.

Div. Circuit Court of St. Louis County, Missouri

I, <u>Dustin Kneemiller, DSN 5155, St. Louis County Police Department,</u> knowing that false statements on this form are punishable by law, state that the facts contained herein are true and documented in report number 23-21515. I have probable cause to believe that on June 4, 2023, at 1023 Prigge Road, [*include all dates and locations*], Steven Crenshaw, Black, Male, DOB 09/09/1963, 5'11", 200lbs, committed one or more criminal offense(s).

Count: 01      UNLAWFUL POSSESSION OF A FIREARM - CLASS D FELONY

Count: 02      UNLAWFUL POSSESSION OF A FIREARM - CLASS D FELONY

Count: 03      UNLAWFUL USE OF WEAPON - SUBSECTION 4 - EXHIBITING - CLASS E FELONY

The facts supporting this belief are as follows:  The Defendant racked his AR 15 rifle and fired a round into his grass in front of the neighbors. Then, victim Joseph Brautigam ran outside and the Defendant raised his rifle to Joseph's chest three times. Defendant went into his house and got his Kel-Tec PF 9 9mm pistol. Police seized the Defendant's AR 15 and the Defendant's Kel- Tec PF 9 9mm pistol. The Defendant was a convicted on about March 15, 1996, of robbery in the second degree in  the 22nd Judicial Circuit Court of St. Louis City, Missouri in case 2293103404-01.

I believe that the defendant poses a danger to a crime victim because he lives next door to the victims. He also has been convicted of robbery in the second degree in case 2293103404-01, burglary in the second degree in case 2293103400-01, and pled guilty to unlawful use of weapon in case 21CCR557654.

Dustin Kneemiller, DSN 5155, St. Louis County Police Department

[Signature] *P.O. Kneemiller, 5155*    Date: *10/5/23*

FILED

AUG 3 0 2023

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

### IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
### STATE OF MISSOURI

STATE OF MISSOURI,                         )
                                           )        Case No. 23SL-CR04103
v.                                         )
                                           )        Division 41
                                           )
STEVEN W CRENSHAW                          )
           Defendant.                      )

## PRELIMINARY HEARING JUDGMENT

Cause called for preliminary hearing on this date.

☐ There is probable cause to believe that a felony was committed and that Defendant committed said felony. Defendant is bound over for trial on the following felony (felonies):

> Unlawful Use Of Weapon - Subsection 4 - Exhibiting
> { Felony E RSMo: 571.030 }

☑ There is no probable cause to believe that a Defendant committed the felony or felonies as alleged and, therefore, Defendant is discharged.

SO ORDERED:

_____
Judge
Div. 41





Saint Louis
# COUNTY
## POLICE

**Colonel Kenneth Gregory**
**Chief of Police**
7900 Forsyth Boulevard
St. Louis, Missouri 63105
Voice/TTY (314) 889-2341

Date: 4-3-24

Name: STeven CRenShnn

Address: 40 SUBURBAN FERGUSON MO 6315c

Police Report Complaint Number: NR 24-3924  PR23-21515

Location and Date of Incident: North core County    FooTage.

Reason for Request: Nonidoe on Anderson or Hewitt North county STATion   06/04/2025

If you **are not** appearing in person for the report:

I hereby authorize_____ to pick up the police report on my behalf.

In the report requested, I am: (check one)

1. ☐ the victim
2. ☑ the perpetrator/suspect
3. ☐ the lawyer for the victim, perpetrator, suspect, or insurance company.
4. ☐ representing the insurance company that is investigating or defending a civil suit based on this report.
5. ☐ the vehicle owner
6. ☐ family member of person involved.
7. ☐ news media

**RECEIVED**

APR 0 3 2024

BUREAU OF
CENTRAL POLICE RECORD

_____    4-3-25
Signature                          Date

_____
Print Name

State of Missouri _____ } ss
County of_____ }
I,_____, a Notary Public, do hereby certify that on the
_____ day of_____, 20_____, personally appeared before me
_____ who declares he/she is the individual executing the
foregoing document in the capacity herein set forth and declared that the statements herein contained are true.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year before written.

_____
Notary Public

_____
My Commission Expires

115764 (08/21)
Record Clerk Use Only:

Email:_____

Date/Time Printed: 07/13/2023 09:29:20
Printed By / Reason: #NAPCA / INV

23-21515

| | | | |
|---|---|---|---|
| Total Length | | Barrel Length | |
| Finish | | Stock Material | |
| Description | BLACK IN COLOR | | |
| Firearm Value | | | |
| Recovered Value | | | |
| Recovered Date | | | |

| | | | |
|---|---|---|---|
| Action | ENTRY | Category | RECOVERED GUN |
| Reference Number | G00 092967 | Sender | 4564 |
| Additional Information | TT527 | | |

Additional Info   IN A LEATHER HOLSTER, WITH 1 ROUND MAGAZINE AND 1 9MM ROUND

**WARRANT APPLICATION INFORMATION**

| | | | |
|---|---|---|---|
| Last Name | CRENSHAW | First Name | STEVEN |
| Middle Name | W | DOB | 09/09/1963 |
| Race | BLACK | Sex | MALE |
| SSN | REDACTED | Arrested | ☑ |

| | | | |
|---|---|---|---|
| Application Date | 06/0 /2023 | Warrant # | |
| Prosecuted By | STATE PROSECUTOR | Prosecutor Name | ~~PANTASO POULOS~~ |
| Court Assigned | | Bond Amount | ~~75,000.00~~ |

| | |
|---|---|
| Charge Desc. #1 | UNLAWFUL POSSESSION OF A FIREARM |
| Disposition | WARRANT ISSUED |
| Amended Charge | |
| Charge Desc. #2 | UNLAWFUL POSSESSION OF A FIREARM |
| Disposition | WARRANT ISSUED |
| Amended Charge | |
| Charge Desc. #3 | UUW-SUBSECTION 4-EXHIBITING |
| Disposition | WARRANT ISSUED |
| Amended Charge | |
| Additional Information | CASH ONLY, NO 10% |

**NARRATIVE**

Your attention is directed to original report #23-21515, as prepared by Police Officer Kneemiller, DSN 5155, Division of Patrol, North County Precinct, documenting an unlawful use of a weapon and ~~████████████████~~ ~~████████████████~~ occurring at 1023 Prigge Road, Saint Louis, MO 63138.

At approximately 2:08 PM on June 4th, 2023, the following officers responded to 1023 and 1029 Prigge Road in reference to a ShotSpotter notification and a subsequent call for police:

- Police Officer Kneemiller, DSN 5155
- Police Officer Anderson, DSN 4554
- Police Officer Roberts, DSN 4956
- Police Officer Lally, DSN 4780
- Police Officer Hewitt, DSN 5144
- Police Officer Franz, DSN 3566

ShotSpotter ID:

323-269345





**Saint Louis**
# COUNTY
### POLICE

*Colonel Kenneth Gregory*
*Chief of Police*
7900 Forsyth Boulevard
St. Louis, Missouri 63105
Voice/TTY (314) 889-2341

Date: 3-18-24

Name: STeven W. CRenSHAw

Address: 40 SUBURBAN FeRguSoN mo 63135

Police Report Complaint Number: #23-21515  oR

Location and Date of Incident: 1023 PRiGGe Rd STlouisMo 6-4-2023

Reason for Request: OFFiceR HewiTT Body cam missing All FooTage pleasse.
OFFiceR LAll Body cam missing
AnDeRs

If you **are not** appearing in person for the report:

   I hereby authorize _SelF_ to pick up the police report on
   my behalf.       OFFiceR AnDeeSon

In the report requested, I am: (check one)

1. ☐ the victim
2. ☑ the perpetrator/suspect
3. ☐ the lawyer for the victim, perpetrator, suspect, or insurance company.
4. ☐ representing the insurance company that is investigating or defending a civil suit based on this report.
5. ☐ the vehicle owner
6. ☐ family member of person involved.
7. ☐ news media

_____     3-18-202
Signature                            Date

_____
Print Name

State of Missouri_____ } ss

County of_____ }

I_____, a Notary Public, do hereby certify that on the _____ day of_____, 20_____, personally appeared before me _____ who declares he/she is the individual executing the foregoing document in the capacity herein set forth and declared that the statements herein contained are true.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year before written.

_____
Notary Public

My Commission Expires _____

115764 (08/21)

Record Clerk Use Only:

Email:_____





**POLICE**

**Colonel Kenneth Gregory**
**Chief of Police**
7900 Forsyth Boulevard
St. Louis, Missouri 63105
Voice/TTY (314) 889-2341

*CALL WITH INVOICE*

Date: _3-4-24_

Name: _Steven W. Crenshaw_ _Footage_

Address: _1023 Pelagge Rd St Louis mo_ _CrenshawCam_

Police Report Complaint Number: _A 23-21515 Body Cam Footage all 5 officers_

Location and Date of Incident: _1023 Pelagge Rd St Louis mo_

Reason for Request: _Self_

If you **are not** appearing in person for the report:

I hereby authorize _Self_ to pick up the police report on my behalf.

In the report requested, I am: (check one)

1.  ☑ the victim
2.  ☑ the perpetrator/suspect
3.  ☐ the lawyer for the victim, perpetrator, suspect, or insurance company.
4.  ☐ representing the insurance company that is investigating or defending a civil suit based on this report.
5.  ☐ the vehicle owner
6.  ☐ family member of person involved.
7.  ☐ news media

_____   _3-4-24_
Signature                                            Date

_Steven W. Crenshaw_
Print Name

State of Missouri_____ } ss
County of_____ }

I,_____, a Notary Public, do hereby certify that on the
_____day of_____, 20_____, personally appeared before me
_____who declares he/she is the individual executing the foregoing document in the capacity herein set forth and declared that the statements herein contained are true.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year before written.

_____
Notary Public

115764 (08/21)

My Commission Expires _____

Record Clerk Use Only:

Email:_____





**Saint Louis**
# COUNTY
## POLICE

*Lt. Colonel*
*Kenneth Gregory*
*Chief of Police*
7900 Forsyth Boulevard
St. Louis, Missouri 63105
Voice/TTY (314) 889-2341.

December 6, 2023

**Mr. Steven Crenshaw**
**40 Suburban Avenue**
**Ferguson, MO  63135**

COMPLAINT NUMBER:    **23-21515**

This letter is to advise that this Department is holding personal property to which you are listed as the owner.  It has been determined that the property listed below is no longer needed as evidence and is available for release.

The property being held consists of the following:

                                   FIREARM(S)

**PLEASE CALL (314) 615-2597, option 3, TO SETUP AN APPOINTMENT FOR PICKUP**

**HAVE PHOTO IDENTIFICATION, AND IF YOU WILL BE PICKING UP A FIREARM(s)**
**BRING A LOCKABLE STORAGE CONTAINER(s)**

***THIS LETTER MUST ACCOMPANY YOU TO GAIN ACCESS TO THE BUILDING***

Your property may be claimed by appearing, with appropriate identification, at the St. Louis County Police Department, Property Control Unit, located on the second level of 7900 Forsyth Street, Clayton, Missouri, Monday through Friday, between 8:00AM and 4:00 PM.  If the property is not claimed within **45 days**, it will be subject to destruction or sale at public auction.

If you have any questions regarding this matter or in the event of inclement weather on the day of your scheduled appointment, please call the Property Control Unit at (314) 615-2597.

                                        Sincerely,

                                        *Det. Gardiner* 3553

                                        Detective Ryan Gardiner, DSN 3553
                                        Property Control Unit.







**Colonel Kenneth Gregory**
**Chief of Police**
7900 Forsyth Boulevard
St. Louis, Missouri 63105
Voice/TTY (314) 889-2341

Date: ~~APR~~ 10/9/2023

Name: STEVEN W. CRENSHAW

Address: _____

Police Report Complaint Number: #23-21515 Body cam footage all office

Location and Date of Incident: 1023-Peigge Rd St.Louis co 63138 W 6#

Reason for Request: Self

If you **are not** appearing in person for the report:

I hereby authorize __Self_____ to pick up the police report on my behalf.

In the report requested, I am: (check one)

1. ☐ the victim
2. ☐ the perpetrator/suspect
3. ☑ the lawyer for the victim, perpetrator, suspect, or insurance company.
4. ☐ representing the insurance company that is investigating or defending a civil suit based on this report.
5. ☐ the vehicle owner
6. ☐ family member of person involved.
7. ☐ news media

_____ Signature          10-9-23          Date

_____
Print Name

State of Missouri _____ } ss
County of _____ }

I, _____, a Notary Public, do hereby certify that on the _____ day of _____, 20____, personally appeared before me _____ who declares he/she is the individual executing the foregoing document in the capacity herein set forth and declared that the statements herein contained are true.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year before written.

_____
Notary Public

115764 (08/21)                    My Commission Expires _____

Record Clerk Use Only:

Email: _____

PH # 618 444-9331





**Saint Louis COUNTY POLICE**

*Colonel Kenneth Gregory*
*Chief of Police*
7900 Forsyth Boulevard
St. Louis, Missouri 63105
Voice/TTY (314) 889-2341

Date: _04/23/2023._

Name: _STEVEN W. CRENSHAW_

Address: _____

Police Report Complaint Number: _23-21515._

Location and Date of Incident: _1023- Peigerd STLouis. Mo 63138_

Reason for Request: _SeLF_

If you **are not** appearing in person for the report:

   I hereby authorize_____to pick up the police report on
   my behalf.

In the report requested, I am: (check one)

1. ☐ the victim
2. ☑ the perpetrator/suspect
3. ☐ the lawyer for the victim, perpetrator, suspect, or insurance company.
4. ☐ representing the insurance company that is investigating or defending a civil suit based on this
      report.
5. ☐ the vehicle owner
6. ☐ family member of person involved.
7. ☐ news media

_Pm 1239_

_6-23-23_

_____          _____
Signature                                          Date

_____
Print Name

State of Missouri_____}ss
County of_____}
I,_____, a Notary Public, do hereby certify that on the
_____day of_____, 20_____, personally appeared before me
_____who declares he/she is the individual executing the
foregoing document in the capacity herein set forth and declared that the statements herein contained are
true.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year before written.

_____
Notary Public

115764 (08/21)

Record Clerk Use Only:

Email:_____

My Commission Expires _____

_OVER →_

# In the
# CIRCUIT COURT
## of St. Louis County, Missouri

Plaintiff(s) _State_

vs.

Defendant(s) _Steven Crenshau_

Date _8/30/23_

Case Number _23SL -CR 04103_

Division _41_

**FILED**

AUG 3 0 2023

**JOAN M. GILMER**
**CIRCUIT CLERK, ST. LOUIS COUNTY**

For File Stamp Only

GPS bracelet ordered removed.

18 DAY IN COST 507

7 DAYS

74

COST $900.00

**SO ORDERED**

Judge _____

**ENTERED:** ___01/10/23___
(Date)

Attorney _____ Bar No.

Address _____

Phone No. _314. 757-4520_ Fax No.

Attorney _____ Bar No.

Address _____

Phone No. _____ Fax No.

CCOPR47-WS  Rev. 02/14

Case: 4:25-cv-01514-SEP    Doc. #: 1-1    Filed: 10/09/25    Page: 35 of 151 PageID #: 38

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| June 20, 2023 at 4:35:38 PM CDT | 3144481944 | 37 | 1 | Received |

06/20/2023 5:02 PM FAX  3144481944        ALENA MALONE BAIL BONDS                    ☑0001/0001

245012

# MAPTS Missouri Alternative Pre-Trial Services

 SCRAM SYSTEMS

## Defendant's Copy

Date: 06/20/23

21st Judicial Court St. Louis County, Missouri

105 South Central Ave.

St. Louis, Missouri, 63105

Re: 23SL-CR04103

This letter serves as a Receipt of payment of startup of EHD/GPS/SCRAM Service for

Defendant: Steven Crenshaw

Amount Paid: 290

If you would like to add exclusion zones, please let us know

Respectfully,

Alexus Levison

Missouri Alternative Pre-Trial Services

E-Mail: Alevison@maptsmo.com

Phone: (314) 448-1944

Fax: (314)-312-6262

**Law Office of Patrick E. Kennedy, LLC**

# INVOICE

393 N. Euclid, Ste. 216
St. Louis, MO 63108
314-757-4506 (office)
314-480-7110 (fax)
Patrick@STLDWIHelp.com

INVOICE #1
8/21/23

TO:
Mr. Steven Crenshaw

FOR: LEGAL SERVICES
Re:   St. Louis County (two cases)

| DESCRIPTION | FLAT FEE | CURRENT BALANCE | TOTAL DUE |
|---|---|---|---|
| Unlawful Use of a Weapon & Ex-Parte—St. Louis County | $3,000 | $1,500 | $500 on 8/30/23 |
| | | | $500 on 9/30/23 |
| | | | $500 on 10/30/23 |

Make checks payable to Patrick Kennedy
Credit or Debit cards also accepted
Total due in 15 days from date of invoice
*Failure to pay on time may result in attorney withdrawing from the case

**THANK YOU FOR YOUR BUSINESS!**

**St Louis County Justice Center**
**INMATE PROPERTY RECEIVED RECEIPT**

This is to certify that the following property was taken from : CRENSHAW, STEVEN W
and placed in my personal property and/or my institutional commissary account.
I understand that if I do not arrange for disposal of my property within 7 days of my release,
the institution shall not be held accountable for its loss.

IMN  245012    Booking #  2023005691    Tracking # T090012977
Book Dttm  06/05/2023 11:59

RENSHAW, STEVEN W
DOB 09/09/1963  Race  B    Sex  M

**Inmate Property List**

| Prp Code | Qty | Color | Property Description | | | Cond | Alt Loc | Rel ID | Rel Tp | Rel Dttm | Sta |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | N |

Seq # 1    Inmate Property Received -    Entry ID #js0814    Entry Dttm 06/05/2023 12:08

NO PROP  1  NOC  NO PROPERTY TAKEN
Sub Loc NOPROP    Loc #
Main Loc LEL
Notes ( NONE )

Seq # 2    Inmate Property Received -    Entry ID #js0754    Entry Dttm 06/05/2023 15:58

| | | | | | | | | | | | N |
| | | | | | | | | | | | N |
| | | | | | | | | | | | N |
| | | | | | | | | | | | N |

LACES  1  NOC  LACES
CELL  1  NOC  CELL PHONE
CAP  1  NOC  CAP
KEYS  1  NOC  KEYS
Sub Loc SHELF    Loc #32
Main Loc LEL
Notes ( NONE )

**Inmate Valuable List**

Intake

X ___HOSPITAL POST___
( Inmate Signature/Date )

X_____
Officer ( #js0754 ) Signature/Date

Release

X_____
( Release Officer Signature/Date/Time )

X_____
( Inmate Signature/Date )

Officer Taking
Custody

Money

$$ [_____] Received

**Property**

X_____
( Officer's Signature/DSN/Date )

X_____
( Officer's Signature/DSN/Date )

X_____
( Print Officer's Name Here)

# Summons in Civil Case

IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN W DUNNE | Case Number:  25SL-CC05982 | |
|---|---|---|
| Plaintiff/Petitioner:<br>STEVEN W CRENSHAW<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>STEVEN W CRENSHAW<br>40 SUBURBAN AVE<br>FERGUSON, MO  63135 | **SHERIFF FEE PAID** |
| Defendant/Respondent:<br>DUSTIN KNEEMILLER | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Other Miscellaneous Actions | | |
| **The State of Missouri to:**    ST. LOUIS COUNTY<br>                                Alias:<br><br>**41 SOUTH CENTRAL AVE**<br>**ST LOUIS, MO  63105** | | |

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***ST. LOUIS COUNTY***

|  |  |
|---|---|
| 30-SEP-2025 | /s/Whitney Wooldridge |
| Date | Clerk |

**Further Information:**
WAW

Case Number: 25SL-CC05982

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____          _____
Printed Name of Officer or Server                    Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____ _____
Date                              Notary Public

**Service Fees (if applicable)**

Summons                                $_____
Non Est                                $_____
Sheriff's Deputy Salary
Supplemental Surcharge       $_____10.00____
Mileage                                $_____ (_____ miles @ $._____ per mile)
**Total**                                $_____

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



**OFFICE OF THE CIRCUIT CLERK**

Missouri's 21st Judicial Circuit, St. Louis County

Civil Department

105 South Central Avenue, Clayton, MO 63105

Hours: Monday through Friday 8:00 A.M. to 5:00 P.M.

Phone: 314-615-8029

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act. Please notify the Office of the Circuit Clerk at 314-615-8029. FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 0r 800-735-2966, at least three business days in advance of the court proceeding.

IN THE _____ JUDICIAL CIRCUIT, _____ COUNTY, MISSOURI

| Name: Steven D Crenshaw | Case Number: 25SL-CC05982 |
|---|---|
| Address: 40 Suburban | Case Type: |
| | Style of Case: |
| Document Filed: | |

**FILED**

JUN 03 2025

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

(Date File Stamp)

## Redaction Certification

**The filer certifies that all documents in this submission for filing with the court comply with all redaction requirements of Rules 19.10, 55.025, or 84.015.**

**COR 2.02**

The responsibility for redacting confidential information rests solely with the counsel, parties, or any other person filing the document. Courts will not review each case document to ensure compliance and will not refuse to accept or file a document on that basis.

On and after the Expanded Remote Access Implementation Date: July 1, 2023

1. All redactions shall be done in a manner that makes it clear that information has been redacted. If necessary to reference the redacted information in a redacted document, filers shall use generic descriptors.

2. When a filer redacts information from a document offered for filing in any court, the filer also must file a confidential redacted information filing sheet that either:

   ▪ has the unredacted version of the document attached; or

   ▪ sets out the information redacted from the document with an explanation referencing where the information was redacted from in the document or the generic descriptors used in the document to reference the redacted information.

3. All filers shall affirmatively certify compliance with the redaction requirements in Rules 19.10, 55.025, and 84.015 when a document is filed. This certification shall be accomplished through an automated process implemented in the electronic filing system for its authorized users or, for filers who are not authorized users of the electronic filing system, by a paper form attached to the document or on the document itself.

4. When a motion is filed alleging a document filed with the court contains insufficiently redacted confidential information, the clerk shall raise the document's security level to a confidential setting. The court shall dispose of the motion within 30 days. If the court determines the document is sufficiently redacted, the clerk shall reset the document's security level to allow for proper public access.

**I HAVE READ AND UNDERSTAND THE ABOVE.**

6-2-2025
_____
Date

_____
Filer's Signature

SJRC (06-23) GN320                          1 of 1                          COR 2

RETURN

# Summons in Civil Case

## IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN W DUNNE | Case Number: 25SL-CC05982 | |
|---|---|---|
| Plaintiff/Petitioner:<br>STEVEN W CRENSHAW<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>STEVEN W CRENSHAW<br>40 SUBURBAN AVE<br>FERGUSON, MO 63135 | **SHERIFF FEE PAID** |
| Defendant/Respondent:<br>DUSTIN KNEEMILLER | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Other Miscellaneous Actions | | |

The State of Missouri to: DUSTIN KNEEMILLER    Alias:

7900 FORSYTH BLVD
CLAYTON, MO 63105

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**



**ST. LOUIS COUNTY**

| 03-JUN-2025 | /s/ PHEBE HARRIS |
|---|---|
| Date | Clerk |

**Further Information:**
PH

RECEIVED 2025 JUN -3 AM 10: 49 ST. LOUIS COUNTY SHERIFF'S OFFICE

SJRC (12-24) SM30 (SMCC) *For Court Use Only:* **Document ID # 25-SMCC-9046**   1 of 2 (25SL-CC05982)   Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case Number: 25SL-CC05982

## Officer's or Server's Return

**Note to serving officer:** Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☑ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _Coworker w/F_, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _2225 Dunn Rd_ _____ (address)

in _St-Louis_ (County/City of St. Louis), MO, on _6/13/25_ (date)

at _645 AM_ (time).

_Neil Rilg_

Printed Name of Officer or Server        Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____

Date        Notary Public

FILED

JUN 17 2025

Jean M. Gilmer
Clerk,
County

**Service Fees (if applicable)**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ 10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - ST LOUIS COUNTY - July 14, 2025 - 04:17 PM

**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**TWENTY-FIRST JUDICIAL CIRCUIT**
**STATE OF MISSOURI**

| | |
|---|---|
| **STEVEN CRENSHAW,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| | ) |
| | ) **Cause No. 25SL-CC05982** |
| **v.** | ) |
| | ) |
| **DUSTIN KNEEMILLER,** | ) |
| | ) |
| **Defendant.** | ) |

## ENTRY OF APPEARANCE

COMES NOW Associate County Counselor Matthew W. Huckeby and hereby enters his appearance as counsel of record for Defendant Dustin Kneemiller.  Matthew W. Huckeby respectfully requests that all future correspondence and pleadings in this matter be forwarded to his attention at the address below.

Respectfully Submitted,

**DANA T. REDWING**
**COUNTY COUNSELOR**

By:     */s/ Matthew W. Huckeby*
Matthew W. Huckeby, #61978
Associate County Counselor
Office of the County Counselor
41 S. Central Avenue
Clayton, Missouri 63105
(314) 615-7036
MHuckeby@stlouiscountymo.gov

*Attorney for Defendant Dustin Kneemiller*

Electronically Filed - ST LOUIS COUNTY - July 14, 2025 - 04:17 PM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was transmitted this 14th day of July, 2025 through the court's electronic filing system and mailed, via United States Postal Service to *pro se* Plaintiff, Mr. Steven Crenshaw at the address on file with this Court, *to wit*:

 Steven W. Crenshaw
40 Suburban Avenue
Ferguson, Missouri 63135

*/s/ Matthew W. Huckeby*
Matthew W. Huckeby

Electronically Filed - ST LOUIS COUNTY - July 14, 2025 - 04:19 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
21ST JUDICIAL CIRCUIT
STATE OF MISSOURI

| | | |
|---|---|---|
| **STEVEN CRENSHAW,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 25SL-CC05982 |
| v. | ) | |
| | ) | Div. 21 |
| **DUSTIN KNEEMILLER, *et al.*** | ) | The Honorable Ellen W. Dunne |
| | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT DUSTIN KNEEMILLER'S MOTION TO DISMISS PLAINTIFF'S PETITION FOR FAILURE TO STATE A CLAIM

COMES NOW, Defendant Police Officer Dustin Kneemiller ("Defendant"), by and through his counsel of record, Matthew W. Huckeby, Associate County Counselor, and moves this Court to dismiss Plaintiff's Petition for failure to state a claim pursuant to Missouri Supreme Court Rule 55.27(a)(6).  In support of his motion, Defendant states as follows:

1.      *Pro se* Plaintiff Steven Crenshaw ("Plaintiff") filed this action on June 3, 2025, against "Dustin Kneemiller (STL County P.D.)"  (Plaintiff's Petition, Pp. 1).

2.      Plaintiff's *Pro se* Petition violates Missouri Supreme Court Rules 55.02, 55.03(a), 55.04, and 55.05.  Plaintiff's entire "Petition" consists of a blank Twenty – first Judicial Circuit form with seven bullet points with half - sentences written on it simply alleging "bodily harm," "3xs False Arrest," "GPS bracelet fee," "Cruiser Cam and officer body cam – upon request, "ER report," and "requested recovery amount - $4,000,000.  (Plaintiffs' Petition, Pp. 1).  The "Petition" was filed with a series of random documents labeled "Exhibit." (See Plaintiff's Exhibit, *passim*). Plaintiff's Petition provides no further allegations or facts from which it is clear as to what claims, Plaintiff raises against Defendant.  (See Plaintiff's Petition, *passim*; Exhibit, *passim*).

Electronically Filed - ST LOUIS COUNTY - July 14, 2025 - 04:19 PM

3.      A motion to dismiss is intended to resolve claims early, to avoid the expense and burden of meritless claims, and to foster the efficient use of judicial resources. *Town & Country Appraisals, LLC v. Hart*, 244 S.W.3d 187, 189 (Mo. App. E.D. 2007).

4.      In reviewing a motion to dismiss, the Court examines the adequacy of the petition. *Grewell v. State Farm Mut. Auto. Ins. Co.*, 102 S.W.3d 33, 36 (Mo. banc 2003).  Courts should treat all facts pleaded to be true, liberally construe the petition's averments, and draw all reasonable and fair inferences therefrom. *Roy v. Missouri Dep't of Corr.,* 23 S.W.3d 738, 742 (Mo. App. W.D. 2000).

5.      Courts review the allegations set forth in the petition to determine whether principles of substantive law are invoked, which, if proved, would entitle petitioner to relief. *Id.* If so, then the petition is sufficient and cannot be dismissed for failure to state a claim. *Id.* However, where a plaintiff fails to state a cause of action or fails to state facts entitling the plaintiff to relief, the Court should dismiss the plaintiff's claims. *ITT Commercial Fin. Corp. v. Mid-Am Marine Supply Corp.*, 854 S.W.2d 371, 376 (Mo. banc 1993) (superseded by rule on other grounds).

6.      Plaintiff's "Petition" contains a multitude of violations of Missouri Supreme Court Rule 55, including:

    a.  Plaintiff's Petition does not contain averments that are "simple, concise, and direct" as required by Rule 55.04.

    b.  The Petition also does not contain averments in numbered paragraphs limited as practicable to a statement of a single set of circumstances or separated by counts as necessary to facilitate the clear presentation of any matters asserted, in violation of Rule 55.11.

Electronically Filed - ST LOUIS COUNTY - July 14, 2025 - 04:19 PM

    c.   Plaintiff's Petition does not even approach compliance with Rule 55.05, which requires that a petition include a short and plain statement of facts "showing that the pleader is entitled to relief."

7.    Additionally, Plaintiff fails to state a claim against Defendant Kneemiller, and thus, under Missouri Supreme Court Rule 55.27(a)(6), this Court must dismiss Plaintiff's Petition.

8.    Additionally, Plaintiff's claims against Officer Kneemiller are barred by sovereign immunity. *Best v. Schoemehl*, 652 S.W.2d 740, 742 (Mo. App. E.D. 1983); *Benson v. Kansas City Bd. Of Police Comm'rs*, 366 S.W.3d 120, 124 (Mo. App. W.D. 2012); *Crouch v. City of Kansas City*, 444 S.W.3d 517, 521-522 (Mo. App. W.D. 2014); *Conrod v. Mo. State Highway Patrol*, 810 S.W.2d 614, 617-618 (Mo. App. S.D. 1991); §§ 537.600.1(1), 537.600.1(2), RSMo.; *Krams v. Hy-Vee, Inc.*, 147 S.W.3d 907, 914 (Mo. App. W.D. 2004).

9.    Finally, Plaintiff has also failed to allege sufficient facts establishing that Officer Kneemiller is not entitled to official immunity or is not protected from liability under the Public Duty Doctrine. *See Southers v. City of Farmington*, 263 S.W.3d 603, 610 (Mo. Banc 2008); *Throneberry v. Mo. State Highway Patrol*, 526 S.W.3d 198, 204 (Mo. App. W.D. 2017); *State ex rel. Twiehaus v. Adolf*, 706 S.W.2d 443, 447-448 (Mo. Banc 1986).

10.    A Memorandum of Law in Support of this Motion to Dismiss is filed simultaneously with this motion.

WHEREFORE, Defendant Dustin Kneemiller for the above reasons as well as those articulated in their Memorandum of Law in Support of his Motion to Dismiss respectfully requests this Court grant his Motion to Dismiss and for any other relief this Court deems just and proper.

Electronically Filed - ST LOUIS COUNTY - July 14, 2025 - 04:19 PM

Respectfully Submitted,

DANA T. REDWING
ST. LOUIS COUNTY COUNSELOR

*/s/ Matthew W. Huckeby*
Matthew W. Huckeby, #61978
Lawrence K. Roos County Government Building
41 S. Central Avenue, Ninth Floor
Clayton, MO 63105
Phone: (314) 615-7036
Fax: (314) 615-3732
MHuckeby@stlouiscountymo.gov

*Attorneys for Defendant Dustin Kneemiller*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Court and served on all counsel of record via the Court's electronic filing system on this Monday, July 14, 2025.

*/s/ Matthew W. Huckeby*

Electronically Filed - ST LOUIS COUNTY - July 14, 2025 - 04:20 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
21ST JUDICIAL CIRCUIT
STATE OF MISSOURI

| | | |
|---|---|---|
| **STEVEN CRENSHAW,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 25SL-CC05982 |
| v. | ) | |
| | ) | Div. 21 |
| **DUSTIN KNEEMILLER,** | ) | The Honorable Ellen W. Dunne |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANT KNEEMILLER'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

COMES NOW, Defendant Police Officer Dustin Kneemiller ("Defendant"), by and through his counsel of record, Matthew W. Huckeby, Associate County Counselor, and moves this Court to dismiss Plaintiff's "Petition" for failure to state a claim pursuant to Missouri Supreme Court Rule 55.27(a)(6).  In support of their motion, Defendant states as follows:

**INTRODUCTION**

*Pro se* Plaintiff Steven Crenshaw ("Plaintiff") filed this action on June 3rd, 2025, against "Dustin Kneemiller (STL County P.D.)." (Plaintiffs' Petition, Front of Petition FINAL, Pp. 1). Plaintiff's *Pro se "*Petition" violates Missouri Supreme Court Rules 55.03(a), 55.04, and 55.05. Plaintiff's entire "Petition" consists of a blank Twenty – first Judicial Circuit form with seven bullet points with half - sentences written on it simply alleging "bodily harm," "3xs False Arrest," "GPS bracelet fee," "Cruiser Cam and officer body cam – upon request, "ER report," and "requested recovery amount - $4,000,000." (Plaintiffs' Petition, Pp. 1).  The "Petition" was filed with a series of random documents all collectively labeled "Exhibit." (See Plaintiff's Exhibit,

Electronically Filed - ST LOUIS COUNTY - July 14, 2025 - 04:20 PM

*passim*).  Plaintiff's Petition provides no further allegations or facts.  (See Plaintiff's Petition, *passim*; Exhibit, *passim*).

## STANDARD FOR DISMISSAL

A motion to dismiss is intended to resolve claims early, to avoid the expense and burden of meritless claims, and to foster the efficient use of judicial resources.  *Town & Country Appraisals, LLC v. Hart*, 244 S.W.3d 187, 189 (Mo. App. E.D. 2007).  In reviewing a motion to dismiss, the Court examines the adequacy of the petition.  *Grewell v. State Farm Mut. Auto. Ins. Co.*, 102 S.W.3d 33, 36 (Mo. banc 2003).  Courts should treat all facts pleaded to be true, liberally construe the petition's averments, and draw all reasonable and fair inferences from it.  *Roy v. Missouri Dep't of Corr.,* 23 S.W.3d 738, 742 (Mo. App. W.D. 2000).  Courts review the allegations set forth in the petition to determine whether principles of substantive law are invoked, which, if proved, would entitle petitioner to relief.  *Id.*  If so, then the petition is sufficient and cannot be dismissed for failure to state a claim.  *Id.*  But when a plaintiff fails to state a cause of action or fails to state facts entitling the plaintiff to relief, the Court should dismiss the plaintiff's claims.  *ITT Com. Fin. Corp. v. Mid-Am Marine Supply Corp.*, 854 S.W.2d 371, 376 (Mo. banc 1993) (superseded by rule on other grounds).

## ARGUMENT

I.      **Plaintiff's Petition Contains Many Violations of Missouri Supreme Court Rule 55.**

Plaintiff's "Petition" cannot reasonably be characterized as a Petition.  It is deficient in form and substance and fails to comply with the most basic pleading requirements under Missouri Supreme Court Rule 55.  First, Plaintiff's Petition does not contain averments that are "simple, concise, and direct" as required by Rule 55.04.  Plaintiff'sPetition does not contain numbered

Electronically Filed - ST LOUIS COUNTY - July 14, 2025 - 04:20 PM

paragraphs limited as practicable to a statement of a single set of circumstances or separated by counts as necessary to facilitate the clear presentation of any matters asserted, in violation of Rule 55.11.  To the contrary, Plaintiff's "allegations" consist of seven incomplete sentences presented in unnumbered bullet – point format.  (See Plaintiff's Petition, Pp. 1).  Most importantly, Plaintiff's Petition does not even approach compliance with Rule 55.05, which requires that a petition include a short and plain statement of facts "showing that the pleader is entitled to relief."  Mo. Sup. Ct. Rule 55.05.  For these reasons alone, Plaintiff's Petition should be dismissed.

**II.      Plaintiff Fails to State a Claim Against Officer Kneemiller as Plaintiff's claims are Barred by Sovereign Immunity.**

Plaintiff does not specify whether he sues Officer Kneemiller in his official or individual capacity.  (*See* Plaintiff's Petition, *passim*).  When a complaint does not specifically state that a government official is named as a defendant in their individual capacity, the Court should presume that they are sued in their official capacity. *Egerdahl v. Hibbing Cmty. Coll.*, 72 F.3d 615, 619 (8th Cir. 1995) ("If a plaintiff's complaint is silent about the capacity in which she is suing the defendant, we interpret the complaint as including only official – capacity claims.").  When a cause of action is stated against a government official in his official capacity, the action is one against the government.  *Gas Serv. Co. v. Morris,* 353 S.W.2d 645, 647–48 (Mo. 1962).  Because official capacity suits are one method of pleading an action against a government entity, the United States Supreme Court has held that a suit seeking damages from a government official in his or her official capacity should be treated as a suit against the government itself.  *Hafer v. Melo,* 502 U.S. 21, 23 (1991). Phrases such as "acting in their official capacities" are references to the capacity in which the state officer is sued, not the capacity in which the officer inflicts the alleged injury.  *Id*.

Electronically Filed - ST LOUIS COUNTY - July 14, 2025 - 04:20 PM

at 25.  Therefore, the immunities available to the defendant in an official capacity action seeking damages are those the governmental entity enjoys.  *Id.*

Here, Officer Kneemiller's employer, St. Louis County ("The County"), is entitled to sovereign immunity based  Plaintiff's Petition.  (*See* Plaintiff's Petition, *passim*).  Sovereign immunity acts as a complete bar to liability unless an exception applies.  § 537.600.1, RSMo.; *Benson v. Kansas City Bd. Of Police Comm'rs*, 366 S.W.3d 120, 124 (Mo. App. W.D. 2012); *Crouch v. City of Kansas City*, 444 S.W.3d 517, 521-522 (Mo. App. W.D. 2014); *Conrod v. Mo. State Highway Patrol*, 810 S.W.2d 614, 617-618 (Mo. App. S.D. 1991).  The County and other public entities enjoy sovereign immunity as it existed at common law in Missouri before September 12, 1977, except to the extent waived, abrogated or modified by statute.  § 537.600.1; *see also Maune ex rel. Maune v. City of Rolla*, 203 S.W.3d 802, 804 (Mo. Ct. App. 2006) (citing *Martin v. City of Washington,* 848 S.W.2d 487, 490 (Mo. banc 1993)).

"A municipality has sovereign immunity from actions at common law in all but four cases: (1) where a plaintiff's injury arises from a public employee's negligent *operation of a motor vehicle* in the course of their employment (section 537.600.1(1)); (2) where the injury was caused by the *dangerous condition of the municipality's property* (section 537600.1(2)); (3) where the injury is caused by the municipality performing a *proprietary function* as opposed to a governmental function (*State ex rel. Board of Trustees of the City of North Kansas City Memorial Hospital*, 843 S.W.2d 353, 358 (Mo. banc 1993)); and (4) to the extent the municipality has *procured insurance*, thereby waiving sovereign immunity up to but not beyond the policy limit and only for acts covered by the policy (section 537.610)." *Bennartz v. City of Columbia*, 300 S.W.3d 251, 259 (Mo. App. W.D. 2009).

Electronically Filed - ST LOUIS COUNTY - July 14, 2025 - 04:20 PM

Further, Sovereign immunity is not an affirmative defense; Plaintiff bears the burden of pleading with specificity facts giving rise to an exception to sovereign immunity. *Richardson v. City of St. Louis*, 293 S.W.3d 133, 137 (Mo. App. E.D. 2009); *Crouch v. City of Kansas City*, 444 S.W.3d 517, 522 (Mo. App. W.D. 2014), *Metro St. Louis Sewer Dist. v. City of Bellefontaine Neighbors*, 476 S.W.3d 913, 921 (Mo. Banc 2016) (citing *Eagleton v. Hall*, S.W.2d 798, 791 (Mo. Banc 1965). The doctrine of sovereign immunity prevents a public entity from being sued without its consent. *Metro. St. Louis Sewer Dist. v. City of Bellefontaine Neighbors*, 476 S.W.3d 913, 921 (Mo. banc 2016). "Sovereign immunity shields municipalities from liability even for intentional torts." *Bennartz v. City of Columbia*, 300S.W.3d 251, 261 (Mo. App. W.D. 2009) (citing *Aiello v. St. Louis Community Coll. Dist.*, 830 S.W.2d 556, 558 (Mo. App. E.D. 1992)).

"Accordingly, to state a cause of action sufficient to survive a motion to dismiss on the pleadings, the petition, when viewed in its most favorable light, must plead facts, which if taken as true, establish an exception to the rule of sovereign immunity." *Phelps v. City of Kansas City*, 371 S.W.3d 909, 913 (Mo. App. W.D. 2012).

Here, Plaintiff has not alleged sufficient facts to invoke any of the recognized exceptions to sovereign immunity. (See Plaintiff's Petition, *passim*). Further, based on what Plaintiff has filed, it does not appear from the contents of his filings that he is claiming any injury occurred in the context of any of the exceptions to sovereign immunity. (*See* Plaintiff's Petition, *passim*). Thus, Plaintiff's Petition should be dismissed with prejudice.

**III.     Plaintiff Fails to State a Claim Against Officer Kneemiller as Plaintiff's Claims are Barred by Official Immunity.**

"Official immunity" is a "judicially-created doctrine [that] protects public employees from liability for alleged acts of negligence committed during the course of their official duties

Electronically Filed - ST LOUIS COUNTY - July 14, 2025 - 04:20 PM

for the performance of discretionary acts." *Southers v. City of Farmington,* 263 S.W.3d 603, 610 (Mo. banc 2008).   "Official immunity is intended to provide protection for individual government actors who, despite limited resources and imperfect information, must exercise judgment in the performance of their duties."  *Id.* at 611.  "The purpose of this doctrine is to allow public officials to make judgments affecting the public safety and welfare without the fear of personal liability."  *State ex Rel. Alsup v. Kanatzer*, 588 S.W.3d 187, 190 (Mo. banc 2019) (alteration omitted) (internal quotation omitted).  "This is because, if an officer is to be put in fear of financial loss at every exercise of his official functions, the interest of the public will inevitably suffer[.]"  *Id.* at 190-91 (alterations omitted) (internal quotation omitted).  "[W]hen a public official asserts the affirmative defense of official immunity, she should be afforded such immunity so long as she was acting within the scope of her authority and without malice."  *Id.* at 191.

An official *may* also be held liable when performing "ministerial duties."  *Kanagawa v. State ex rel. Freeman,* 685 S.W.2d 831, 836 (Mo. banc 1985). "A ministerial function ... is one 'of a clerical nature which a public officer is required to perform upon a given state of facts, in a prescribed manner, in obedience to the mandate of legal authority, without regard to his own judgment or opinion concerning the propriety of the act to be performed.'" *Southers,* 263 S.W.3d at 610 (quoting *Kanagawa v. State By and Through Freeman,* 685 S.W.2d 831, 836 (Mo. banc 1985) (overruled on other grounds)).  But before a public official may be liable in tort for official acts, the public official or employee must breach a ministerial duty imposed by statute or regulation.  *Boever v. Special Sch. Dist. of St. Louis County,* 296 S.W.3d 487, 492 (Mo. App. E.D.2009).  The statute or regulation prescribing a ministerial duty must be mandatory and not merely directory, and must mandate "a ministerial, not a discretionary, action."  *Id.*

Electronically Filed - ST LOUIS COUNTY - July 14, 2025 - 04:20 PM

Here, on top of simply failing to allege sufficient facts explaining how Officer Kneemiller acted or how he failed to act in general, Plaintiff has also failed to allege facts, and will be unable to allege facts, that sufficiently establish that Officer Kneemiller was acting, or failed to act, pursuant to a ministerial duty imposed by Missouri statute or regulation. (See Plaintiff's Petition, *passim*). For this reason alone, Plaintiff's Petition should be dismissed.

Here however, aside from failing to plead any facts about how Officer Kneemiller acted or how he failed to act, Plaintiff has also failed to allege that Officer Kneemiller acted or failed to act with bad faith or malice. (See Plaintiff's Petition, *passim*). Under Missouri law, Official immunity also does not apply to discretionary acts done in bad faith or with malice. *Davis v. Bd. of Educ. of the City of St. Louis,* 963 S.W.2d 679, 688–89 (Mo. App. E.D.1998). "Bad faith or malice in this context ordinarily contains a requirement of actual intent to cause injury." *Id.* at 689 (citing *State ex rel. Twiehaus v. Adolf,* 706 S.W.2d 443, 447 (Mo. banc 1986)). "A defendant acts with malice when he wantonly does that which a man of reasonable intelligence would know to be contrary to his duty and which he intends to be prejudicial or injurious to another." *Alsup*, 588 S.W.3d at 190 n.7 (quoting *Twiehaus*, 706 S.W.2d at 447). Further, Missouri does not recognize a cause of action for gross negligence, and official immunity applies to recklessness to the same extent as negligence. *State ex Rel. Love v. Cunningham*, 689 S.W.3d 489, 497-498 (Mo. banc 2024) (citing *Southers*, 263 S.W.3d at 610 n.8). Malice, or the actual intent to cause injury, is the only mental state to which official immunity does not apply under Missouri law. *Id*. at 498. There is nothing in Plaintiff's pleadings from which a reasonable trier of fact could conclude or infer that Officer Kneemiller individually intended to harm Plaintiff in any way. (Plaintiff's Petition, *passim*). For this added reason, Plaintiff's Petition should be dismissed.

**IV.     Plaintiff has also failed to allege sufficient facts establishing that that Police Officer Kneemiller is *not* protected from liability by the Public Duty Doctrine.**

Under Missouri law, public employees are not liable for a duty owed to the public, rather than a particular individual.  *See Southers v. City of Farmington*, 263S.W.3d 603, 611 (Mo. Banc 2008).  For police officers, "public duty" is broadly construed.  *Cooper v. Planthold*, 857 S.W.2d 477, 479 (Mo. App. E.D. 1993).  Here, on top of failing to allege sufficient facts for all the reasons stated above, Plaintiff has also failed to state a claim against Officer Kneemiller to the extent that Plaintiff has failed to allege, and will be unable to allege, sufficient to demonstrate that Officer Kneemiller owed Plaintiff a particularized duty, and not a duty owed to the general public.  (See Plaintiff's Petition, *passim*).  For this reason as well, Plaintiff's Petition should be dismissed with prejudice.

Electronically Filed - ST LOUIS COUNTY - July 14, 2025 - 04:20 PM

Electronically Filed - ST LOUIS COUNTY - July 14, 2025 - 04:20 PM

WHEREFORE, Defendant Kneemiller for the above reasons as well as those discussed in his Motion to Dismiss respectfully moves this Court to grant his Motion to Dismiss and for any other relief this Court deems just and proper.

Respectfully Submitted,

**DANA T. REDWING**
**COUNTY COUNSELOR**

By:      */s/ Matthew W. Huckeby*
Matthew W. Huckeby, #61978
Associate County Counselor
Office of the County Counselor
41 S. Central Avenue
Clayton, Missouri 63105
(314) 818-4214
MHuckeby@stlouiscountymo.gov

*Attorneys for Defendant Officer Kneemiller*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was transmitted this Monday, July 14, 2025 through the court's electronic filing system and sent to *pro se* Plaintiff Steven Crenshaw at the address provided to this Court:

Steven Crenshaw
40 Suburban Avenue
Ferguson, Missouri 63135

*/s/ Matthew W. Huckeby*
Matthew W. Huckeby

Electronically Filed - ST LOUIS COUNTY - August 12, 2025 - 03:29 PM

**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**TWENTY-FIRST JUDICIAL CIRCUIT**
**STATE OF MISSOURI**

| | |
|---|---|
| **STEVEN CRENSHAW,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) **Cause No. 25SL-CC05982** |
| **v.** | ) |
| | ) |
| **DUSTIN KNEEMILLER,** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE: Defendant, St. Louis County's Motion to Dismiss, filed with

the Court on July 14, 2025, will be called for hearing on **Monday, September 8, 2025, at 9:30**

**a.m. or soon thereafter** in Division 21 of St. Louis County, Missouri.

The hearing shall be held in person at the Circuit Court of St. Louis County located at

105 S. Central Ave, Saint Louis, Missouri 63105.

Respectfully Submitted,

**DANA T. REDWING**
**COUNTY COUNSELOR**

By:   */s/ Matthew W. Huckeby*
      Matthew W. Huckeby, #61978
      Associate County Counselor
      Office of the County Counselor
      41 S. Central Avenue
      Clayton, Missouri 63105
      (314) 615-7036
      MHuckeby@stlouiscountymo.gov

      *Attorney for Defendant Dustin Kneemiller*

Electronically Filed - ST LOUIS COUNTY - August 12, 2025 - 03:29 PM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was transmitted this 12th day of August, 2025 through the court's electronic filing system, and a copy was also served to Plaintiff via mail delivery at:

Steven Crenshaw
40 Suburban Avenue
St. Louis, Missouri 63135

*/s/ Matthew W. Huckeby*
Matthew W. Huckeby

**In the**
# CIRCUIT COURT
## of St. Louis County, Missouri

Steven W. Crenshaw
Plaintiff(s)

vs.

Dustin Kneemiller
Defendant(s)

September 8, 2025
~~June~~
Date

2551-CC05982
Case Number

21
Division

For File Stamp Only

# FILED

SEP 08 2025

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

COME NOW. counsel for Defendant and Plaintiff, pro se. Defendant's motion to dismiss~~ed~~ called, heard, and submitted. Motion to dismiss denied subject to ~~(Submit)~~ to Plaintiff filing amended pleadings. Plaintiff is given 30 days from today's date to file amended pleadings.

**SO ORDERED**

Ellen Dun
Judge

ENTERED: 9/8/2025    21
(Date)

Maurice W. Hurdly #61978
Attorney                          Bar No.
41 S. Central Ave
Address
(314) 615 - 7036
Phone No.                         Fax No.

Attorney                          Bar No.

Address

Phone No.                         Fax No.

CCOPR47-WS  Rev. 02/14

**In the**
# CIRCUIT COURT
## of St. Louis County, Missouri

Steven Crenshaw
_____
Plaintiff(s)

vs.

Dustin Kruemier
_____
Defendant(s)

Date  9/8/25

Case Number  25SL-CC05582

Division  2.

File Stamp Only
# FILED
SEP 0 8 2025

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

## CIVIL/CRIMINAL DOCKET MEMO

_____  Pre-trial Conference not held

_____  Pre-trial Conference held

_____  State/Plaintiff appears by:_____

_____  Defendant(s) appear by:_____

_____  Cause determined to be a definite trial

_____  Caused passed for settlement

_____  Track Number

_____  Length of time of trial

_____  Offer/Demand/Recommendation: _____

Comments: _____
Status
X  ~~Settlement Conference~~ Date: __10/10/2025 or 9:00 Am__
                              in person

Trial Date: _____

_____  Defendant fails to appear, warrant and bond forfeiture ordered.

# A COPY OF THIS ORDER WILL SERVE AS YOUR ONLY NOTICE; NO FURTHER NOTICE WILL BE MAILED.

Attorney _____  Bar No. _____

Address _____

_____  Phone No. _____

Attorney _____  Bar No. _____

_____

_____  Phone No. _____

**SO ORDERED**

Ellen Dunne

Judge/Division  2    9/8/25

CCCDT178   Rev. 01/2019    WHITE – File    YELLOW – Plaintiff/Attorney    PINK – Defendant/Attorney

# Summons in Civil Case

### IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>ELLEN W DUNNE | Case Number: **25SL-CC05982** | |
| Plaintiff/Petitioner:<br>STEVEN W CRENSHAW<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>STEVEN W CRENSHAW<br>40 SUBURBAN AVE<br>FERGUSON, MO  63135 | **SHERIFF FEE PAID** |
| Defendant/Respondent:<br>DUSTIN KNEEMILLER | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Other Miscellaneous Actions | | |

The State of Missouri to:    ST. LOUIS COUNTY
                             Alias:

**41 SOUTH CENTRAL AVE**
**ST LOUIS, MO  63105**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

**ST. LOUIS COUNTY**

| 30-SEP-2025 | /s/Whitney Wooldridge |
|---|---|
| Date | Clerk |

**Further Information:**
WAW

Case Number: 25SL-CC05982

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____      _____
Printed Name of Officer or Server                Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____ _____
                                          Date                          Notary Public

**Service Fees (if applicable)**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



**OFFICE OF THE CIRCUIT CLERK**

Missouri's 21st Judicial Circuit, St. Louis County

Civil Department

105 South Central Avenue, Clayton, MO 63105

Hours: Monday through Friday 8:00 A.M. to 5:00 P.M.

Phone: 314-615-8029

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act. Please notify the Office of the Circuit Clerk at 314-615-8029. FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 0r 800-735-2966, at least three business days in advance of the court proceeding.

**In the**

# CIRCUIT COURT
## of St. Louis County, Missouri



FILED

SEP 30 2025

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

For File Stamp Only

STEVEN W. CRENSHAW
Plaintiff(s)

vs.

SiANT LOUIS COUNTY
Defendant(s)

Date: September 30-2025

Case Number: 25 SL-CC 05982

Division: 21

- Bodily Harm

False Arrest

requested recovery 4,000,000.00

Atty Fees
GPS bracelet
Officer CAM and CRUISER CAM Fees

of
41. South Central
CLAYTON MO 63105
~~63105~~
63105 S.C.

MR. HUCKAbe

**SO ORDERED**

Attorney: STEVEN W. CRENSHAW Self     Bar No.

Address: 40 SUBURBAN FERGUSON MO 63135

Phone No.: 314-986-9232     Fax No.

Judge

**ENTERED:** _____
(Date)

Attorney     Bar No.

Address

Phone No.     Fax No.

CCOPR47-WS  Rev. 02/14

**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**STATE OF MISSOURI**

FILED

SEP 30 2025

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

|  |  |  |
|---|---|---|
| STEVEN CRENSHAW, | ) | Case No. 25SL-CC05982 |
|  | ) |  |
| Petitioner, | ) |  |
| VS. | ) | Div. 21 |
|  | ) | The Honorable Ellen W. Dunne |
| DUSTIN KNEEMILLER (in | ) |  |
| individual capacity), ST. LOUIS | ) |  |
| COUNTY | ) |  |

Defendants,

## AMENDED PETITION

Plaintiff, complaining of the Defendants, alleges and says:

### PARTIES

1. Plaintiff Steven Crenshaw is a resident of St. Louis County, Missouri.

2. Defendant Dustin Kneemiller is a resident of St. Louis County, Missouri, and at all relevant times was employed as a police officer by the St. Louis County Police Department.

3. Defendant St. Louis County is a political subdivision of the State of Missouri.

### JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to § 478.070 R.S.Mo. and Mo. Const. Art. V, § 14, which provides that circuit courts in Missouri have original jurisdiction over all cases and matters, civil and criminal.

13. Defendant Kneemiller asked if Plaintiff had a weapon, and Plaintiff raised his shirt showing that a Keltec was on his waist, as he had already put the rifle up in his garage.

14. Defendant Kneemiller removed that weapon and asked what happened.

15. Plaintiff explained that his neighbors had been throwing objects at his house constantly and shooting periodically.

16. Several police officers arrived at the scene, and Plaintiff invited the officers to come and view the video coverage in his home.

17. Four officers, including Defendant Kneemiller, came into Plaintiff's home to view the coverage.

18. After rewinding the video to the beginning of the incident, the officers' body cameras recorded it all.

19. The video showed that Plaintiff had never pointed the gun or shot at any of the neighbors. The only time that Plaintiff's weapon was pointed at anyone was when Mr. Brautigam approached Plaintiff in his yard.

20. Despite this evidence, Defendant Kneemiller arrested Plaintiff for unlawful use of a weapon. (Exhibit E)

21. Plaintiff was placed in the front passenger seat of Defendant Kneemiller's police cruiser, where it was extremely hot because the air conditioner was not on and the heat was on instead.

22. Plaintiff asked Defendant Kneemiller to turn on the air conditioning multiple times, stating "the heat is on," but Defendant Kneemiller ignored these requests.

35.  Plaintiff consistently maintained that he was not a convicted felon and that his guns
were legally obtained through federal background checks.

36.  As a condition of his release, Plaintiff was required to pay for a GPS monitoring
bracelet. (Exhibit D)

37.  On August 30, 2023, all charges against Plaintiff were dismissed at a preliminary
hearing. (Exhibit F)

38.  Janet L. Brautigam also filed a protection order against Plaintiff, which was later
dismissed. (Exhibit B)

39.  As a result of Defendant Kneemiller's actions, Plaintiff suffered physical injury,
emotional distress, and financial damages, including medical expenses and GPS
bracelet fees.

40.  Plaintiff filed his original petition on June 3, 2025, which was dismissed on
September 8, 2025, with leave to refile within 30 days. Bodycam footage will be
submitted to prove the plaintiff's claim as well.

## CLAIMS FOR RELIEF

### Count I – False Imprisonment in Violation of  § 516.140 R.S.Mo.
### (against all defendants)

41. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 40 as if
fully set forth herein.

42.  Defendants detained Plaintiff against his will.

43.  Defendant Kneemiller arrested Plaintiff on June 4, 2023, and detained him in a police
cruiser, then at the precinct, and later at the hospital where he was handcuffed to the
bed.

55. Defendant Kneemiller lacked probable cause to arrest and charge Plaintiff, as evidenced by the dismissal of all charges and the fact that Plaintiff was not a convicted felon as falsely claimed by Defendant Kneemiller.

56. Defendants acted with malice in instituting the prosecution.

57. Defendant Kneemiller acted with malice by knowingly providing false information about Plaintiff's criminal history without conducting a proper investigation, and by pursuing charges despite evidence from the video footage that Plaintiff had not committed the alleged offenses.

58. Plaintiff suffered damages as a result of the prosecution.

59. As a direct and proximate result of Defendants' actions, Plaintiff suffered physical injury requiring medical treatment, emotional distress, and financial damages, including medical expenses and GPS bracelet fees.

## Count III - Negligence
### (against all defendants)

60. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 59 as if fully set forth herein.

61. Defendants owed Plaintiff a duty of care.

62. Defendant Kneemiller, as a police officer, had a duty to ensure the safety and well-being of Plaintiff while in custody. Defendant St. Louis County had a duty to properly train and supervise its officers regarding the care of individuals in custody.

63. Defendants breached their duty of care.

64. Defendant Kneemiller breached his duty by leaving Plaintiff in a hot police cruiser with the heat on despite Plaintiff's complaints and requests for air conditioning.

73. Defendants' conduct in leaving Plaintiff in a hot police cruiser with the heat on, despite his complaints, was the direct cause of Plaintiff's emotional distress, as evidenced by the temporal relationship between the incident and the onset of Plaintiff's symptoms.

## Count V - Unjust Enrichment
## (against defendant St. Louis County)

74. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 73 as if fully set forth herein.

75. Plaintiff conferred a benefit upon Defendant St. Louis County.

76. Plaintiff was required to pay GPS bracelet fees as a condition of his release, which payments were received by Defendant St. Louis County.

77. Defendant St. Louis County appreciated the benefit.

78. Defendant St. Louis County was aware of and accepted the GPS bracelet fees paid by Plaintiff.

79. It would be inequitable for Defendant St. Louis County to retain the benefit without payment of its value.

80. It would be inequitable for Defendant St. Louis County to retain the GPS bracelet fees when the charges against Plaintiff were based on false information provided by Defendant Kneemiller and were ultimately dismissed

## Count VI - Violation of 42 U.S.C. § 1983 - Fourth Amendment - Unreasonable Seizure
## (against all defendants)

90. Defendant Kneemiller was acting under color of state law as a St. Louis County police officer when he detained Plaintiff. Defendant St. Louis County is a governmental entity that acts through its employees, including Defendant Kneemiller.

91. Plaintiff had a serious medical need.

92. Plaintiff developed serious medical needs while in custody, including profuse sweating, dizziness, headache, and heart issues, as confirmed by medical records from Christian Hospital showing elevated troponin levels and heart damage.

93. Defendants were deliberately indifferent to Plaintiff's serious medical needs.

94. Defendant Kneemiller was deliberately indifferent to Plaintiff's serious medical needs when he left Plaintiff in a hot police cruiser with the heat on despite Plaintiff's complaints and visible distress, and when he ignored Plaintiff's requests for medical attention. Defendant St. Louis County was deliberately indifferent through its policies, customs, or practices that allowed such conduct.

95. Defendants' conduct was the cause of Plaintiff's injury.

96. As a direct and proximate result of Defendants' deliberate indifference, Plaintiff suffered physical injury requiring hospitalization and ongoing medical treatment.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

a. Compensatory damages against all defendants $4,000,000 for medical expenses, GPS bracelet fees, legal fees, pain and suffering, and emotional distress resulting from defendants' wrongful conduct;

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing

AMENDED PETITION was filed via the clerk and sent via e-notification and/or certified mail

on September 29th 2025 to all opposing counsel of record. A summons for all new parties will

also be issued and served.

/s/ Steven Crenshaw
Steven Crenshaw
40 Suburban Ave
Ferguson, MO 63135

**christian hospital** | **BJC HealthCare** | Christian Hospital
11133 Dunn Road
Saint Louis MO 63136-6163 | Crenshaw, Steven W
MRN: 1██████, DOB: ████ 963, Sex: M
Acct #: ██████
Adm: 6/4/2023, D/C: 6/5/2023

## 06/04/2023 - ED to Hosp-Admission (Discharged) in Christian Hospital

**ED Provider Note**

ED Provider Notes by McCarron, Weston Michael, MD at 6/4/2023 1500

### HPI

**Chief Complaint**
Patient presents with
- Palpitations
  Pt c/o palpitations and or discomfort when he was in police custody sitting in the back of the police car

59-year-old male presenting in police custody with heart palpitations, nausea, diaphoresis, feeling "hot" all over. Symptoms started just after patient was arrested and placed in the back of a police car after domestic dispute. Patient had been quite upset during the interaction. He was taken to a holding cell, where he continued to feel hot, with palpitations and diaphoresis. He was brought here for medical evaluation. On my assessment, patient feels much improved, but still feels slightly hot. No shortness of breath, no lightheadedness.

He denies any symptoms prior to onset today.

PMH – CAD s/p RCA stents (2011, 2016), spont. R ptx s/p RML bulla resection / pleurodesis 2018, HTN, HLD

**Patient History:**

**Patient Active Problem List**

| Diagnosis | Date Noted |
|---|---|
| Elevated troponin | 06/04/2023 |
| Pneumothorax | 11/05/2018 |

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| Coronary artery disease | |
| Heart attack (CMS/HCC) (HCC) | |
| Hypertension | |
| Pneumothorax | |
| Prostate disorder | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| CARDIAC STENT PLACEMENT | | |
| CT CHEST TUBE INSERTION LEFT | N/A | 10/26/2018 |

No family history on file.

**Social History**

Tobacco Use



| | Christian Hospital<br>11133 Dunn Road<br>Saint Louis MO 63136-6163 | Crenshaw, Steven W<br>MRN: ███ DOB: ███963, Sex: M<br>Acct #: ███<br>Adm: 6/4/2023, D/C: 6/5/2023 |
|---|---|---|

**06/04/2023 - ED to Hosp-Admission (Discharged) in Christian Hospital (continued)**

**ED Provider Note (continued)**

Heart sounds: No murmur heard.
Pulmonary:
  Effort: Pulmonary effort is normal. No respiratory distress.
  Breath sounds: Normal breath sounds.
Abdominal:
  Palpations: Abdomen is soft.
  Tenderness: There is no abdominal tenderness.
Musculoskeletal:
  General: No swelling.
  Cervical back: Neck supple.
Skin:
  General: Skin is warm and dry.
  Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
  Mental Status: He is alert.
Psychiatric:
  Mood and Affect: Mood normal.

**MDM**

**Medical Decision Making**
Patient with significant cardiac history here with heart palpitations, diaphoresis, feeling hot, all starting after a domestic dispute and being arrested. Symptoms are improved, but not completely gone. He currently has no chest pain.

Vital signs notable for HTN, mild tachycardia. Satting well on room air. His exam is overall nonfocal.

Differential diagnosis includes anxiety, overexertion, dehydration, ACS, PE, pneumothorax, pneumonia, UTI, sepsis. Will plan for ACS workup, chest x-ray, trend troponins. Dispo pending workup.

**Amount and/or Complexity of Data Reviewed**
Radiology: Decision-making details documented in ED Course.
ECG/medicine tests: ordered and independent interpretation performed.

**Risk**
OTC drugs.
Prescription drug management.
Decision regarding hospitalization.

ED Course as of 06/04/23 1853
_____

Time: 06/04 1528

Generated by 19390 at 11/29/23 10:48 AM

 **christian hospital** | **BJC HealthCare**

Christian Hospital
11133 Dunn Road
Saint Louis MO 63136-6163

Crenshaw, Steven W
MRN: ███  DOB: ███ 963, Sex: M
Acct #: ███
Adm: 6/4/2023, D/C: 6/5/2023

**06/04/2023 - ED to Hosp-Admission (Discharged) in Christian Hospital (continued)**

**H&P Notes (continued)**

**SUBJECTIVE:**
Patient is a 59 y.o. male with chief complaint of palpitations.

**HPI:**
Mr. Crenshaw is a 59-year-old African American male with past history of CAD status post PCI, hypertension, hyperlipidemia, BPH, who presented to the emergency room for the above reasons. Per ED notes, patient was arrested earlier today, placed in the back of the police car, after a domestic dispute. He subsequently developed palpitations. Patient was quite upset during the interaction. He was taken to the holding cell where he continued to feel hot along with palpitations and diaphoresis. He was subsequently brought to the ED for further evaluation. Prior to admission, along with the palpitations, patient denies experiencing chest pain. Reports having some shortness of breath. Says that he felt hot and sweaty. Denies experiencing fevers, chills, night sweats, nausea, vomiting, abdominal pain, diarrhea, melena, hematochezia, dysuria, etc..

**Past Medical History:**
1. CAD. 10/15/2011 cardiac catheterization with PCI to the mid RCA with balloon angioplasty and bare metal stent x1. 5/30/2016 cardiac catheterization with PCI of the right coronary artery with implantation of a 3.0 X 18 mm Xience stent in the mid segment of the right coronary artery as well as a 3.0 X 18 mm Xience stent in the distal segment of the right coronary artery.
2. Hypertension.
3. Hyperlipidemia.
4. BPH.

**Past Surgical History:**
1. 10/26/2005, Partial corpectomy L4 and S1 with anterior decompression. Anterior lumbar fusion, L4-5 (18 x 23 mm) and L5-S1 (14 x 23 mm) with two large kits and BMP crushed cancellous allograft and two Hydrasorb sheets.
2. 10/28/2005, Posterior fusion L4 to S1, posterior fixation L4 to S1 with peak rods from Sofamor Danek.
3. 11/9/2018, Right video assisted thoracoscopy and resection of right middle lobe bulla and mechanical/chemical pleurodesis.

**Allergies:**
No known allergies.

**Social History:**
Patient states that he quit smoking in 2012, prior to that smoked 2 packs a day for 37 years. Denies alcohol use.

**Family History:**
Mother and father are deceased. Mother had breast cancer. Father had alcoholism.

**Review of Systems:**
All review of systems are negative other than mentioned in HPI.

**OBJECTIVE:**
**Vitals:**

| Arrival Vitals [06/04/23 1421] | |
|---|---|
| Temp | 36.5 °C (97.7 °F) |
| Pulse | 104 |
| Resp | 17 |
| BP | 158/87 |
| SpO2 | 99 % |
| Temp src | |

Generated by 19390 at 11/29/23 10:48 AM

Page 5



| Christian Hospital | | Crenshaw, Steven W |
|---|---|---|
| **BJC HealthCare** | 11133 Dunn Road | MRN: ■■■ OB: ■■ 1963, Sex: M |
| | Saint Louis MO 63136-6163 | Acct #: ■■■ |
| | | Adm: 6/4/2023, D/C: 6/5/2023 |

## 06/04/2023 - ED to Hosp-Admission (Discharged) in Christian Hospital (continued)

### H&P Notes (continued)

#### Recent Labs

| Lab | Units | 06/04/23 1427 |
|---|---|---|
| WBC | K/cumm | 7.9 |
| HEMOGLOBIN | g/dL | 14.0 |
| HEMATOCRIT | % | 41.8 |
| PLATELETS | K/cumm | 300 |

#### Recent Labs

| Lab | Units | 06/04/23 1619 |
|---|---|---|
| SODIUM | mmol/L | 139 |
| POTASSIUM PLASMA | mmol/L | 4.3 |
| CHLORIDE | mmol/L | 104 |
| CO2 | mmol/L | 22 |
| ANIONGAP | mmol/L | 13 |
| GLUCOSE | mg/dL | 108 |
| BUN SERUM | mg/dL | 20 |
| CREATININE | mg/dL | 1.35* |
| CALCIUM | mg/dL | 9.0 |

### ASSESSMENT/PLAN:

1. Palpitations on admission. Patient is with history of CAD. Current troponin trend is 51, 83, 90, with delta of 32, 39. On aspirin, metoprolol. 2D echo ordered. Cardiology service consulted.
2. CAD. 10/15/2011 cardiac catheterization with PCI to the mid RCA with balloon angioplasty and bare metal stent x1. 5/30/2016 cardiac catheterization with PCI of the right coronary artery with implantation of a 3.0 X 18 mm Xience stent in the mid segment of the right coronary artery as well as a 3.0 X 18 mm Xience stent in the distal segment of the right coronary artery. On aspirin, metoprolol.
3. Hypertension. Follow blood pressures. On Imdur, metoprolol.
4. Hyperlipidemia. On statin.
5. BPH. On Proscar, Flomax.
6. CKD with creatinine of 1.35 with GFR of 60, follow.
7. Prophylaxis. Lovenox, no indication for GI prophylaxis.

Electronically signed by Rudomiotov, Olga, MD at 6/5/2023 12:27 AM

### Discharge Summary Note

Discharge Summary by Edwards, Lavondia L., NP at 6/5/2023 1852

#### Inpatient Discharge Summary

**Patient left AMA, see h/p and progress note for hospital course.**

Electronically signed by Edwards, Lavondia L., NP at 6/6/2023 8:56 AM
Electronically signed by Ogunremi, Olumide Omolulu, MD at 6/7/2023 10:03 AM

# IN THE FAMILY COURT OF ST. LOUIS COUNTY, MISSOURI

ORI MO095015J

| PETITIONER: | DATE: |
|---|---|
| JANET L BRAUTIGAM | |
| RACE/SEX | CASE NUMBER: |
| Black / F      VS. | 23SL-PN02866 |
| RESPONDENT: | JUDGE: |
| STEVEN CRENSHAW | MEGAN HIGGINS JULIAN |
| ADDRESS: | POLICE DEPT.: |
| ███████ FILED | |
| RACE/SEX      AUG 28 2023 | SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Circuit Clerk's Office at 314/615-8029, Fax 314/615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding. |
| Black / M      JOAN M. GILMER CIRCUIT CLERK, ST. LOUIS COUNTY | |

## PROTECTION ORDER AND JUDGMENT

☐ Alias ex parte order ordered to issue to the Sheriff/Police Department of _____
Serve respondent at the following address: ☐ Work ☐ Home  Hours:_____

☐ Comes now Respondent and acknowledges receipt of the Petition and (Ex Parte Order)* (Summons)* herein, and enters his/her appearance (and waives service by the Sheriff)*.

☐ Case continued until _____ at _____ m. in the above division.
Ex Parte Order of Protection previously issued to remain in full force and effect.

☐ Case called. Petitioner fails to appear. Petition dismissed without prejudice for failure to prosecute.
(Ex Parte Order of Protection previously issued dismissed.)*

☒ Case called. Court hears testimony and determines that the allegation of (domestic violence)* (stalking)* was not proven by the petitioner. Full Order of Protection Denied.
(Ex Parte Order of Protection previously issued is hereby dismissed.)*

☐ Case dismissed without prejudice at the request of the petitioner.

SO ORDERED

_Judge_ [signature]

ENTERED: __8/28/23__
(DATE)

| ATTORNEY/PETITIONER/RESPONDENT |
|---|
| ADDRESS |
| PHONE NO.                          FAX NO. |
| ATTORNEY/PETITIONER/RESPONDENT |
| ADDRESS |
| PHONE NO.                          FAX NO. |

# EXHIBIT C

# EXHIBIT D

**FILED**

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

JUN 0 5 2023

-VS-

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

| | | |
|---|---|---|
| STEVEN W CRENSHAW,<br>40 SUBURBAN AVENUE<br>SAINT LOUIS, MO 63135<br><br>Aliases:<br><br>Defendant | RACE: Black<br>SEX: Male<br>DOB: ▇▇▇963<br>HGT: 5'11<br>WGT: 200<br>P.D.: St. Louis County<br>ORI Number: MO0950000 | SSN: ▇▇▇▇<br>OCN: NO OCN<br>CASE ID: 189452579<br>RPT NO: 23-21515<br>CT. NO: |



23SL-CR04103

**CHARGES**

Count: 01  UNLAWFUL POSSESSION OF A FIREARM - CLASS D FELONY
Count: 02  UNLAWFUL POSSESSION OF A FIREARM - CLASS D FELONY
Count: 03  UNLAWFUL USE OF WEAPON - SUBSECTION 4 - EXHIBITING - CLASS E FELONY

**COMPLAINT**

Bond $75,000
Cash only
10% Not Authorized

State of Missouri ) SS
County of St. Louis )

Comes now the State of Missouri by and through the undersigned Assistant Prosecuting Attorney on information and belief that there is probable cause to believe that the above-named defendant committed the following crime(s):

**COUNT: 01  UNLAWFUL POSSESSION OF A FIREARM - CLASS D FELONY**

That Steven W Crenshaw, in violation of Section 571.070, RSMo, committed the class D felony of unlawful possession of a concealable firearm, punishable under Sections 558.011 and 558.002, RSMo, in that on or about June 4, 2023, in the County of St. Louis, State of Missouri, the defendant knowingly possessed a AR 15 rifle, a firearm, and on March 15, 1996, the defendant was convicted of the felony of robbery in the second degree in the 22nd Judicial Circuit Court of St. Louis City, Missouri in case 2293103404-01.
571.070-001Y20205299.0

**COUNT: 02  UNLAWFUL POSSESSION OF A FIREARM - CLASS D FELONY**

That Steven W Crenshaw, in violation of Section 571.070, RSMo, committed the class D felony of unlawful possession of a concealable firearm, punishable under Sections 558.011 and 558.002, RSMo, in that on or about June 4, 2023, in the County of St. Louis, State of Missouri, the defendant knowingly possessed a Kel-Tec PF 9 9mm pistol, a firearm, and on March 15, 1996, the defendant was convicted of the felony of robbery in the second degree in the 22nd Judicial Circuit Court of St. Louis City, Missouri in case 2293103404-01.
571.070-001Y20205299.0

**COUNT: 03  UNLAWFUL USE OF WEAPON - SUBSECTION 4 - EXHIBITING - CLASS E FELONY**

That Steven W Crenshaw, in violation of Section 571.030, RSMo, committed the class E felony of unlawful use of a weapon, punishable upon conviction under Sections 558.002 and 558.011, RSMo, in that on or about June 4, 2023, in the County of St. Louis, State of Missouri, the defendant knowingly exhibited, in the presence of one or more persons an

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI



FILED

SEP 30 2025

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

| | | |
|---|---|---|
| STEVEN CRENSHAW, | ) | Case No. 25SL-CC05982 |
| | ) | |
| Petitioner, | ) | |
| VS. | ) | Div. 21 |
| | ) | The Honorable Ellen W. Dunne |
| DUSTIN KNEEMILLER (in | ) | |
| individual capacity), ST. LOUIS | ) | |
| COUNTY | ) | |
| | | |
| Defendants, | | |

## AMENDED PETITION

Plaintiff, complaining of the Defendants, alleges and says:

### PARTIES

1. Plaintiff Steven Crenshaw is a resident of St. Louis County, Missouri.

2. Defendant Dustin Kneemiller is a resident of St. Louis County, Missouri, and at all relevant times was employed as a police officer by the St. Louis County Police Department.

3. Defendant St. Louis County is a political subdivision of the State of Missouri.

### JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to § 478.070 R.S.Mo. and Mo. Const. Art. V, § 14, which provides that circuit courts in Missouri have original jurisdiction over all cases and matters, civil and criminal.

5. This Court has personal jurisdiction over Defendant Dustin Kneemiller as he is a resident of St. Louis County, Missouri.

6. This Court has personal jurisdiction over Defendant St. Louis County as it is a political subdivision of the State of Missouri located within St. Louis County. Sovereign Immunity is waived because the injuries <u>directly resulted from the negligent acts or omissions by public employees arising out of the operation of motor vehicles or motorized vehicles within the course of their employment</u>. 537.600 <u>R.S.Mo</u>. Specifically Dustin Kneemiller leaving the plaintiff in his overheated police vehicle maliciously which caused heart damage to the plaintiff.

7. This Court is the proper venue for this case pursuant to § 508.050 R.S.Mo., as Defendant St. Louis County is a municipal corporation situated in St. Louis County, Missouri.

## STATEMENT OF FACTS

8. On June 4, 2023, Plaintiff had a confrontation with his neighbors regarding alleged rock throwing and shooting at his house.

9. During this confrontation, Joseph Brautigam approached Plaintiff's yard and began yelling and waving his arms at Plaintiff.

10. Plaintiff raised his gun to defend himself when Joseph Brautigam approached his yard in a threatening manner.

11. Plaintiff retreated approximately 40 feet to his garage to avoid shooting Joseph Brautigam, even though Brautigam was on Plaintiff's property.

12. Shortly afterward, Defendant Kneemiller arrived and approached Plaintiff in his driveway.

13. Defendant Kneemiller asked if Plaintiff had a weapon, and Plaintiff raised his shirt showing that a Keltec was on his waist, as he had already put the rifle up in his garage.

14. Defendant Kneemiller removed that weapon and asked what happened.

15. Plaintiff explained that his neighbors had been throwing objects at his house constantly and shooting periodically.

16. Several police officers arrived at the scene, and Plaintiff invited the officers to come and view the video coverage in his home.

17. Four officers, including Defendant Kneemiller, came into Plaintiff's home to view the coverage.

18. After rewinding the video to the beginning of the incident, the officers' body cameras recorded it all.

19. The video showed that Plaintiff had never pointed the gun or shot at any of the neighbors. The only time that Plaintiff's weapon was pointed at anyone was when Mr. Brautigam approached Plaintiff in his yard.

20. Despite this evidence, Defendant Kneemiller arrested Plaintiff for unlawful use of a weapon. (Exhibit E)

21. Plaintiff was placed in the front passenger seat of Defendant Kneemiller's police cruiser, where it was extremely hot because the air conditioner was not on and the heat was on instead.

22. Plaintiff asked Defendant Kneemiller to turn on the air conditioning multiple times, stating "the heat is on," but Defendant Kneemiller ignored these requests.

23. Plaintiff began to sweat profusely through his clothes and became dizzy, light-headed, and developed a headache.

24. Plaintiff was told that he was going to Clayton for the arrest; however, he was taken to the First Precinct on Highway 367 by an out-of-the-way route.

25. Upon arrival at the precinct, Plaintiff was still very dizzy and hot.

26. Plaintiff was placed in a holding cell even though he was still feeling hot and dizzy.

27. Plaintiff sat on the floor with his knees to his chest, and when officers asked what was wrong with him, he requested paramedics.

28. Paramedics arrived and determined that Plaintiff had elevated troponin and was experiencing heart damage, requiring immediate transport to the emergency room.

29. Plaintiff was transported to the hospital by ambulance and given 6-7 low-dose aspirin.

30. At the hospital, Defendant Kneemiller handcuffed both of Plaintiff's hands to the bed as he worked on his laptop.

31. When Plaintiff requested to let someone know where he was, Defendant Kneemiller responded, "Show me where it's written where I can have a phone call."

32. Plaintiff remained hospitalized for heart issues, with medical records from Christian Hospital confirming elevated troponin levels and heart damage. (Exhibit A)

33. Defendant Kneemiller filed a police report and complaint falsely claiming that Plaintiff was a convicted felon from a 1996 case in the 22nd Judicial Circuit Court of St. Louis City, Missouri.

34. Based on this false information, Plaintiff was charged with two counts of unlawful possession of a firearm and one count of unlawful use of a weapon. (Exhibit C, D, E)

35. Plaintiff consistently maintained that he was not a convicted felon and that his guns were legally obtained through federal background checks.

36. As a condition of his release, Plaintiff was required to pay for a GPS monitoring bracelet. (Exhibit D)

37. On August 30, 2023, all charges against Plaintiff were dismissed at a preliminary hearing. (Exhibit F)

38. Janet L. Brautigam also filed a protection order against Plaintiff, which was later dismissed. (Exhibit B)

39. As a result of Defendant Kneemiller's actions, Plaintiff suffered physical injury, emotional distress, and financial damages, including medical expenses and GPS bracelet fees.

40. Plaintiff filed his original petition on June 3, 2025, which was dismissed on September 8, 2025, with leave to refile within 30 days. Bodycam footage will be submitted to prove the plaintiff's claim as well.

## CLAIMS FOR RELIEF

### Count I - False Imprisonment in Violation of § 516.140 R.S.Mo.
### (against all defendants)

41. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 40 as if fully set forth herein.

42. Defendants detained Plaintiff against his will.

43. Defendant Kneemiller arrested Plaintiff on June 4, 2023, and detained him in a police cruiser, then at the precinct, and later at the hospital where he was handcuffed to the bed.

44. The detention was without legal justification.

45. Defendant Kneemiller's detention of Plaintiff was based on false allegations that Plaintiff was a convicted felon in possession of firearms. The charges were ultimately dismissed at the preliminary hearing on August 30, 2023, indicating lack of probable cause and legal justification for the arrest and detention.

46. Defendant St. Louis County is liable for the actions of its employee, Defendant Kneemiller, who was acting within the scope of his employment.

### Count II – Malicious Prosecution in Violation of § 516.140 R.S.Mo.
### (against all defendants)

47. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 47 as if fully set forth herein.

48. Defendants commenced a prosecution against Plaintiff.

49. Defendant Kneemiller initiated criminal charges against Plaintiff for unlawful possession of firearms and unlawful use of a weapon on June 4, 2023.

50. Defendants instigated the prosecution.

51. Defendant Kneemiller prepared and submitted a police report and complaint containing false information that Plaintiff was a convicted felon from a 1996 case, which led to the prosecution.

52. The prosecution terminated in Plaintiff's favor.

53. All charges against Plaintiff were dismissed at a preliminary hearing on August 30, 2023.

54. There was an absence of probable cause for the prosecution.

55. Defendant Kneemiller lacked probable cause to arrest and charge Plaintiff, as evidenced by the dismissal of all charges and the fact that Plaintiff was not a convicted felon as falsely claimed by Defendant Kneemiller.

56. Defendants acted with malice in instituting the prosecution.

57. Defendant Kneemiller acted with malice by knowingly providing false information about Plaintiff's criminal history without conducting a proper investigation, and by pursuing charges despite evidence from the video footage that Plaintiff had not committed the alleged offenses.

58. Plaintiff suffered damages as a result of the prosecution.

59. As a direct and proximate result of Defendants' actions, Plaintiff suffered physical injury requiring medical treatment, emotional distress, and financial damages, including medical expenses and GPS bracelet fees.

## Count III - Negligence
### (against all defendants)

60. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 59 as if fully set forth herein.

61. Defendants owed Plaintiff a duty of care.

62. Defendant Kneemiller, as a police officer, had a duty to ensure the safety and well-being of Plaintiff while in custody. Defendant St. Louis County had a duty to properly train and supervise its officers regarding the care of individuals in custody.

63. Defendants breached their duty of care.

64. Defendant Kneemiller breached his duty by leaving Plaintiff in a hot police cruiser with the heat on despite Plaintiff's complaints and requests for air conditioning.

Defendant St. Louis County breached its duty by failing to properly train and supervise Defendant Kneemiller regarding the proper care of individuals in custody.

65. Plaintiff suffered injury as a result of Defendants' breach of duty.

66. As a direct and proximate result of Defendants' breach of duty, Plaintiff suffered medical distress including profuse sweating, dizziness, and heart issues that required hospitalization. Medical records from Christian Hospital confirm Plaintiff had elevated troponin levels and was experiencing heart damage.

### Count IV - Negligent Infliction of Emotional Distress
### (against all defendants)

67. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 66 as if fully set forth herein.

68. Defendants' conduct created an unreasonable risk of causing Plaintiff emotional distress.

69. Defendant Kneemiller's conduct in leaving Plaintiff in a hot police cruiser with the heat on, despite Plaintiff's complaints, created an unreasonable risk of causing emotional distress. Defendant St. Louis County's failure to properly train and supervise its officers regarding the care of individuals in custody created an unreasonable risk of causing emotional distress.

70. Plaintiff suffered medically diagnosable emotional distress.

71. Plaintiff suffered medically diagnosable emotional distress as evidenced by his hospitalization for heart issues. Medical records from Christian Hospital confirm Plaintiff had elevated troponin levels and was experiencing heart damage.

72. Defendants' conduct was the direct cause of Plaintiff's emotional distress.

73. Defendants' conduct in leaving Plaintiff in a hot police cruiser with the heat on, despite his complaints, was the direct cause of Plaintiff's emotional distress, as evidenced by the temporal relationship between the incident and the onset of Plaintiff's symptoms.

## Count V - Unjust Enrichment
### (against defendant St. Louis County)

74. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 73 as if fully set forth herein.

75. Plaintiff conferred a benefit upon Defendant St. Louis County.

76. Plaintiff was required to pay GPS bracelet fees as a condition of his release, which payments were received by Defendant St. Louis County.

77. Defendant St. Louis County appreciated the benefit.

78. Defendant St. Louis County was aware of and accepted the GPS bracelet fees paid by Plaintiff.

79. It would be inequitable for Defendant St. Louis County to retain the benefit without payment of its value.

80. It would be inequitable for Defendant St. Louis County to retain the GPS bracelet fees when the charges against Plaintiff were based on false information provided by Defendant Kneemiller and were ultimately dismissed

## Count VI - Violation of 42 U.S.C. § 1983 - Fourth Amendment - Unreasonable Seizure
### (against all defendants)

81. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 80 as if fully set forth herein.

82. Defendants acted under color of state law.

83. Defendant Kneemiller was acting under color of state law as a St. Louis County police officer when he arrested Plaintiff. Defendant St. Louis County is a governmental entity that acts through its employees, including Defendant Kneemiller.

84. Defendants deprived Plaintiff of a right secured by the Constitution or laws of the United States.

85. Defendants deprived Plaintiff of his Fourth Amendment right to be free from unreasonable seizures by arresting him without probable cause based on false information that Plaintiff was a convicted felon.

86. Defendants' conduct was the cause of Plaintiff's deprivation.

87. Defendants' conduct in arresting Plaintiff without probable cause and detaining him based on false information was the direct cause of the deprivation of Plaintiff's Fourth Amendment rights.

## Count VII - Violation of 42 U.S.C. § 1983 - Fourteenth Amendment - Deliberate Indifference to Medical Needs
### (against all defendants)

88. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 87 as if fully set forth herein.

89. Defendants acted under color of state law.

90. Defendant Kneemiller was acting under color of state law as a St. Louis County police officer when he detained Plaintiff. Defendant St. Louis County is a governmental entity that acts through its employees, including Defendant Kneemiller.

91. Plaintiff had a serious medical need.

92. Plaintiff developed serious medical needs while in custody, including profuse sweating, dizziness, headache, and heart issues, as confirmed by medical records from Christian Hospital showing elevated troponin levels and heart damage.

93. Defendants were deliberately indifferent to Plaintiff's serious medical needs.

94. Defendant Kneemiller was deliberately indifferent to Plaintiff's serious medical needs when he left Plaintiff in a hot police cruiser with the heat on despite Plaintiff's complaints and visible distress, and when he ignored Plaintiff's requests for medical attention. Defendant St. Louis County was deliberately indifferent through its policies, customs, or practices that allowed such conduct.

95. Defendants' conduct was the cause of Plaintiff's injury.

96. As a direct and proximate result of Defendants' deliberate indifference, Plaintiff suffered physical injury requiring hospitalization and ongoing medical treatment.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

a. Compensatory damages against all defendants $4,000,000 for medical expenses, GPS bracelet fees, legal fees, pain and suffering, and emotional distress resulting from defendants' wrongful conduct;

b.   Punitive damages against Defendant Kneemiller of $4,000,000, subject to the limitations in § 510.265 R.S.Mo., for his willful, wanton, and malicious conduct;

c.   Restitution against Defendant St. Louis County for all GPS bracelet fees and other costs paid by Plaintiff as a result of the false charges;

d.   A declaration pursuant to § 527.010 R.S.Mo. that defendants' conduct violated Plaintiff's constitutional and statutory rights;

e.   Reasonable attorneys' fees and costs incurred in bringing this action;

f.   Such other relief as the Court deems just and proper.

Dated: September 29th 2025

/s/ Steven Crenshaw
Steven Crenshaw
40 Suburban Ave
Ferguson, MO 63135

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing

AMENDED PETITION was filed via the clerk and sent via e-notification and/or certified mail

on September 29th 2025 to all opposing counsel of record. A summons for all new parties will

also be issued and served.

/s/ Steven Crenshaw
Steven Crenshaw
40 Suburban Ave
Ferguson, MO 63135

# EXHIBIT A

**christian hospital** | **BJC HealthCare**

Christian Hospital
11133 Dunn Road
Saint Louis MO 63136-6163

Crenshaw, Steven W
MRN: ███        DOB: ███963, Sex: M
Acct #: ███
Adm: 6/4/2023, D/C: 6/5/2023

### 06/04/2023 - ED to Hosp-Admission (Discharged) in Christian Hospital

**ED Provider Note**

ED Provider Notes by McCarron, Weston Michael, MD at 6/4/2023 1500

## HPI

**Chief Complaint**
Patient presents with
- Palpitations

Pt c/o palpitations and or discomfort when he was in police custody sitting in the back of the police car

59-year-old male presenting in police custody with heart palpitations, nausea, diaphoresis, feeling "hot" all over. Symptoms started just after patient was arrested and placed in the back of a police car after domestic dispute. Patient had been quite upset during the interaction. He was taken to a holding cell, where he continued to feel hot, with palpitations and diaphoresis. He was brought here for medical evaluation. On my assessment, patient feels much improved, but still feels slightly hot. No shortness of breath, no lightheadedness.

He denies any symptoms prior to onset today.

PMH - CAD s/p RCA stents (2011, 2016), spont. R ptx s/p RML bulla resection / pleurodesis 2018, HTN, HLD

**Patient History:**

Patient Active Problem List
| Diagnosis | Date Noted |
|---|---|
| Elevated troponin | 06/04/2023 |
| Pneumothorax | 11/05/2018 |

**Past Medical History:**
| Diagnosis | Date |
|---|---|
| Coronary artery disease | |
| Heart attack (CMS/HCC) (HCC) | |
| Hypertension | |
| Pneumothorax | |
| Prostate disorder | |

**Past Surgical History:**
| Procedure | Laterality | Date |
|---|---|---|
| CARDIAC STENT PLACEMENT | | |
| CT CHEST TUBE INSERTION LEFT | N/A | 10/26/2018 |

No family history on file.

**Social History**

Tobacco Use



| | | Christian Hospital | Crenshaw, Steven W |
|---|---|---|---|
| | BJC HealthCare | 11133 Dunn Road | MRN: ███ DOB: ███ 1963, Sex: M |
| | | Saint Louis MO 63136-6163 | Acct #: ███ |
| | | | Adm: 6/4/2023, D/C: 6/5/2023 |

**06/04/2023 - ED to Hosp-Admission (Discharged) in Christian Hospital (continued)**

### ED Provider Note (continued)

|  |  |
|---|---|
| Years: | 30.00 |
| Types: | Cigarettes |
| Quit date: | ███ 2012 |
| Years since quitting: | 7.4 |
| • Smokeless tobacco: | Never |

Substance and Sexual Activity
- Alcohol use:     No
- Drug use:        No
- Sexual activity:   Defer

### Social History

Social History Narrative
- Not on file

### Review of Systems

Review of Systems

### Physical Exam

ED Triage Vitals [06/04/23 1421]

| Temp | Pulse | Resp | BP | SpO2 |
|---|---|---|---|---|
| 36.5 °C (97.7 °F) | 104 | 17 | 158/87 | 99 % |

| Temp src | Heart Rate Source | Patient Position | BP Location | FiO2 (%) |
|---|---|---|---|---|
| -- | -- | -- | -- | -- |

| Height | Height Method | Weight | Weight Method |
|---|---|---|---|
| 1.753 m (5' 9") | -- | 95.3 kg (210 lb) | -- |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
  General: He is not in acute distress.
  Appearance: He is well-developed.
HENT:
  Head: Normocephalic and atraumatic.
Eyes:
  Conjunctiva/sclera: Conjunctivae normal.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.



| | Christian Hospital<br>11133 Dunn Road<br>Saint Louis MO 63136-6163 | Crenshaw, Steven W<br>MRN: ███████ DOB: ███ 1963, Sex: M<br>Acct # ████████<br>Adm: 6/4/2023, D/C: 6/5/2023 |
|---|---|---|

### 06/04/2023 - ED to Hosp-Admission (Discharged) in Christian Hospital (continued)

**ED Provider Note (continued)**

Heart sounds: No murmur heard.

Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds.

Abdominal:
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.

Musculoskeletal:
General: No swelling.
Cervical back: Neck supple.

Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.

Neurological:
Mental Status: He is alert.

Psychiatric:
Mood and Affect: Mood normal.

**MDM**

**Medical Decision Making**
Patient with significant cardiac history here with heart palpitations, diaphoresis, feeling hot, all starting after a domestic dispute and being arrested. Symptoms are improved, but not completely gone. He currently has no chest pain.

Vital signs notable for HTN, mild tachycardia. Satting well on room air. His exam is overall nonfocal.

Differential diagnosis includes anxiety, overexertion, dehydration, ACS, PE, pneumothorax, pneumonia, UTI, sepsis. Will plan for ACS workup, chest x-ray, trend troponins. Dispo pending workup.

**Amount and/or Complexity of Data Reviewed**
Radiology: Decision-making details documented in ED Course.
ECG/medicine tests: ordered and independent interpretation performed.

**Risk**
OTC drugs.
Prescription drug management.
Decision regarding hospitalization.

ED Course as of 06/04/23 1853
-----
Time: 06/04 1528



**Christian Hospital**
11133 Dunn Road
Saint Louis MO 63136-6163

Crenshaw, Steven W
MRN: [redacted]  DOB: [redacted] 1963, Sex: M
Acct #: [redacted]
Adm: 6/4/2023, D/C: 6/5/2023

**06/04/2023 - ED to Hosp-Admission (Discharged) in Christian Hospital (continued)**

**ED Provider Note (continued)**

Value: XR Chest 1 Vw Portable
Comment: On my independent interpretation of the CXR, no focal consolidation or pneumothorax. There is blunting of the L costophrenic angle, possibly consistent w small effusion.

By: McCarron, Weston Michael, MD

---

Time: 06/04 1812
Comment: Pt still asymptomatic. No chest pain currently. He is agreeable to admission.
By: McCarron, Weston Michael, MD

---

Time: 06/04 1850
Comment: Discussed admission with Catherine, IPC. She agrees w admission, requests cards consult.
By: McCarron, Weston Michael, MD

Final diagnoses:
Palpitations
Elevated troponin

McCarron, Weston Michael, MD
Resident
06/04/23 1853

Electronically signed by McCarron, Weston Michael, MD at 6/4/2023 6:53 PM

**ED Provider Notes by Gutierrez, Gerardo, MD at 6/4/2023 2319**

Dr. McCarron has signed out patient to IPC Hospitalist Catherine for Dr. Ogunremi who has accepted patient care. Currently patient is at the emergency department waiting to be admitted. Gerardo Gutierrez M.D., Emergency Physician

Gutierrez, Gerardo, MD
06/04/23 2320

Electronically signed by Gutierrez, Gerardo, MD at 6/4/2023 11:20 PM

**H&P Notes**

**H&P by Rudomlotov, Olga, MD at 6/4/2023 1945**

**General Medicine History and Physical**

**christian hospital** | **BJC HealthCare**

Christian Hospital
11133 Dunn Road
Saint Louis MO 63136-6163

Crenshaw, Steven W
MRN: ▮▮▮▮ DOB: ▮▮1963, Sex: M
Acct #▮▮▮▮▮▮▮
Adm: 6/4/2023, D/C: 6/5/2023

### 06/04/2023 - ED to Hosp-Admission (Discharged) in Christian Hospital (continued)

**H&P Notes (continued)**

**SUBJECTIVE:**
Patient is a 59 y.o. male with chief complaint of palpitations.

**HPI:**
Mr. Crenshaw is a 59-year-old African American male with past history of CAD status post PCI, hypertension, hyperlipidemia, BPH, who presented to the emergency room for the above reasons. Per ED notes, patient was arrested earlier today, placed in the back of the police car, after a domestic dispute. He subsequently developed palpitations. Patient was quite upset during the interaction. He was taken to the holding cell where he continued to feel hot along with palpitations and diaphoresis. He was subsequently brought to the ED for further evaluation. Prior to admission, along with the palpitations, patient denies experiencing chest pain. Reports having some shortness of breath. Says that he felt hot and sweaty. Denies experiencing fevers, chills, night sweats, nausea, vomiting, abdominal pain, diarrhea, melena, hematochezia, dysuria, etc..

**Past Medical History:**
1. CAD. 10/15/2011 cardiac catheterization with PCI to the mid RCA with balloon angioplasty and bare metal stent x1. 5/30/2016 cardiac catheterization with PCI of the right coronary artery with implantation of a 3.0 X 18 mm Xience stent in the mid segment of the right coronary artery as well as a 3.0 X 18 mm Xience stent in the distal segment of the right coronary artery.
2. Hypertension.
3. Hyperlipidemia.
4. BPH.

**Past Surgical History:**
1. 10/26/2005, Partial corpectomy L4 and S1 with anterior decompression. Anterior lumbar fusion, L4-5 (18 x 23 mm) and L5-S1 (14 x 23 mm) with two large kits and BMP crushed cancellous allograft and two Hydrasorb sheets.
2. 10/28/2005, Posterior fusion L4 to S1, posterior fixation L4 to S1 with peak rods from Sofamor Danek.
3. 11/9/2018, Right video assisted thoracoscopy and resection of right middle lobe bulla and mechanical/chemical pleurodesis.

**Allergies:**
No known allergies.

**Social History:**
Patient states that he quit smoking in 2012, prior to that smoked 2 packs a day for 37 years. Denies alcohol use.

**Family History:**
Mother and father are deceased. Mother had breast cancer. Father had alcoholism.

**Review of Systems:**
All review of systems are negative other than mentioned in HPI.

**OBJECTIVE:**
**Vitals:**

Arrival Vitals [06/04/23 1421]

| | |
|---|---|
| Temp | 36.5 °C (97.7 °F) |
| Pulse | 104 |
| Resp | 17 |
| BP | 158/87 |
| SpO2 | 99 % |
| Temp src | |



| Christian Hospital | Crenshaw, Steven W |
|---|---|
| 11133 Dunn Road | MRN: ████  DOB: ████ 963, Sex: M |
| Saint Louis MO 63136-6163 | Acct #: ████ |
| | Adm: 6/4/2023, D/C: 6/5/2023 |

**06/04/2023 - ED to Hosp-Admission (Discharged) in Christian Hospital (continued)**

**H&P Notes (continued)**

Heart Rate Source
Patient Position
BP Location
FiO2 (%)

**24hr Min/Max:**
Temp Min: 36.5 °C (97.7 °F) Max: 36.5 °C (97.7 °F)
Pulse Min: 88 Max: 104
BP Min: 139/98 Max: 158/87
Resp Min: 14 Max: 24
SpO2 Min: 98 % Max: 100 %

**Most Recent :**
**Vitals:**

| | 06/04/23 1421 | 06/04/23 1820 | 06/04/23 1850 | 06/04/23 1900 |
|---|---|---|---|---|
| BP: | 158/87 | 139/98 | 156/85 | 156/85 |
| Pulse: | 104 | 88 | 91 | 93 |
| Resp: | 17 | 18 | 24 | 14 |
| Temp: | 36.5 °C (97.7 °F) | | | |
| SpO2: | 99% | 99% | 98% | 100% |
| Weight: | 95.3 kg (210 lb) | | | |
| Height: | 175.3 cm (5' 9") | | | |

No intake/output data recorded.

**Physical Exam:**

**General Appearance:** Alert, cooperative, no distress, appears stated age, well developed, well nourished
**Head:** Normocephalic, without obvious abnormality, atraumatic
**Eyes:** Conjunctiva/corneas clear, EOM's intact, both eyes, anicteric
**Ears:** Normal external ear canals, both ears
**Nose:** Nares normal, septum midline, mucosa normal, no drainage
**Throat:** Lips, mucosa, and tongue normal; mucous membranes moist
**Neck:** Supple
**Lungs:** Clear to auscultation bilaterally, respirations unlabored
**Cardiovascular:** Regular rate and rhythm
**Abdomen:** Soft, non-tender, bowel sounds decr, non-distended
**Extremities:** Extremities normal, atraumatic, no cyanosis or edema
**Skin:** Skin color, texture, turgor normal, no rashes
**Neurologic:** Alert & oriented x 4, CNII-XII intact, grossly nonfocal
**Psychosocial:** Normal affect and mood

**Lab/Radiology/Diagnostic Review:**



| Christian Hospital | | |
|---|---|---|
| 11133 Dunn Road | | |
| Saint Louis MO 63136-6163 | | |

Crenshaw, Steven W
MRN: ███████ OB: ██ 1963, Sex: M
Acct #: ██████
Adm: 6/4/2023, D/C: 6/5/2023

**06/04/2023 - ED to Hosp-Admission (Discharged) in Christian Hospital (continued)**

### H&P Notes (continued)

**Recent Labs**

| Lab | Units | 06/04/23 1427 |
|---|---|---|
| WBC | K/cumm | 7.9 |
| HEMOGLOBIN | g/dL | 14.0 |
| HEMATOCRIT | % | 41.8 |
| PLATELETS | K/cumm | 300 |

**Recent Labs**

| Lab | Units | 06/04/23, 1619 |
|---|---|---|
| SODIUM | mmol/L | 139 |
| POTASSIUM PLASMA | mmol/L | 4.3 |
| CHLORIDE | mmol/L | 104 |
| CO2 | mmol/L | 22 |
| ANIONGAP | mmol/L | 13 |
| GLUCOSE | mg/dL | 108 |
| BUN SERUM | mg/dL | 20 |
| CREATININE | mg/dL | 1.35* |
| CALCIUM | mg/dL | 9.0 |

### ASSESSMENT/PLAN:

1. Palpitations on admission. Patient is with history of CAD. Current troponin trend is 51, 83, 90, with delta of 32, 39. On aspirin, metoprolol. 2D echo ordered. Cardiology service consulted.
2. CAD. 10/15/2011 cardiac catheterization with PCI to the mid RCA with balloon angioplasty and bare metal stent x1. 5/30/2016 cardiac catheterization with PCI of the right coronary artery with implantation of a 3.0 X 18 mm Xience stent in the mid segment of the right coronary artery as well as a 3.0 X 18 mm Xience stent in the distal segment of the right coronary artery. On aspirin, metoprolol.
3. Hypertension. Follow blood pressures. On Imdur, metoprolol.
4. Hyperlipidemia. On statin.
5. BPH. On Proscar, Flomax.
6. CKD with creatinine of 1.35 with GFR of 60, follow.
7. Prophylaxis. Lovenox, no indication for GI prophylaxis.

Electronically signed by Rudomiotov, Olga, MD at 6/5/2023 12:27 AM

### Discharge Summary Note

**Discharge Summary by Edwards, Lavondia L., NP at 6/5/2023 1852**

### Inpatient Discharge Summary

**Patient left AMA, see h/p and progress note for hospital course.**

Electronically signed by Edwards, Lavondia L., NP at 6/6/2023 8:56 AM
Electronically signed by Ogunremi, Olumide Omolulu, MD at 6/7/2023 10:03 AM

# EXHIBIT B

# IN THE FAMILY COURT OF ST. LOUIS COUNTY, MISSOURI

ORI MO095015J

| PETITIONER: | DATE: |
|---|---|
| JANET L BRAUTIGAM | |
| RACE/SEX | CASE NUMBER: |
| Black / F        VS. | 23SL-PN02866 |
| RESPONDENT: | JUDGE: |
| STEVEN CRENSHAW | MEGAN HIGGINS JULIAN |
| ADDRESS: | POLICE DEPT.: |
| ███████████ **FILED** | |
| RACE/SEX AUG 2 8 2023 | SPECIAL NEEDS: If you have special needs addressed |
| Black / M JOAN M. GILMER CIRCUIT CLERK, ST. LOUIS COUNTY | by the Americans With Disabilities Act, please notify the Circuit Clerk's Office at 314/615-8029, Fax 314/615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding. |

## PROTECTION ORDER AND JUDGMENT

☐ Alias ex parte order ordered to issue to the Sheriff/Police Department of _____
Serve respondent at the following address: ☐ Work ☐ Home  Hours:_____

_____

☐ Comes now Respondent and acknowledges receipt of the Petition and (Ex Parte Order)* (Summons)* herein, and enters his/her appearance (and waives service by the Sheriff)*.

☐ Case continued until _____ at _____ m. in the above division.
Ex Parte Order of Protection previously issued to remain in full force and effect.

☐ Case called. Petitioner fails to appear. Petition dismissed without prejudice for failure to prosecute.
(Ex Parte Order of Protection previously issued dismissed.)*

☒ Case called. Court hears testimony and determines that the allegation of (~~domestic violence~~)* (stalking)* was not proven by the petitioner. Full Order of Protection Denied.
(Ex Parte Order of Protection previously issued is hereby dismissed.)*

☐ Case dismissed without prejudice at the request of the petitioner.

**SO ORDERED**

_Judge_ [signature]

ENTERED: __8/29/23__
(DATE)

ATTORNEY/PETITIONER/RESPONDENT

_____
ADDRESS

PHONE NO. _____ FAX NO. _____

ATTORNEY/PETITIONER/RESPONDENT

_____
ADDRESS

PHONE NO. _____ FAX NO. _____

This page is intended to provide extra space for you to answer questions 11 and 12 on page 3 of the Order of Protection petition. This page and all information included below is incorporated herein with the Order of Protection petition.

11. *[Respondent has knowingly and intentionally done one or more of the listed acts (include recent and past dates)]*:

6/24/2023 Steven Crenshaw Fire a gun at me and my grandchildren he constan threaten my life he was arrested he live next door to me but he is not on the lease of the home I have never ever spoke a word to this man I think its because

12. *[I am afraid of Respondent and there is an immediate and present danger of domestic violence or other good cause for an emergency temporary Order of Protection because]*:

I'm afraid for my life this happ so quickly and so unexpected we have never spoken to each other I believe he have a proble with my husband be caucasin none of the officer have contact me of his where about

Respondent has done one or more of the following, which pose a serious danger to the physical or mental health of me or a minor in my household (check all that apply):

☐ caused or inflicted physical harm or bodily injury to other(s)
☐ assaulted other(s)
☑ caused fear of physical harm or bodily injury to me or a minor in my household
☐ stalked me or a minor in my household
☐ violated probation or parole term(s) that were meant to protect me or a minor in my household

☐ violated adult or child *ex parte* order of protection term(s) that were meant to protect me or a minor in my household
☐ violated adult or child *full* order of protection term(s) that were meant to protect me or a minor in my household
☐ or found guilty of dangerous felony(s) under Missouri law
☐ or has a criminal record
☐ or has any prior full adult or child order(s) of protection

Explain:

**FILED**

JUN 0 5 2023

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

I swear/affirm under penalty of perjury that these facts are true according to my best knowledge and belief.
I understand that a copy of my petition, including this page, will be served upon Respondent.

_Janet Beauregard_                    6/5/2023
Petitioner                            Date

# EXHIBIT C

In the

# CIRCUIT COURT
of St. Louis County, Missouri

STATE OF MISSOURI

V.

STEVEN W CRENSHAW
_Defendant_

Date ___06/06/2023___

___23SL-CR04103___
Case Number

___41___   ___THUR___
Division   Day

[ For File Stamp Only ]

| FILED |
| --- |
| 06/06/23 |
| JOAN M. GILMER |
| CIRCUIT CLERK |
| ST. LOUIS COUNTY, MO |

## INITIAL APPEARANCE ORDER

Defendant appears and acknowledges being informed of the charge(s) and of the following rights: the right to retain counsel; the right to the appointment of counsel if Defendant is unable to retain counsel; the right to remain silent and that any statement made by Defendant may be used against Defendant in Court. Defendant was also informed that if released on bond, a warrant may be issued immediately upon any violation of a condition of release. The Court enters a plea of Not Guilty for Defendant as to any Misdemeanor charges.

Prosecuting Attorney    ☑ appears in person ☐ appears by interactive video technology;

Defendant's Attorney    ☐ appears in person ☐ appears by interactive video technology ☐ does not appear;

Defendant    ☑ appears in person ☐ appears by interactive video technology

☐ does not appear because: _____:

☐ *After release* from custody on a warrant and has been informed of any conditions of release and the right to apply for a modification of any of the conditions of release at a hearing pursuant to Mo. S. Ct. Rule 33.05.

☑ *In custody* after arrest on a warrant and has been informed of any conditions of release. If Defendant is not released, Defendant has been informed of the right to a release hearing pursuant to Mo. S. Ct. Rule 33.05.

☐ By summons.

     ☐ Defendant has not previously been fingerprinted for an offense reportable under Mo. Rev. Stat. § 43.506 and is hereby ordered to report to the bonding window at the Justice Center, 100 S. Central Ave., for fingerprinting and processing prior to the next court date and to provide all information necessary. Defendant is further ordered to bring a receipt of compliance to the next court date. FAILURE TO COMPLY MAY RESULT IN A WARRANT.

Defendant    ☑ is referred to the Public Defender's Office for eligibility determination.

     ☐ is granted additional time to obtain private counsel.

     ☐ is represented by counsel.

     ☐ _____ enters for Defendant.

*—disputes charges*

☑ Rule 33.05 RELEASE HEARING (BOND REVIEW) set on __June 20, 2023__ at __10 am__ .m.

This hearing shall be held within SEVEN business days after Initial Appearance or application, absent good cause shown by the parties or the Court, subject to the victim's right to be informed of and heard at the hearing. Prosecuting Attorney to notify victim(s).

☑ Prosecuting Attorney. ☐ Defendant requests this hearing be held later than seven business days for the following good cause:

_____

☐ Cause continued to: ☐ M ☐ T ☐ W ☐ TH ☐ F _____ at _____ a.m.

☐ CALL DOCKET      ☐ PRELIMINARY HEARING      ☐ OTHER: _____

## X=APPEARS IN PERSON

Defendant _____

☐ _____
New Address

SO ORDERED:

_~signature~_
Judge/Division

| | |
| --- | --- |
| Defendant's Attorney | Bar No. |
| Address | |
| Phone No. | Fax No. |
| Email | |
| Asst. Prosecuting Attorney | Bar No. |
| Phone No. | Fax No. |
| Email | |

~~ ...earing was conducted on the record using interactive video~~ ...~~gy~~. Therefore, the party and attorney signatures are not reflected on this Order. The Court read the contents of this Order, and all other Memos/Orders entered herewith, to the parties ~~and into the record~~.

# EXHIBIT D

In the
# CIRCUIT COURT
of St. Louis County, Missouri

**STATE OF MISSOURI**

v.

STEVEN CRENSHAW

Defendant

JUNE 20, 2023

Date

23SL-CR04103

Case Number

40

Division    Day

For File Stamp Only

**FILED**
06/20/2023
JOAN M. GILMER
CIRCUIT CLERK
ST. LOUIS COUNTY, MO

## CONDITIONS OF RELEASE ORDER AFTER REVIEW

The Court hereby conducts a review of Defendant's conditions of release pursuant to Mo. S. Ct. Rule 33.05.

Prosecuting Attorney ☑ appears in person ☐ appears by interactive video technology ☐ does not appear.

Defendant's Attorney ☐ appears in person ☐ appears by interactive video technology ☐ does not appear.

Defendant ☑ appears in person ☐ appears by interactive video technology

☐ does not appear because: _____

☐ State ☐ Defendant ☑ Neither party requested that this hearing be conducted on the record.

The Court has considered the individual circumstances of Defendant and the case and the factors set forth in Mo. S. Ct. Rule 33.01:

☑ The nature and circumstances of the offense charged;

☑ The weight of the evidence against Defendant;

☑ Defendant's family ties;

☑ Defendant's employment;

☑ Defendant's financial resources, including ability to pay;

☑ Defendant's character and mental condition;

☐ The length of Defendant's residence in the community;

☐ Defendant's record of convictions;

☐ Defendant's record of appearance at court proceedings or flight to avoid prosecution;

☐ Whether Defendant was on probation, parole or release pending trial or appeal at the time of the alleged offense(s);

☐ A validated evidentiary based risk assessment tool approved by the Mo. S. Ct.

Having considered the Rule 33.01 factors, the Court finds that the following least restrictive conditions of release are necessary to ☐ secure Defendant's appearance; and/or ☑ secure the safety of the community or others and finds the following facts to be relevant:

The State had a regis printout of the priors committed by the Defendant but it turns out the Defendant was not the same person - The Defendant denied that he was the person who had the priors and from what the Court could determine from case.net, he was not the person. The Court is still concerned from the Defendant's statements about the proximity the Defendant has to the alleged victim and/or witness in part because of the witness own testimony that the victim or witness was firing a weapon prior to the Defendant's actions and he was trying to stop it.

(NOTE: For monetary conditions: MUST address why non-monetary conditions alone are insufficient. If no bond: MUST address why no combination of monetary or non-monetary conditions will secure the safety of the community.)

**FILED**

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY   JUN 05 2023
STATE OF MISSOURI

-VS-

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

| | | |
|---|---|---|
| STEVEN W CRENSHAW<br>40 SUBURBAN AVENUE<br>SAINT LOUIS, MO 63135<br><br>**Aliases:**<br><br>**Defendant** | RACE: Black<br>SEX: Male<br>DOB: ███ 1963<br>HGT: 5'11<br>WGT: 200<br>P.D.: St. Louis County<br>ORI Number: MO0950000 | SSN: ██████<br>OCN: NO OCN<br>CASE ID: 189452579<br>RPT NO: 23-21515<br>CT. NO: |


41TH

23SL-CR04103

**CHARGES**

Count: 01  UNLAWFUL POSSESSION OF A FIREARM - CLASS D FELONY
Count: 02  UNLAWFUL POSSESSION OF A FIREARM - CLASS D FELONY
Count: 03  UNLAWFUL USE OF WEAPON - SUBSECTION 4 - EXHIBITING - CLASS E FELONY

**COMPLAINT**

Bond $75,000
Cash only
10% not Authorized

State of Missouri  )
                   ) SS
County of St. Louis )

Comes now the State of Missouri by and through the undersigned Assistant Prosecuting Attorney on information and belief that there is probable cause to believe that the above-named defendant committed the following crime(s):

**COUNT: 01  UNLAWFUL POSSESSION OF A FIREARM - CLASS D FELONY**

That Steven W Crenshaw, in violation of Section 571.070, RSMo, committed the class D felony of unlawful possession of a concealable firearm, punishable under Sections 558.011 and 558.002, RSMo, in that on or about June 4, 2023, in the County of St. Louis, State of Missouri, the defendant knowingly possessed a AR 15 rifle, a firearm, and on March 15, 1996, the defendant was convicted of the felony of robbery in the second degree in the 22nd Judicial Circuit Court of St. Louis City, Missouri in case 2293103404-01.
571.070-001Y20205299.0

**COUNT: 02  UNLAWFUL POSSESSION OF A FIREARM - CLASS D FELONY**

That Steven W Crenshaw, in violation of Section 571.070, RSMo, committed the class D felony of unlawful possession of a concealable firearm, punishable under Sections 558.011 and 558.002, RSMo, in that on or about June 4, 2023, in the County of St. Louis, State of Missouri, the defendant knowingly possessed a Kel-Tec PF 9 9mm pistol, a firearm, and on March 15, 1996, the defendant was convicted of the felony of robbery in the second degree in the 22nd Judicial Circuit Court of St. Louis City, Missouri in case 2293103404-01.
571.070-001Y20205299.0

**COUNT: 03  UNLAWFUL USE OF WEAPON - SUBSECTION 4 - EXHIBITING - CLASS E FELONY**

That Steven W Crenshaw, in violation of Section 571.030, RSMo, committed the class E felony of unlawful use of a weapon, punishable upon conviction under Sections 558.002 and 558.011, RSMo, in that on or about June 4, 2023, in the County of St. Louis, State of Missouri, the defendant knowingly exhibited, in the presence of one or more persons an

AR 15 rifle, a weapon readily capable of lethal use, in an angry or threatening manner.
571.030-010Y20205299.0

The undersigned Prosecutor informs the Court on information and belief that the above offense(s) herein charged were committed.

Melissa Pantazopoulos MBE: 61858
Assistant Prosecuting Attorney

Ct. No.

Div. Circuit Court of St. Louis County, Missouri

In the
# CIRCUIT COURT
## of St. Louis County, Missouri

**Defendant's Copy** For File Stamp Only

## STATE OF MISSOURI

JUNE 20, 2023
_____
Date

v.

23SL-CR04103
_____
Case Number

STEVEN CRENSHAW
_____
**Defendant**

40
_____  _____
Division    Day

## CONDITIONS OF RELEASE ORDER AFTER REVIEW

The Court hereby conducts a review of Defendant's conditions of release pursuant to Mo. S. Ct. Rule 33.05.

Prosecuting Attorney [✓] appears in person [ ] appears by interactive video technology [ ] does not appear.

Defendant's Attorney [ ] appears in person [ ] appears by interactive video technology [ ] does not appear.

Defendant [✓] appears in person [ ] appears by interactive video technology

[ ] does not appear because: _____

[ ] State [ ] Defendant [✓] Neither party requested that this hearing be conducted on the record.

The Court has considered the individual circumstances of Defendant and the case and the factors set forth in Mo. S. Ct. Rule 33.01:

[✓] The nature and circumstances of the offense charged;

[✓] The weight of the evidence against Defendant;

[✓] Defendant's family ties;

[✓] Defendant's employment;

[✓] Defendant's financial resources, including ability to pay;

[✓] Defendant's character and mental condition;

[ ] The length of Defendant's residence in the community;

[ ] Defendant's record of convictions;

[ ] Defendant's record of appearance at court proceedings or flight to avoid prosecution;

[ ] Whether Defendant was on probation, parole or release pending trial or appeal at the time of the alleged offense(s);

[ ] A validated evidentiary based risk assessment tool approved by the Mo. S. Ct.

Having considered the Rule 33.01 factors, the Court finds that the following least restrictive conditions of release are necessary to [ ] secure Defendant's appearance; and/or [✓] secure the safety of the community or others and finds the following facts to be relevant:

The State had a regis printout of the priors committed by the Defendant but it turns out the Defendant was not the same person - The Defendant denied that he was the person who had the priors and from what the Court could determine from case.net, he was not the person. The Court is still concerned from the Defendant's statements about the proximity the Defendant has to the alleged victim and/or witness in part because of the witness own testimony that the victim or witness was firing a weapon prior to the Defendant's actions and he was trying to stop it.

(NOTE: For monetary conditions: MUST address why non-monetary conditions alone are insufficient. If no bond: MUST address why no combination of monetary or non-monetary conditions will secure the safety of the community.)

Defendant's Copy



- This is a court ordered program as a condition of your release.

- You must be enrolled within 24 hours upon your release.

- All noncompliance will be reported to the court.

- For additional question refer to the card provided or call 816-875-2827.

** INBOUND NOTIFICATION . FAX RECEIVED SUCCESSFULLY **

Case: 4:25-cv-01514-SEP   Doc. #: 1-1   Filed: 10/09/25   Page: 114 of 151 PageID #: 117

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| June 20, 2023 at 4:35:38 PM CDT | 3144481944 | 37 | 1 | Received |

06/20/2023 5:02 PM FAX  3144481944        ALENA MALONE BAIL BONDS        ☒0001/0001

# MAPTS Missouri Alternative Pre-Trial Services



## Defendant's Copy

Date: 06/20/23

21st Judicial Court St. Louis County, Missouri

105 South Central Ave.

St. Louis, Missouri, 63105

Re: 23SL-CR04103

This letter serves as a Receipt of payment of startup of EHD/GPS/SCRAM Service for

Defendant: Steven Crenshaw

Amount Paid: 290

If you would like to add exclusion zones, please let us know

Respectfully,

Alexus Levison

Missouri Alternative Pre-Trial Services

E-Mail: Alevison@maptsmo.com

Phone: (314) 448-1944

Fax: (314)-312-6262

CASE NO.: 23SL-CR04103                                                                PAGE 2 OF 2

[✓] **Defendant is ordered released upon written promise to appear for all court proceedings (recognizance) subject to the conditions set forth in Rule 33.01(b) and, if any, the least restrictive conditions of release indicated herein.**

Defendant is ordered to comply with the following additional least restrictive conditions of release:

[ ] Compliance with the conditions of the
    [ ] Pre-Trial Release Program [ ] MacArthur Program
    per Program agreement/contract
[ ] No alcohol
    [ ] SCRAM Bracelet:* (no tampering)
       [ ] Proof of installation payment prior to release
       [ ] Within _____ hrs of release
    [ ] Soberlink obtained within _____ of release*
    [ ] Ignition Interlock installed within _____ of release*
[ ] EHD Bracelet:* (work/school/med/legal appts only/no tampering)
    [ ] With GPS
    [ ] Proof of installation payment prior to release
    [ ] Within _____ hrs of release
[✓] GPS Bracelet:* (no tampering)
    [✓] Proof of installation payment prior to release
    [✓] Within 48 hrs of release
*Defendant shall bring proof of installation/rental to next court date.

[✓] Defendant cannot be within 1000 feet of victim's residence.
[✓] Obtain/maintain employment
[ ] Attend school [ ] full-time [ ] part-time
[✓] No firearms/weapons (in possession or vicinity of)
[✓] No drugs (except as prescribed by a doctor)
[ ] No driving
[✓] No contact or communication with victim and _____
[ ] Defendant is ordered released to the custody of _____, who shall supervise Defendant as directed by the Court.
[ ] Defendant shall sign up for Track This Case within 48 hours of release at www.courts.mo.gov (see instructions from Clerk).
[ ] Other: _____

[ ] **Monetary Condition Added:** Having considered the Rule 33.01 factors and based upon the findings on page 1, the Court finds that non-monetary conditions alone are not sufficient to secure Defendant's appearance and/or the safety of the community or others. Therefore:
[ ] Bond is set at $ ROR              [ ] This is a reduction/modification of the EXISTING bond
    [ ] Cash Only (no surety) [ ] 10% Authorized (being $_____) [ ] 10% NOT Authorized
    [ ] Property Authorized (if of sufficient value): Owned by: _____
    Located at: _____

[ ] **NO BOND:** The Court orders that Defendant be detained pending trial. Pursuant to Rule 33.01(d), the Court makes its findings on page 1 based upon *clear and convincing evidence* and concludes that no combination of non-monetary and monetary conditions will secure the safety of the community or others.

[ ] **No Modification of Existing Bond:** Having considered the Rule 33.01 factors and based upon the findings on page 1, the Court finds that the existing conditions of release are the least restrictive and no additional conditions are imposed. The existing conditions shall remain in full force and effect.

[ ] **Bond Reinstated:** Having considered the Rule 33.01 factors and based upon the findings on page 1, the Court finds that the prior conditions of release are the least restrictive and hereby reinstates Defendant's bond along with all prior conditions of release. Bond forfeiture is hereby cancelled.

DEFENDANT MUST COMPLY WITH ALL MUNICIPAL, STATE, AND FEDERAL ORDINANCES AND STATUTES.
DEFENDANT MUST PERSONALLY APPEAR AT ALL COURT DATES, INCLUDING THE FOLLOWING:

**NEXT COURT DATE:** [ ]M [ ]T [ ]W [✓]TH [ ]F    JULY 26, 2023 at 9:00 a.m.
[✓] CALL DOCKET        [ ] PROBATION REVOCATION HEARING    [✓] OTHER: DEF WAIVED SETTING THE CASE AT THIS TIME FOR A PH
[ ] PRELIMINARY HEARING    [ ] CONTEMPT STATUS HEARING

**SO ORDERED:**

_(signature)_

Defendant has been informed of the conditions of release, if any, and that any violation of a condition of release may result in revocation of the bond and issuance of a warrant for Defendant's arrest and detention in custody until trial.

Judge                    Division 40

In the
# CIRCUIT COURT
of St. Louis County, Missouri

**STATE OF MISSOURI**

v.

STEVEN W CRENSHAW
Defendant

[ For File Stamp Only ]

Date **06/06/2023**

Case Number **23SL-CR04103**

Division **41**    Day **THUR**

[    ]

FILED
06/06/23
JOAN M. GILMER
CIRCUIT CLERK
ST. LOUIS COUNTY, MO

## INITIAL APPEARANCE ORDER

Defendant appears and acknowledges being informed of the charge(s) and of the following rights: the right to retain counsel; the right to the appointment of counsel if Defendant is unable to retain counsel; the right to remain silent and that any statement made by Defendant may be used against Defendant in Court. Defendant was also informed that if released on bond, a warrant may be issued immediately upon any violation of a condition of release. The Court enters a plea of Not Guilty for Defendant as to any Misdemeanor charges.

Prosecuting Attorney  ☑ appears in person ☐ appears by interactive video technology;

Defendant's Attorney  ☐ appears in person ☐ appears by interactive video technology ☐ does not appear;

Defendant  ☑ appears in person ☐ appears by interactive video technology

☐ does not appear because: _____:

☐ *After release* from custody on a warrant and has been informed of any conditions of release and the right to apply for a modification of any of the conditions of release at a hearing pursuant to Mo. S. Ct. Rule 33.05.

☑ *In custody* after arrest on a warrant and has been informed of any conditions of release. If Defendant is not released, Defendant has been informed of the right to a release hearing pursuant to Mo. S. Ct. Rule 33.05.

☐ By summons.

☐ Defendant has not previously been fingerprinted for an offense reportable under Mo. Rev. Stat. § 43.506 and is hereby ordered to report to the **bonding window at the Justice Center, 100 S. Central Ave.,** for fingerprinting and processing **prior to the next court date** and to provide all information necessary. **Defendant is further ordered to bring a receipt of compliance to the next court date. FAILURE TO COMPLY MAY RESULT IN A WARRANT.**

Defendant  ☑ is referred to the Public Defender's Office for eligibility determination.

☐ is granted additional time to obtain private counsel.

☐ is represented by counsel.

☐ _____ enters for Defendant.

*disputes charges*

☑ **Rule 33.05 RELEASE HEARING (BOND REVIEW) set on** June 20, 2023 **at** 10 a __.m.

This hearing shall be held within SEVEN business days after Initial Appearance or application, absent good cause shown by the parties or the Court, subject to the victim's right to be informed of and heard at the hearing. Prosecuting Attorney to notify victim(s).

☑ Prosecuting Attorney ☐ Defendant requests this hearing be held later than seven business days for the following good cause:

_____

☐ **Cause continued to:** ☐ M ☐ T ☐ W ☐ TH ☐ F _____ at _____ a.m.

☐ CALL DOCKET    ☐ PRELIMINARY HEARING    ☐ OTHER: _____

## X=APPEARS IN PERSON

Defendant                                                    =

☐ _____                    Defendant's Attorney           Bar No.
New Address

**SO ORDERED:**                   Address

_~signature~_                     Phone No.                      Fax No.

Judge/Division                    Email

earing was conducted on the record using interactive video technology. Therefore, the party and attorney signatures are not reflected on this Order. The Court read the contents of this Order, and all other Memos/Orders entered herewith, to the parties and into the record.

Asst. Prosecuting Attorney         Bar No.

Phone No.                          Fax No.

Email

**FILED**

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

JUN 0 5 2023

-VS-

**JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY**

| | | |
|---|---|---|
| STEVEN W CRENSHAW<br>40 SUBURBAN AVENUE<br>SAINT LOUIS, MO 63135<br><br>**Aliases:**<br><br>**Defendant** | RACE: Black<br>SEX: Male<br>DOB: 09/09/1963<br>HGT: 5'11<br>WGT: 200<br>P.D.: St. Louis County<br>ORI Number: MO0950000 | SSN: 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<br>OCN: NO OCN<br>CASE ID: 189452579<br>RPT NO: 23-21515<br>CT. NO: |

**41TH**

23SL-CR04103

## CHARGES

Count: 01  UNLAWFUL POSSESSION OF A FIREARM - CLASS D FELONY
Count: 02  UNLAWFUL POSSESSION OF A FIREARM - CLASS D FELONY
Count: 03  UNLAWFUL USE OF WEAPON - SUBSECTION 4 - EXHIBITING - CLASS E FELONY

## COMPLAINT

Bond $75,000
Cash only
10% Not Authorized

State of Missouri  )
County of St. Louis ) SS

Comes now the State of Missouri by and through the undersigned Assistant Prosecuting Attorney on information and belief that there is probable cause to believe that the above-named defendant committed the following crime(s):

### COUNT: 01  UNLAWFUL POSSESSION OF A FIREARM - CLASS D FELONY

That Steven W Crenshaw, in violation of Section 571.070, RSMo, committed the class D felony of unlawful possession of a concealable firearm, punishable under Sections 558.011 and 558.002, RSMo, in that on or about June 4, 2023, in the County of St. Louis, State of Missouri, the defendant knowingly possessed a AR 15 rifle, a firearm, and on March 15, 1996, the defendant was convicted of the felony of robbery in the second degree in the 22nd Judicial Circuit Court of St. Louis City, Missouri in case 2293103404-01.
571.070-001Y20205299.0

### COUNT: 02  UNLAWFUL POSSESSION OF A FIREARM - CLASS D FELONY

That Steven W Crenshaw, in violation of Section 571.070, RSMo, committed the class D felony of unlawful possession of a concealable firearm, punishable under Sections 558.011 and 558.002, RSMo, in that on or about June 4, 2023, in the County of St. Louis, State of Missouri, the defendant knowingly possessed a Kel-Tec PF 9 9mm pistol, a firearm, and on March 15, 1996, the defendant was convicted of the felony of robbery in the second degree in the 22nd Judicial Circuit Court of St. Louis City, Missouri in case 2293103404-01.
571.070-001Y20205299.0

### COUNT: 03  UNLAWFUL USE OF WEAPON - SUBSECTION 4 - EXHIBITING - CLASS E FELONY

That Steven W Crenshaw, in violation of Section 571.030, RSMo, committed the class E felony of unlawful use of a weapon, punishable upon conviction under Sections 558.002 and 558.011, RSMo, in that on or about June 4, 2023, in the County of St. Louis, State of Missouri, the defendant knowingly exhibited, in the presence of one or more persons an

I, Dustin Kneemiller, DSN 5155, St. Louis County Police Department, knowing that false statements on this form are punishable by law, state that the facts contained herein are true and documented in report number 23-21515. I have probable cause to believe that on June 4, 2023, at 1023 Prigge Road, [include all dates and locations], Steven Crenshaw, Black, Male, DOB 09/09/1963, 5'11", 200lbs, committed one or more criminal offense(s).

Count: 01       UNLAWFUL POSSESSION OF A FIREARM - CLASS D FELONY

Count: 02       UNLAWFUL POSSESSION OF A FIREARM - CLASS D FELONY

Count: 03       UNLAWFUL USE OF WEAPON - SUBSECTION 4 - EXHIBITING - CLASS E FELONY

The facts supporting this belief are as follows: The Defendant racked his AR 15 rifle and fired a round into his grass in front of the neighbors. Then, victim Joseph Brautigam ran outside and the Defendant raised his rifle to Joseph's chest three times. Defendant went into his house and got his Kel-Tec PF 9 9mm pistol. Police seized the Defendant's AR 15 and the Defendant's Kel- Tec PF 9 9mm pistol. The Defendant was a convicted on about March 15, 1996, of robbery in the second degree in the 22nd Judicial Circuit Court of St. Louis City, Missouri in case 2293103404-01.

I believe that the defendant poses a danger to a crime victim because he lives next door to the victims. He also has been convicted of robbery in the second degree in case 2293103404-01, burglary in the second degree in case 2293103400-01, and pled guilty to unlawful use of weapon in case 21CCR557654.

Dustin Kneemiller, DSN 5155, St. Louis County Police Department

[Signature] _P.O. Kneemiller, 5155_    Date: _10/5/23_

AR 15 rifle, a weapon readily capable of lethal use, in an angry or threatening manner.
571.030-010Y20205299.0

The undersigned Prosecutor informs the Court on information and belief that the above offense(s) herein charged were committed.

*Mpantazopoulos—61858*

Melissa Pantazopoulos MBE: 61858
Assistant Prosecuting Attorney

Ct. No.

Div. Circuit Court of St. Louis County, Missouri

In the
# CIRCUIT COURT
of St. Louis County, Missouri

## Defendant's Copy

21st day of June, 2023
_____
Date

STATE OF MISSOURI,

vs.

23SL-CR04103
_____
Case No.

STEVEN W. CRENSHAW

ASSOCIATE DIVISION 41
_____
Division

For File Stamp Only

### ORDER GRANTING RELEASE UPON WRITTEN PROMISE TO APPEAR [RECOGNIZANCE]

The Defendant being released on this written promise to appear in lieu of bond, is ordered to personally appear before the Court at the date, time, and place shown below, and to appear thereafter from time to time as required by the Court, throughout the pendency of this action, for trial and all other proceedings, including the rendition of final judgment. The Defendant is further ordered to obey the following Conditions of Release. **The Defendant shall:**

1. **Have no contact of any kind with any victim or the family of any victim of any offense alleged in this case.**

2. **Not tamper with any victim or witness in this case.** 1. A person commits the crime of "tampering with a witness" if, with purpose to induce a witness or a prospective witness in an official proceeding to disobey a subpoena or other legal process, or to absent himself or avoid subpoena or other legal process, or to withhold evidence, information or documents, or to testify falsely, he: (1) Threatens or causes harm to any person or property; or (2) Uses force, threats or deception; or (3) Offers, confers or agrees to confer any benefit, direct or indirect, upon such witness; or (4) Conveys any of the foregoing to another in furtherance of a conspiracy. 2. A person commits the crime of "victim tampering" if, with purpose to do so, he prevents or dissuades or attempts to prevent or dissuade any person who has been a victim of any crime or a person who is acting on behalf of any such victim from: (a) Making any report of such victimization to any peace officer, or state, local or federal law enforcement officer or prosecuting agency or to any judge; (b) Causing a complaint, indictment or information to be sought and prosecuted or assisting in the prosecution thereof; (c) Arresting or causing or seeking the arrest of any person in connection with such victimization. 3. Tampering with a witness in a prosecution, tampering with a witness with purpose to induce the witness to testify falsely, or victim tampering is a class C felony if the original charge is a felony. Otherwise, tampering with a witness or victim tampering is a class A misdemeanor. **Persons convicted under this section shall not be eligible for parole.** § 575.270 Missouri Revised Statutes. [Emphasis added.]

3. **Not leave the State of Missouri,** and if apprehended in another jurisdiction, Defendant hereby waives extradition.

4. **Notify the Court clerk of any new arrest within 24 hours of the time of the arrest.**

5. **Take notice that violation of any condition of this release is sufficient reason to order the arrest of the Defendant.**

6. **Take notice that the maximum penalty for failure to appear as ordered on a felony is 5 years and $5000, on a misdemeanor is 1 year and $1000, and on an ordinance is $500.**

7. **Special conditions as listed below:**

**I, the Defendant, have read the above, and by my signature below promise to appear as directed, and promise to abide by the conditions of this Release on Promise to Appear.**

July 26, 2023 9:00 AM

_____
Signature of Defendant

_____
Court Date and Time

1023 PRIGGE RD
FERGUSON, MO 63135

105 SOUTH CENTRAL
CLAYTON MO 63105

PHONE:    (314)   615 - 1541

_____
Address of Defendant

_____
Court Address

PEYTON

_____
Telephone # (for Defendant)

_____
Judge

Evaluated by

CM80 DOH PS 6/00

FILED

AUG 3 0 2023

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

STATE OF MISSOURI,            )
                             )    Case No. 23SL-CR04103
v.                           )
                             )    Division 41
                             )
STEVEN W CRENSHAW            )
            Defendant.       )

## PRELIMINARY HEARING JUDGMENT

Cause called for preliminary hearing on this date.

☐ There is probable cause to believe that a felony was committed and that Defendant committed said felony. Defendant is bound over for trial on the following felony (felonies):

> Unlawful Use Of Weapon - Subsection 4 - Exhibiting
> { Felony E RSMo: 571.030 }

☑ There is no probable cause to believe that a Defendant committed the felony or felonies as alleged and, therefore, Defendant is discharged.

SO ORDERED:

_____
Judge
Div. 41

**In the**

# CIRCUIT COURT

## of St. Louis County, Missouri

State
_____
Plaintiff(s)

vs.

Steven Crenshaw
_____
Defendant(s)

Date 8/30/23

Case Number 23SL-CR04103

Division 41

# FILED

AUG 3 0 2023

**JOAN M. GILMER**
**CIRCUIT CLERK, ST. LOUIS COUNTY**

For File Stamp Only

GPS bracelet ordered removed.

18 Days in cotsor

70 Days

74

Cost $900.00

**SO ORDERED**

_____
Judge

**ENTERED:** 01-0/23
_____
(Date)

Attorney _____ Bar No.

Address _____

Phone No. 314-751-4500    Fax No.

Attorney _____ Bar No.

Address _____

Phone No. _____ Fax No.

CCOPR47-WS  Rev. 02/14

I certify and attest that the above is a true copy of the original record of the Court in case number **a3SL-CRϕ41ϕ3** as it appears on file in my office.



Issued

_5/16/25_

**JOAN M. GILMER,** Circuit Clerk
St. Louis County Circuit Court

By

Deputy Clerk

CCOPR36    Rev. 06/00

# EXHIBIT E

# EXHIBIT F

# EXHIBIT G

# (Body cam footage to be submitted)

# St. Louis County Public Record Requests

**Paid: $85.10** on 03/12/24

## Documents

*Public (pending)*

(none)

---

*Requester*

PO_Roberts_Body_Camera_06_04_2023_12_13_52.mp4

PO_Roberts_Body_Camera_06_04_2023_12_02_21.mp4

Crenshaw request.pdf

Receipt 24-3924.pdf

PO_Kneemiller_Body_camera_06_04_2023_12_01_36.mp4

PO_Anderson_Body_Camera_06_04_2023_12_03_08.mp4

PO_Hewitt_Body_Camera_06_04_2023_12_04_00.mp4

PO_Kneemiller_Body_Camera_06_04_2023_12_19_40.mp4

PO_Kneemiller_Dash_Camera_06_04_2023_12_01_56.mp4

PO_Kranz_Body_Camera_06_04_2023_12_06_48.mp4

PO_Kneemiller_In_Car_Camera_06_04_2023_12_01_56.mp4

---

*Staff Only*

(none)

**Staff**

*Point of Contact*

rfumagalli@stlouiscountymo.gov

---

*Support*

ebrown@stlouiscountymo.gov
mgaffney@stlouiscountymo.gov
pownby@stlouiscountymo.gov

 St. Louis County Public Record Requests

PO_Anderson_Body_Camera_06_04_2023_12_03_08.mp4

PO_Hewitt_Body_Camera_06_04_2023_12_04_00.mp4

PO_Kneemiller_Body_camera_06_04_2023_12_01_36.mp4

PO_Kneemiller_Body_Camera_06_04_2023_12_19_40.mp4

PO_Kneemiller_Dash_Camera_06_04_2023_12_01_56.mp4

PO_Kranz_Body_Camera_06_04_2023_12_06_48.mp4

PO_Kneemiller_In_Car_Camera_06_04_2023_12_01_56.mp4

PO_Roberts_Body_Camera_06_04_2023_12_13_52.mp4

PO_Roberts_Body_Camera_06_04_2023_12_02_21.mp4

March 12, 2024, 8:11pm by Tom Naughton

**Document(s) Added**                                                                  Staff Only
Receipt 24-3924.pdf

March 12, 2024, 10:14am by Alise Clopton

**Note**                                                                                Staff Only

Requestor paid for footage at PC. He wants the footage released via NR and uploaded to a disk. He agreed to pay additional fees once it is uploaded and ready for pick up.

March 12, 2024, 9:44am by Alise Clopton, Police Records Clerk (Staff)

**Invoice Paid**                                                            Requester + Staff
$85.10 paid offline
March 12, 2024, 9:43am by Steven Crenshaw

**New Requester**                                                                      Staff Only
Steven Crenshaw
March 12, 2024, 9:42am by Alise Clopton on behalf of Steven Crenshaw

**Note**                                                                                Staff Only

Left voicemail for requestor about invoice. Mailed invoice.

March 7, 2024, 3:34pm by Phyllis Ramos (Staff)

**Request Pending**                                                                     Staff Only

Called requestor with notice of invoice.

Waiting for payment.

March 7, 2024, 3:30pm by Phyllis Ramos

 St. Louis County Public Record Requests

March 6, 2024, 8:16am by Phyllis Ramos (Staff)

**Internal Message**                                                                                              Staff Only
**All assigned staff**

There appears to be a total of 1 hour, 20 minutes and 31 seconds worth of BWC footage in this request.

PO Kneemiller BWC - 19 minutes and 41 seconds

PO Roberts BWC - 25 minutes and 33 seconds

PO Anderson BWC - 11 minutes and 5 seconds

PO Hewitt BWC - 19 minutes and 20 seconds

PO Kranz BWC - 4 minutes and 52 seconds

March 5, 2024, 3:47pm by Tom Naughton, Sergeant (Staff)

**Message to requester**                                                                                       Requester + Staff

Your request for records from the St. Louis County Police Department has been received. The Police Department will need additional time to determine if it possesses records responsive to the request and to evaluate if the records are open or closed, either in whole or part, pursuant to the applicable provisions of Chapter 610 RSMo and Chapter 114 SLCRO. **We anticipate being able to process your request(s) by the close of business on (March 29, 2024), but will process your request as expeditiously as possible.** Thank you for your patience.

March 5, 2024, 9:30am by Jake Roustio (Staff)

**Due Date Changed**                                                                                            Staff Only
03/29/2024 (was 03/07/2024).
March 5, 2024, 9:30am by Jake Roustio

**Note Updated**                                                                                               Staff Only
Request for Dash and BWC for report #23-21515.They want BWC for all officers and dash for only Officer Kneemiller. Disposition for subject is all charges dismissed. See previous NR#23-16795 where they requested BWC only and did not complete payment.
March 4, 2024, 4:25pm by Phyllis Ramos

**Internal Message**                                                                                             Staff Only
**Tom Naughton, Meaghan Hawkins**

Hello Sgt. Naughton and Officer Hawkins,

Please let me know what Dash/BWC footage is available for report #23-21515. This is not for a subpoena.

Thank you,

# ARREST REPORT
F-287 (11/06)

FUGITIVE HOLDS ☐ YES ☒ NO

PAGE 1 OF 1

COMPLAINT NUMBER

| LAST NAME | FIRST NAME | MIDDLE NAME | JR/SR | AKA/MAIDEN NAME/ADDITIONAL ID |
|---|---|---|---|---|

| RACE | SEX | AGE | DATE OF BIRTH | PLACE OF BIRTH | MARITAL STATUS |
|---|---|---|---|---|---|

| HEIGHT | WEIGHT | BUILD | COMPLX. | EYES | HAIR | SOCIAL SECURITY NUMBER | DRIVER'S LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|

| ADDRESS | CITY | STATE | ZIP | HOME PH. ( ) |
|---|---|---|---|---|
| | | | | CELL PH. ( ) |

| OCCUPATION | ☐ EMPLOYED  ☐ UNEMPLOYED | EMPLOYER (PRESENT OR LAST) |
|---|---|---|

| BUSINESS ADDRESS | CITY | STATE | ZIP | BUSINESS PHONE ( ) |
|---|---|---|---|---|

| SCARS/MARKS/TATTOOS/DEFORMITIES (DESCRIBE) | CLOTHING |
|---|---|

| IN EMERGENCY NOTIFY: NAME | ADDRESS | PHONE ( ) |
|---|---|---|

| CHARGES (IDENTIFY ADDITIONAL CHARGES IN REMARKS) | CHARGE CODE | COMPLAINT/REFERENCE /MUC | CHARGE DISPOSITIONS |
|---|---|---|---|
| (A)   F  M  C | | | ☐ HOLD  ☒ RPAW  ☐ MUC/SIL IN COURT: ☐ WARRANT VERIFIED BY: |
| (B)   F  M  C | | | ☐ HOLD  ☐ RPAW  ☐ MUC/SIL IN COURT: ☐ WARRANT VERIFIED BY: |
| (C)   F  M  C | | | ☐ HOLD  ☐ RPAW  ☐ MUC/SIL IN COURT: ☐ WARRANT VERIFIED BY: |
| (D)   F  M  C | | | ☐ HOLD  ☐ RPAW  ☐ MUC/SIL IN COURT: ☐ WARRANT VERIFIED BY: |
| (E)   F  M  C | | | ☐ HOLD  ☐ RPAW  ☐ MUC/SIL IN COURT: ☐ WARRANT VERIFIED BY: |

## PRISONER'S PROPERTY

MONEY:   CURRENCY: $   CHANGE: $

| QUANTITY | PROPERTY | QUANTITY | PROPERTY | OTHER PROPERTY |
|---|---|---|---|---|
| | WALLET | | WATCH | |
| | PURSE | | RINGS | |
| | LIGHTER | | EARRINGS | |
| | KEYS | | BRACELET/WRIST CHAIN | |
| 1 | PR. SHOELACES | | NECKLACE/NECK CHAIN | |
| | BELT | | COMB | |
| | PAGER | 1 | CELL PHONE | |

I HEREBY ACKNOWLEDGE SURRENDERING THE ABOVE ITEMS FOR SAFEKEEPING: _____ PRISONER'S SIGNATURE

I HEREBY ACKNOWLEDGE RECEIPT OF THE ABOVE ITEMS: _____ PRISONER'S SIGNATURE

| DATE ARRESTED | TIME ARRESTED | ARRESTING OFFICER/DSN (PRINT) | PCT/BUR | LOCATION OF ARREST | COGIS |
|---|---|---|---|---|---|

| GANG/SUBSET AFFILIATION | GANG ID NO. | FEMALE SEARCHED BY/DSN | OFFICER WITH HOLD RESPONSIBILITY/DSN |
|---|---|---|---|

| OFFICER ISSUING ORIGINAL ARREST ORDER NOTIFIED | ARREST ORDER CANCELLATION | FUGITIVE LOCATE TELETYPE |
|---|---|---|
| DATE          TIME | TT#          SENT BY/DSN | TT#          SENT BY/DSN |

| RELEASED TO DESK | RELEASED TO CONVEYANCE | RELEASED TO JUSTICE SERVICES |
|---|---|---|
| TIME | TIME | TIME |

REMARKS

| SUBMITTED BY OFFICER/DSN | DATE | REVIEWING SUPERVISOR'S SIGNATURE/DSN |
|---|---|---|

WHITE - RECORDS        YELLOW - JUSTICE SERVICES        PINK - PRECINCT        GOLDENROD - PROPERTY BAG

# ARREST REPORT
F-287 (11/06)

FUGITIVE HOLDS  ☐ YES  ☒ NO

PAGE ___ OF ___

COMPLAINT NUMBER

| LAST NAME | FIRST NAME | MIDDLE NAME | JR/SR | AKA/MAIDEN NAME/ADDITIONAL ID |
|---|---|---|---|---|
| | | | | |

| RACE | SEX | AGE | DATE OF BIRTH | PLACE OF BIRTH | MARITAL STATUS | |
|---|---|---|---|---|---|---|
| | | | | | | |

| HEIGHT | WEIGHT | BUILD | COMPLX. | EYES | HAIR | SOCIAL SECURITY NUMBER | DRIVER'S LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| ADDRESS | CITY | STATE | ZIP | HOME PH. ( ) |
|---|---|---|---|---|
| | | | | CELL PH. ( ) |

| OCCUPATION | ☐ EMPLOYED  ☐ UNEMPLOYED | EMPLOYER (PRESENT OR LAST) |
|---|---|---|
| | | |

| BUSINESS ADDRESS | CITY | STATE | ZIP | BUSINESS PHONE ( ) |
|---|---|---|---|---|
| | | | | |

SCARS/MARKS/TATTOOS/DEFORMITIES (DESCRIBE)        CLOTHING

IN EMERGENCY NOTIFY:        NAME        ADDRESS        PHONE ( )

| CHARGES (IDENTIFY ADDITIONAL CHARGES IN REMARKS) | CHARGE CODE | COMPLAINT/REFERENCE /MUC | CHARGE DISPOSITIONS |
|---|---|---|---|
| (A)        F    M    C | | | ☐ HOLD  ☐ RPAW  ☐ MUC/SIL IN COURT: ☐ WARRANT VERIFIED BY: |
| (B)        F    M    C | | | ☐ HOLD  ☐ RPAW  ☐ MUC/SIL IN COURT: ☐ WARRANT VERIFIED BY: |
| (C)        F    M    C | | | ☐ HOLD  ☐ RPAW  ☐ MUC/SIL IN COURT: ☐ WARRANT VERIFIED BY: |
| (D)        F    M    C | | | ☐ HOLD  ☐ RPAW  ☐ MUC/SIL IN COURT: ☐ WARRANT VERIFIED BY: |
| (E)        F    M    C | | | ☐ HOLD  ☐ RPAW  ☐ MUC/SIL IN COURT: ☐ WARRANT VERIFIED BY: |

## PRISONER'S PROPERTY

MONEY:    CURRENCY: $        CHANGE: $

| QUANTITY | PROPERTY | QUANTITY | PROPERTY | OTHER PROPERTY |
|---|---|---|---|---|
| | WALLET | | WATCH | |
| | PURSE | | RINGS | |
| | LIGHTER | | EARRINGS | |
| | KEYS | | BRACELET/WRIST CHAIN | |
| | PR. SHOELACES | | NECKLACE/NECK CHAIN | |
| | BELT | | COMB | |
| | PAGER | | CELL PHONE | |

I HEREBY ACKNOWLEDGE SURRENDERING THE ABOVE ITEMS FOR SAFEKEEPING: _____
PRISONER'S SIGNATURE

I HEREBY ACKNOWLEDGE RECEIPT OF THE ABOVE ITEMS: _____
PRISONER'S SIGNATURE

| DATE ARRESTED | TIME ARRESTED | ARRESTING OFFICER/DSN (PRINT) | PCT/BUR | LOCATION OF ARREST | COGIS |
|---|---|---|---|---|---|
| | | | | | |

| GANG/SUBSET AFFILIATION | GANG ID NO. | FEMALE SEARCHED BY/DSN | OFFICER WITH HOLD RESPONSIBILITY/DSN |
|---|---|---|---|
| | | | |

| OFFICER ISSUING ORIGINAL ARREST ORDER NOTIFIED | ARREST ORDER CANCELLATION | FUGITIVE LOCATE TELETYPE |
|---|---|---|
| DATE        TIME | TT#        SENT BY/DSN | TT#        SENT BY/DSN |

| RELEASED TO DESK        TIME | RELEASED TO CONVEYANCE        TIME | RELEASED TO JUSTICE SERVICES        TIME |
|---|---|---|

REMARKS

| SUBMITTED BY OFFICER/DSN | DATE | REVIEWING SUPERVISOR'S SIGNATURE/DSN |
|---|---|---|
| | | |

WHITE - RECORDS        YELLOW - JUSTICE SERVICES        PINK - PRECINCT        GOLDENROD - PROPERTY BAG

St Louis County Justice Center
**INMATE PROPERTY RECEIVED RECEIPT**

This is to certify that the following property was taken from : CRENSHAW, STEVEN
and placed in my personal property and/or my institutional commissary account.
I understand that if I do not arrange for disposal of my property within 7 days of my release,
the institution shall not be held accountable for its loss.

**CRENSHAW, STEVEN W**      IMN  245012      Booking #  202300569    Tracking # T090012977
DOB 09/09/1963 Race B    Sex M        Book Dttm  06/05/2023 11:

### Inmate Property List

| Prp Code | Qty | Color | Property Description | | | Cond | Alt Loc | Rel ID | Rel | | Rel Dttm | Sta |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Seq # 1 | | | Inmate Property Received - | Entry ID #js0814 | Entry Dttm 06/05/2023 12:08 | | | | | | | |
| NO PROP | 1 | NOC | NO PROPERTY TAKEN | | | | | | | | | N |
| Main Loc LEL | | | Sub Loc NOPROP | Loc # | | | | | | | | |
| Notes ( NONE ) | | | | | | | | | | | | |
| Seq # 2 | | | Inmate Property Received - | Entry ID #js0754 | Entry Dttm 06/05/2023 15:58 | | | | | | | |
| LACES | 1 | NOC | LACES | | | | | | | | | N |
| CELL | 1 | NOC | CELL PHONE | | | | | | | | | N |
| CAP | 1 | NOC | CAP | | | | | | | | | N |
| KEYS | 1 | NOC | KEYS | | | | | | | | | N |
| Main Loc LEL | | | Sub Loc SHELF | Loc #32 | | | | | | | | |
| Notes ( NONE ) | | | | | | | | | | | | |

### Inmate Valuable List

**Intake**

X HOSPITAL POST
( Inmate Signature/Date )

X _____
Officer (  #js0754  ) Signature/Date

**Release**

X _____
( Inmate Signature/Date )

X _____
( Release Officer Signature/Date/Time )

**Officer Taking Custody**

**Property**

**Money**

$$ _____ Received

X _____
( Officer's Signature/DSN/Date )

X _____
( Officer's Signature/DSN/Date )

X _____
( Print Officer's Name Here )

Run Date:    06/05/2023 15:58

Page 1 of 1

Case: 4:25-cv-01514-SEP    Doc. #: 1-1    Filed: 10/09/25    Page: 133 of 151 PageID #: 136

| Ar # | Seq # | Chrg Code | Charge Desc |
|------|-------|-----------|-------------|
| 1 | 2 | 31048990 | UNLAWFUL POSSESSION OF A FIREARM |

| Statute | Offense | Class | Offense Dttm | OCN | Fugitive From |
|---------|---------|-------|--------------|-----|---------------|
| 571.070 | F | D | 06/04/2023 00:00 | | |

Charge Notes

INCLUSIVE WITH CHG 1

| Bond | Bond Type | Bond Amount | Bond # | Bond Company | Paid |
|------|-----------|-------------|--------|--------------|------|
| I | | $0.00 | | | ☐ |

Bond Notes

| Cause # | Court Dttm | Court | Court Room | ROC | Billing Agency Description |
|---------|------------|-------|------------|-----|---------------------------|
| 23SL-CR04103 | 07/26/2023 09:00 | ACC41 | | | |

| Bill Agen | Bill Dttm | Reason | Doc Type | Doc # | Disp | Disp Dttm | Rel |
|-----------|-----------|--------|----------|-------|------|-----------|-----|
| | | | CN | 23-21515 | ROR | 06/21/2023 06:19 | Y |

Disposition Notes

| Sentence Start Dttm | Sentence End Dttm | Years | Months | Days | Probation | Death | Consecutive/Concurrent |
|---------------------|-------------------|-------|--------|------|-----------|-------|------------------------|
| | 00/00/0000 00:00 | | | | | | |

Sentence Notes

| Ar # | Seq # | Chrg Code | Charge Desc |
|------|-------|-----------|-------------|
| 1 | 3 | 31046990 | UNLAWFUL USE OF WEAPON - SUBSECTION 4 - EXHIBITING |

| Statute | Offense | Class | Offense Dttm | OCN | Fugitive From |
|---------|---------|-------|--------------|-----|---------------|
| 571.030 | F | E | 06/04/2023 00:00 | | |

Charge Notes

INCLUSIVE WITH CHG 1

| Bond | Bond Type | Bond Amount | Bond # | Bond Company | Paid |
|------|-----------|-------------|--------|--------------|------|
| I | | $0.00 | | | ☐ |

Bond Notes

| Cause # | Court Dttm | Court | Court Room | ROC | Billing Agency Description |
|---------|------------|-------|------------|-----|---------------------------|
| 23SL-CR04103 | 07/26/2023 09:00 | ACC41 | | | |

| Bill Agen | Bill Dttm | Reason | Doc Type | Doc # | Disp | Disp Dttm | Rel |
|-----------|-----------|--------|----------|-------|------|-----------|-----|
| I | | | CN | 23-21515 | ROR | 06/21/2023 06:20 | Y |

Disposition Notes

| Sentence Start Dttm | Sentence End Dttm | Years | Months | Days | Probation | Death | Consecutive/Concurrent |
|---------------------|-------------------|-------|--------|------|-----------|-------|------------------------|
| | 00/00/0000 00:00 | | | | | | |

Sentence Notes

## Inmate Release Information

| Auth By | Sched Dttm | Rel By | Release Dttm | Moved By | Moved Dttm | Rel Code | Released To Agency |
|---------|------------|--------|--------------|----------|------------|----------|--------------------|
| | 06/21/2023 08:05 | JS0534 | 06/21/2023 08:04 | | 06/21/2023 08:05 | RCG | |

| Reason | Tran Dest |
|--------|-----------|
| RELEASED | REL |

Moved Reason Notes

IMN 245012   Booking # 2023005691       St Louis County Justice Center
CRENSHAW, STEVEN W                       IJMS INMATE SHORT PROFILE

## Inmate Arrest & Charge Information

**Arrest Seq # - 1**

### Arrest Information

| | | | Arrest Type | | OCA | Arrest Date/Time |
|---|---|---|---|---|---|---|
| Tracking # | Arrest # | Book Date/Time | WAR | 23 - | 021515 | 06/04/2023 12:34 |
| T090012977 | 230004778 | 06/05/2023 11:59 | | | | |

| Hold For Agen | Name | Arresting Agency | Billing Agency Name |
|---|---|---|---|
| | | S09 | ST LOUIS COUNTY PD |

| ORI | Arresting Officer DSN & Name | | ☐ Domestic Violence |
|---|---|---|---|
| MO0950000 | 05155 | KNEEMILLER | ☐ DNA Test Require |

### Arrest Address Information

| Arrest Location Type | Addr # | Direction | Street | Type | Other Address |
|---|---|---|---|---|---|
| A | 1023 | | PRIGGE | RD | |
| | Apt # | Direction | Street | Type | |

| City | State | Zip |
|---|---|---|
| ST LOUIS | MO | 63138- |

**Arrest Notes**

| Ar # | Seq # | Chrg Code | Charge Desc |
|---|---|---|---|
| 1 | 1 | 31048990 | UNLAWFUL POSSESSION OF A FIREARM |

| Statute | Offense Class | Offense Dttm | OCN | Fugitive From |
|---|---|---|---|---|
| 571.070 | F   D | 06/04/2023 00:00 | | |

**Charge Notes**

DIV 41TH/ORG CHG STLCO/BOND 75000 CASH ONLY NO SURETY NO 10%/ GPS BRACELET PROOF OF INSTALL PAYMENT PRIOR TO RELEASE/WITHIN 24 HRS OF RELEASE/NO FIREARMS OR WEAPONS/NO DRUGS/NO CONTACT WITH VICTIM

| Bond | Bond Type | Bond Amount | Bond # | Bond Company | Paid |
|---|---|---|---|---|---|
| Y | ROR | $75,000.00 | | | ☑ |

**Bond Notes**

BOND ROR**GPS W/I 24 HRS OF RELEASE**PROOF OF PAYMENT PRIOR TO RELEASE**WITH ADDED CONDTIONS PER CRT MEMO 06/21/23 KAC

| Cause # | Court Dttm | Court | Court Room | ROC | Billing Agency Description |
|---|---|---|---|---|---|
| 23SL-CR04103 | 07/26/2023 09:00 | ACC41 | | | |

| Bill Agen | Bill Dttm | Reason | Doc Type | Doc # | Disp | Disp Dttm | Rel |
|---|---|---|---|---|---|---|---|
| | | | CN | 23-21515 | ROR | 06/21/2023 06:19 | Y |

**Disposition Notes**

PROOF OF PAYMENT RECEIVED 6/20/23 DW1987

| Sentence Start Dttm | Sentence End Dttm | Years | Months | Days | Probation | Death | Consecutive/Concurrent |
|---|---|---|---|---|---|---|---|
| | 00/00/0000 00:00 | | | | | | |

**Sentence Notes**

 

# Saint Louis
# COUNTY
## POLICE

*Lt. Colonel*
*Kenneth Gregory*
*Chief of Police*
7900 Forsyth Boulevard
St. Louis, Missouri 63105
Voice/TTY (314) 889-2341.

December 6, 2023

**Mr. Steven Crenshaw**
**40 Suburban Avenue**
**Ferguson, MO  63135**

COMPLAINT NUMBER:    **23-21515**

This letter is to advise that this Department is holding personal property to which you are listed as the owner.  It has been determined that the property listed below is no longer needed as evidence and is available for release.

The property being held consists of the following:

FIREARM(S)

**PLEASE CALL (314) 615-2597, option 3, TO SETUP AN APPOINTMENT FOR PICKUP**

**HAVE PHOTO IDENTIFICATION, AND IF YOU WILL BE PICKING UP A FIREARM(s)**
**BRING A LOCKABLE STORAGE CONTAINER(s)**

_**THIS LETTER MUST ACCOMPANY YOU TO GAIN ACCESS TO THE BUILDING**_

Your property may be claimed by appearing, with appropriate identification, at the St. Louis County Police Department, Property Control Unit, located on the second level of 7900 Forsyth Street, Clayton, Missouri, Monday through Friday, between 8:00AM and 4:00 PM.  If the property is not claimed within **45 days**, it will be subject to destruction or sale at public auction.

If you have any questions regarding this matter or in the event of inclement weather on the day of your scheduled appointment, please call the Property Control Unit at (314) 615-2597.

Sincerely,

*Det. Gardiner* 3553

Detective Ryan Gardiner, DSN 3553
Property Control Unit.



"Committed to Our Citizens Through Neighborhood Policing"





**Colonel Kenneth Gregory**
**Chief of Police**
7900 Forsyth Boulevard
St. Louis, Missouri 63105
Voice/TTY (314) 889-2341

Date: ___04/23/2023___

Name: ___STEVEN W. CRENSHAW___

Address: _____

Police Report Complaint Number: ___23-21515___

Location and Date of Incident: ___1023 Peigged STLouis Mo 63138___

Reason for Request: ___Self___

If you **are not** appearing in person for the report:

I hereby authorize_____to pick up the police report on
my behalf.

In the report requested, I am: (check one)

1. ☐  the victim
2. ☑  the perpetrator/suspect
3. ☐  the lawyer for the victim, perpetrator, suspect, or insurance company.
4. ☐  representing the insurance company that is investigating or defending a civil suit based on this report.
5. ☐  the vehicle owner
6. ☐  family member of person involved.
7. ☐  news media

Pm 1238

6-23-23

_____          _____
Signature                                              Date

_____
Print Name

State of Missouri_____ } ss
County of_____ }

I,_____, a Notary Public, do hereby certify that on the
_____day of_____, 20_____, personally appeared before me
_____who declares he/she is the individual executing the
foregoing document in the capacity herein set forth and declared that the statements herein contained are true.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year before written.

_____
Notary Public

115764 (08/21)                                          My Commission Expires _____

Record Clerk Use Only:

Email:_____

OVER ⟶

"Committed to Our Citizens Through Neighborhood Policing"

 St. Louis County Public Record Requests

Request #24-3924
 Closed
As of March 15, 2024, 3:39pm
Request Visibility:  Staff

## Details

Request at PC on 03/04/2024 for footage related to report #23-21515 by Steven Crenshaw.

*Received*

**March 4, 2024** in person

*Due*

**March 29, 2024**

*Departments*

**St. Louis County Police Department**

*Requester*

**Steven Crenshaw**

stevencrenshaw9@gmail.com
1023 Prigge Rd, St. Louis
3144100191

*Requester email status list*

Invoice paid

- **Sent**  *March 12, 2024, 9:43am*
- **Delivered**  *March 12, 2024, 9:43am*
- **Opened**  *March 13, 2024, 9:34am*

Document released

- **Sent**  *March 15, 2024, 3:26pm*
- **Delivered**  *March 15, 2024, 3:27pm*

Request closed

- **Sent**  *March 15, 2024, 3:37pm*
- **Delivered**  *March 15, 2024, 3:38pm*





**Saint Louis COUNTY POLICE**

*Colonel Kenneth Gregory*
*Chief of Police*
7900 Forsyth Boulevard
St. Louis, Missouri 63105
Voice/TTY (314) 889-2341

Date: 3-18-24

Name: STeveN W. CReNSHAW

Address: 40 SUBURBAN FeRGUSON MO 63135

Police Report Complaint Number: #23-21515 OR

Location and Date of Incident: 1023 PRIGG rd ST.louis MO 6-4-2023

Reason for Request: OFFiceR HewITT Body Cam missing All Footage please.
OFFicer LAILY Body Cam missing
ANdeRSON

If you **are not** appearing in person for the report:

I hereby authorize SelF _____ to pick up the police report on

my behalf.                   OFFicR ANdeRSON

In the report requested, I am: (check one)

1. ☐ the victim
2. ☑ the perpetrator/suspect
3. ☐ the lawyer for the victim, perpetrator, suspect, or insurance company.
4. ☐ representing the insurance company that is investigating or defending a civil suit based on this report.
5. ☐ the vehicle owner
6. ☐ family member of person involved.
7. ☐ news media

_____   3-18-202
Signature                          Date

_____
Print Name

State of Missouri_____ } ss
County of_____ }
I,_____, a Notary Public, do hereby certify that on the
_____ day of_____, 20_____, personally appeared before me
_____ who declares he/she is the individual executing the
foregoing document in the capacity herein set forth and declared that the statements herein contained are true.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year before written.

_____
Notary Public

115764 (08/21)                    My Commission Expires _____

Record Clerk Use Only:

Email:_____





**Colonel Kenneth Gregory**
**Chief of Police**
7900 Forsyth Boulevard
St. Louis, Missouri 63105
Voice/TTY (314) 889-2341

Date: ~~APOX~~ 10/9/2023

Name: STEVEN W. CRENSHAW

Address: _____

Police Report Complaint Number: #23-21515 Body cam footage all office

Location and Date of Incident: 1023- Peigge Rd ST.Louis co 63138 ~~W6#~~

Reason for Request: SeLF

If you **are not** appearing in person for the report:

I hereby authorize SeLF _____ to pick up the police report on my behalf.

In the report requested, I am: (check one)

1. ☐ the victim
2. ☐ the perpetrator/suspect
3. ☑ the lawyer for the victim, perpetrator, suspect, or insurance company.
4. ☐ representing the insurance company that is investigating or defending a civil suit based on this report.
5. ☐ the vehicle owner
6. ☐ family member of person involved.
7. ☐ news media

_____        10-9-23
Signature                                              Date

_____
Print Name

State of Missouri_____ } ss
County of_____ }

I,_____, a Notary Public, do hereby certify that on the _____ day of_____, 20____, personally appeared before me _____ who declares he/she is the individual executing the foregoing document in the capacity herein set forth and declared that the statements herein contained are true.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year before written.

_____
Notary Public

115764 (08/21)                                      My Commission Expires _____

Record Clerk Use Only:

Email:_____

PH # 618 744-9331



ST LOUIS COUNTY
POLICE RECORDS
41 S. CENTRAL AVE.
CLAYTON, MO 63105
(314) 615-5000
Welcome to St. Louis County

03/12/2024 09:40AM Alise C.
94086359-0003

PULICE - RECORDS
 Description:
 MISCELLANEOUS (F00264)
  MISCELLANEOUS (F00264)
  2024    Item: F00264
  1 @ $85.1000
    MISCELLANEOUS (F00264)              $85.10

                                      _____
                                            $85.10

Subtotal                                    $85.10
Total                                       $85.10

CASH                                        $85.10
                                      _____

Change due                                  $0.00

Paid by: Steven Crenshaw NR# 24-3924


CUSTOMER COPY

Hello Steven Crenshaw,

This is the invoice for your request of police records dated 03/04/2024:

**Dash/Body Cam Footage:**

We have reviewed your request and have a total of 2 hours and 22 minutes of footage. This video footage includes 5 officer(s) that responded to the incident and specifically body worn camera footage for Officer Kneemiller. Please let us know as to whether you would like all of the officers' video, or just the arresting officer video.

The estimated fee for producing the requested records is as follows (please indicate which option):

- Video/Review for All Officers: 2 hours and 22 minutes @ hourly rate 35.96 = $85.10

The **total** to process your request is **$85.10.**

In accordance with Section 610.026.1(1) RSMo, the police department is requiring you to pay the estimated cost for the records you are seeking, prior to the records being reproduced for you. These fees are calculated on the best estimate of the actual cost of the review time to assemble and produce these records.

Upon receipt of payment of the estimated cost, the records which are responsive to your request and are open records will be provided to you without undue delay. If for some reason I am unable to produce the open records within three business days after receipt of payment, I will provide an estimate on how long it will take.

We accept cash, credit cards (excluding American Express), checks/ money orders (payable to the Treasurer of St. Louis County), or online payment through this system. By making an online payment on this request invoice, you agree to pay 2.9% of the payment amount plus $0.30. This fee goes to the payment gateway vendor, so St. Louis County receives only the invoiced amount. **Please reference Next Request number (24-3924) on payment**. Payment can be sent to the following address:

St. Louis County Police Department

Attn: **RAMOS**

7900 Forsyth Blvd.

Clayton, MO 63105

If payment is not received within 30 days, I will consider this request closed and you will then need to resubmit a new request.

March 7, 2024, 3:30pm by Phyllis Ramos (Staff)

Date/Time Printed: 07/13/2023 09:29:20
Printed By / Reason: #NAPCA / INV

23-21515

| | | | |
|---|---|---|---|
| Total Length | | Barrel Length | |
| Finish | | Stock Material | |
| Description | BLACK IN COLOR | | |
| Firearm Value | | | |
| Recovered Value | | | |
| Recovered Date | | | |

| | | | |
|---|---|---|---|
| Action | ENTRY | Category | RECOVERED GUN |
| Reference Number | G001092967 | Sender | 4564 |
| Additional Information | TT527 | | |
| Additional Info | IN A LEATHER HOLSTER, WITH 1 ROUND MAGAZINE AND 1 9MM ROUND | | |

## WARRANT APPLICATION INFORMATION

| | | | |
|---|---|---|---|
| Last Name | CRENSHAW | First Name | STEVEN |
| Middle Name | W | DOB | 09/09/1963 |
| Race | BLACK | Sex | MALE |
| SSN | REDACTED | Arrested | ☑ |

| | | | |
|---|---|---|---|
| Application Date | 06/05/2023 | Warrant # | |
| Prosecuted By | STATE PROSECUTOR | Prosecutor Name | PANTEL IOPOULOS |
| Court Assigned | | Bond Amount | 75000.00 |

| | | |
|---|---|---|
| Charge Desc. #1 | UNLAWFUL POSSESSION OF A FIREARM | |
| Disposition | WARRANT ISSUED | |
| Amended Charge | | |
| Charge Desc. #2 | UNLAWFUL POSSESSION OF A FIREARM | |
| Disposition | WARRANT ISSUED | |
| Amended Charge | | |
| Charge Desc. #3 | UUW-SUBSECTION 4-EXHIBITING | |
| Disposition | WARRANT ISSUED | |
| Amended Charge | | |
| Additional Information | CASH ONLY, NO 10% | |

## NARRATIVE

Your attention is directed to original report #23-21515, as prepared by Police Officer Kneemiller, DSN 5155, Division of Patrol, North County Precinct, documenting an unlawful use of a weapon and ~~████████~~ occurring at 1023 Prigge Road, Saint Louis, MO 63138.

At approximately 2:08 PM on June 4th, 2023, the following officers responded to 1023 and 1029 Prigge Road in reference to a ShotSpotter notification and a subsequent call for police:

- Police Officer Kneemiller, DSN 5155
- Police Officer Anderson, DSN 4554
- Police Officer Roberts, DSN 4956
- Police Officer Lally, DSN 4780
- Police Officer Hewitt, DSN 5144
- Police Officer Franz, DSN 3566

6

ShotSpotter ID:

323-269345



 

**Saint Louis COUNTY POLICE**

*Colonel Kenneth Gregory*
*Chief of Police*
7900 Forsyth Boulevard
St. Louis, Missouri 63105
Voice/TTY (314) 889-2341

Date: 4-3-24

Name: STeven CRENSHAW

Address: 40 SUBURBAN FERGUSON MO 63135

Police Report Complaint Number: NR 24-3929  PR23-21515

Location and Date of Incident: NORTH @ COUNTY                         FOOTAGE

Reason for Request: NONidae on ANDerson or HEWITT NORTH COUNTY STATION
06/04/2023

If you **are not** appearing in person for the report:

    I hereby authorize_____to pick up the police report on
    my behalf.

In the report requested, I am: (check one)

1.  ☐  the victim
2.  ☑  the perpetrator/suspect
3.  ☐  the lawyer for the victim, perpetrator, suspect, or insurance company.
4.  ☐  representing the insurance company that is investigating or defending a civil suit based on this report.
5.  ☐  the vehicle owner
6.  ☐  family member of person involved.
7.  ☐  news media

**RECEIVED**

APR 0 3 2024

BUREAU OF
CENTRAL POLICE RECORD

_____                    4-3-25
Signature                                          Date


_____
                    Print Name

State of Missouri_____} ss
County of_____}
I,_____, a Notary Public, do hereby certify that on the
_____day of_____, 20_____, personally appeared before me
_____ who declares he/she is the individual executing the
foregoing document in the capacity herein set forth and declared that the statements herein contained are
true.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year before written.


_____
Notary Public

115764 (08/21)
Record Clerk Use Only:                             My Commission Expires_____

Email:_____

 **St. Louis County Public Record Requests**

Tom Naughton
Meaghan Hawkins
March 4, 2024, 4:22pm by Phyllis Ramos

**Note**                                                                 Staff Only

Request for Dash and BWC for report #23-21515.They want BWC for all officers and dash for only Officer Kneemiller.

Disposition for subject is all charges dismissed.

See previous NR#23-16795 where they requested BWC only and did not complete payment.

March 4, 2024, 4:22pm by Phyllis Ramos (Staff)

**Document(s) Added**                                                    Staff Only
Crenshaw request.pdf

March 4, 2024, 4:21pm by Phyllis Ramos

**Support Staff Added**                                                  Staff Only
Phyllis Ramos
March 4, 2024, 4:20pm by Phyllis Ramos

**Support Staff Added**                                                  Staff Only
Paula Ownby
Elizabeth Brown
Victoria T. Evans
March 4, 2024, 4:20pm by Phyllis Ramos

**Department Assignment**                                                Public
St. Louis County Police Department
March 4, 2024, 4:20pm by Phyllis Ramos

**Request Visibility**                                                   Staff Only
All Staff
March 4, 2024, 4:20pm by Phyllis Ramos

**Request Opened**                                                       Public
Request received in person
March 4, 2024, 4:20pm by Phyllis Ramos on behalf of Steven Crenshaw

Hello Mr. Crenshaw,

We have reviewed your request and~~███████████████████████████████████████████~~
~~███████████████████████████████~~Please let us know as to whether you would like all of the officers' video, or just the arresting officer video.

The estimated fee for producing the requested records is as follows (please indicate which option):

**OR**
- Video/Review for All Officers: 1 hours and 20 minutes @ hourly rate 35.96 = $47.94

- Video/Review for Arresting Officer ONLY: 19 minutes @ hourly rate $35.96 = $11.38

In accordance with Section 610.026.1(1) RSMo, the police department is requiring you to pay the estimated cost for the records you are seeking, prior to the records being reproduced for you. These fees are calculated on the best estimate of the actual cost of the review time to assemble and produce these records.

Upon receipt of payment of the estimated cost, the records which are responsive to your request and are open records will be provided to you without undue delay. If for some reason I am unable to produce the open records within three business days after receipt of payment, I will provide an estimate on how long it will take.

We accept cash, credit cards (excluding American Express), checks/ money orders (payable to the Treasurer of St. Louis County), or online payment through this system. By making an online payment on this request invoice, you agree to pay 2.9% of the payment amount plus $0.30. This fee goes to the payment gateway vendor, so St. Louis County receives only the invoiced amount. **Please reference Next Request number (23-16795) on payment.** Payment can be sent to the following address:

St. Louis County Police

Attn: Phyllis Ramos

7900 Forsyth Blvd.

Clayton, MO 63105

If payment is not received within 30 days, I will consider this request closed and you will then need to resubmit a new request.
October 11, 2023, 10:52am by Phyllis Ramos (Staff)

**Law Office of Patrick E. Kennedy, LLC**                    **INVOICE**

393 N. Euclid, Ste. 216                                    INVOICE #1
St. Louis, MO 63108                                        8/21/23
314-757-4506 (office)
314-480-7110 (fax)
Patrick@STLDWIHelp.com

**TO:**                              **FOR: LEGAL SERVICES**
Mr. Steven Crenshaw                  Re:   St. Louis County (two cases)

| DESCRIPTION | FLAT FEE | CURRENT BALANCE | TOTAL DUE |
|---|---|---|---|
| Unlawful Use of a Weapon & Ex-Parte—St. Louis County | $3,000 | $1,500 | $500 on 8/30/23 |
| | | | $500 on 9/30/23 |
| | | | $500 on 10/30/23 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Make checks payable to Patrick Kennedy
Credit or Debit cards also accepted
Total due in 15 days from date of invoice
*Failure to pay on time may result in attorney withdrawing from the case

**THANK YOU FOR YOUR BUSINESS!**

# Summons in Civil Case

## IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN W DUNNE | Case Number:  25SL-CC05982 | |
|---|---|---|
| Plaintiff/Petitioner:<br>STEVEN W CRENSHAW<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>STEVEN W CRENSHAW<br>40 SUBURBAN AVE<br>FERGUSON, MO  63135 | **SHERIFF FEE PAID** |
| Defendant/Respondent:<br>DUSTIN KNEEMILLER | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Other Miscellaneous Actions | | |
| **The State of Missouri to:**    ST. LOUIS COUNTY<br>                                              Alias:<br><br>**41 SOUTH CENTRAL AVE**<br>**ST LOUIS, MO  63105** | | |

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***ST. LOUIS COUNTY***

| 30-SEP-2025 | /s/Whitney Wooldridge |
|---|---|
| Date | Clerk |

**Further Information:**
WAW

Case Number: 25SL-CC05982

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years of

age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____          _____
Printed Name of Officer or Server                    Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____ _____
                                          Date                          Notary Public

**Service Fees (if applicable)**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



**OFFICE OF THE CIRCUIT CLERK**

Missouri's 21st Judicial Circuit, St. Louis County

Civil Department

105 South Central Avenue, Clayton, MO 63105

Hours: Monday through Friday 8:00 A.M. to 5:00 P.M.

Phone: 314-615-8029

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act. Please notify the Office of the Circuit Clerk at 314-615-8029. FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 0r 800-735-2966, at least three business days in advance of the court proceeding.

RETURN

# Summons in Civil Case

## IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN W DUNNE | Case Number: 25SL-CC05982 | |
|---|---|---|
| Plaintiff/Petitioner:<br>STEVEN W CRENSHAW | Plaintiff's/Petitioner's Attorney/Address<br>STEVEN W CRENSHAW<br>40 SUBURBAN AVE<br>FERGUSON, MO  63135 | **SHERIFF FEE PAID** |
| Defendant/Respondent:<br>DUSTIN KNEEMILLER | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Other Miscellaneous Actions | | |

| The State of Missouri to:  DUSTIN KNEEMILLER | |
|---|---|
| 7900 FORSYTH BLVD<br>CLAYTON, MO  63105 | Alias: |

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**



**ST. LOUIS COUNTY**

|  |  |
|---|---|
| 03-JUN-2025 | /s/ PHEBE HARRIS |
| Date | Clerk |

**Further Information:**
PH

RECEIVED
2025 JUN -3 AM 10: 49
ST. LOUIS COUNTY
SHERIFF'S OFFICE

Case Number: 25SL-CC05982

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☑ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _Coworken w/p_____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _2225 Punn Rd_____ (address)

in _St-louis_____ (County/City of St. Louis), MO, on _6/13/25_____ (date)

at _645 Am_____ (time).

_Neil Rilg_____          _____
Printed Name of Officer or Server          Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*          My commission expires: _____ _____

|  | Date | Notary Public |

**Service Fees (if applicable)**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

FILED

JUN 17 2025

Joan M. Gilmer
Clerk
County

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.